**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SEAN MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, ARCELORMITTAL | ) | |
| U.S.A., LLC, CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED SAFETY, | ) | |
| and GM SAFETY AND SUPPLY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANT, GM SAFETY & RENTAL, LLC'S NOTICE FOR REMOVAL**</u>

**TO:**  Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois
Milo W. Lundblad, Frank Dermody, Brustin & Lundblad, Ltd., 10 N. Dearborn – 7th Floor, Chicago, IL 60602
David E. Kawala, Kelly Konzen, Swanson Martin & Bell LLP, 330 N. Wabash Street Chicago, IL 60611

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, GM SAFETY & RENTAL, LLC., ("GM Safety"), by and through its undersigned attorney, hereby removes to the United States District Court for the Northern District of Illinois the state court action, Case No. 17 L 9093 in the Circuit Court of Cook County, Illinois described below. The basis for removal is diversity jurisdiction pursuant to 28 U.S.C. § 1332:

**I. INTRODUCTION**

1.  Plaintiffs, Sean McDermott, (hereafter referred to as "Plaintiff") filed his First Amended Complaint, (hereinafter referred to as the "Complaint") alleging counts of negligence against Defendants on March 1, 2018. (*See* Plaintiff's First Amended Complaint attached hereto as Exhibit "1")

3.     GM Safety was served on April 23, 2018, (*See* Alias Summons, Notice of Service of Process on GM Safety attached hereto as Exhibit "2".)  The time has not yet elapsed within which GM Safety is permitted to remove this action, and therefore this Notice of Removal ("Notice") is filed in a timely manner.  28 U.S.C. § 1446(b).

4.     The United States District Court for the Northern District of Illinois has jurisdiction over this action under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the Circuit Court of Cook County, Illinois are appended to this Notice as Exhibit "3" (excluding Plaintiff's First Amended Complaint, attached as Exhibit "1".)

6.     Venue is proper in this district, under 28 U.S.C. § 1446(a), because this district embraces the place in which the removed action is pending.

7.     Written notice of the filing of the Notice of Removal will be promptly served on Plaintiff's and co-defendant's counsel and a copy will be filed promptly with the Circuit Court of Cook County, Illinois pursuant to 28 U.S.C. § 1446(d).  (*See* a copy of the Notice of Filing of this Notice of Removal to Federal Court is attached hereto as Exhibit "4".)

## II.  DIVERSITY OF CITIZENSHIP EXISTS

8.     Pursuant to 28 U.S.C. § 1332(a)(1), diversity of citizenship exists because the Plaintiff and Defendants are citizens of different states.   As set forth below, diversity of citizenship exists because: (a) Plaintiff is a citizen of Illinois; and (b) Defendants are citizens of different states and country than Plaintiff.

2

9.    Citizenship and the removability of an action is determined at the time the removal petition is filed.  *In re Burlington N. Santa Fe Ry. Co.*, 606 F.3d 379, 380 (7th Cir. 2010); *In re Shell Oil*, 970 F.2d 355, 356 (7th Cir. 1992).

**A.    <u>Plaintiff is a Citizen of Illinois.</u>**

10.    For purposes of federal diversity jurisdiction, the state citizenship of a natural person is determined by the state where the person is domiciled, meaning the state where the person is physically present with the intent to remain there.  *See Denlinger v. Brennan*, 87 F.3d 214, 216 (7th Cir. 1996); *Perry v. Pogemiller*, 16 F.3d 138, 140 (7th Cir. 1993).  In determining domicile, courts look to a variety of factors such as current residence, location of belongings and personal property, voter registration, driver's license and vehicle registrations among other things. *24 Hour Fitness USA, Inc. v. Bally Total Fitness Holding Corp.*, 2008 U.S. Dist. LEXIS 84374, at *11 (N.D. Ill. October 21, 2008) (citing *Sadat v. Mertes,* 615 F.2d 1176, 1181 (7th Cir. 1980)).

11.    In this case, Plaintiff is a citizen of the State of Illinois.  (*See* Plaintiff's answers to Co-Defendant, Code Red Safety & Rental, LLC's *Forum Non Conveniens* interrogatories, attached hereto as Exhibit "5".

**B.    <u>Defendants are Citizens of Different States than Plaintiff.</u>**

12.    For diversity purposes, the citizenship of a corporation, is the state or country where the corporation is <u>incorporated</u> and the state where the corporation has its <u>principal place of business</u>, meaning the state where the corporation maintains its headquarters or "nerve center." *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192-95, 175 L. Ed. 2d 1029 (2010); *CCC Info. Servs., Inc. v. American Salvage Pool Ass'n*, 230 F.3d 342, 346 (7th Cir.

3

2000); *Wisconsin Knife Works v. National Metal Crafters*, 781 F.2d 1280, 1282 (7th Cir. 1986); *Nuclear Eng'g Co. v. Scott*, 660 F.2d 241, 250 (7th Cir. 1981).

13.     Here none of the Defendants are from the same state or country as Plaintiff and therefore complete diversity exists.  GM Safety is a citizen of Nevada, (incorporated) and Indiana (headquartered).  (*See* Counsel for GM Safety's Affidavit, attached hereto as Exhibit "6".) Defendant, Code Red Safety & Rental, LLC is a citizen of Delaware, (incorporated) and Indiana (headquartered).  (See Exhibit "6").

14.     Defendant, ArcelorMittal U.S.A., LLC is owned through various limited liability companies organized under the laws of the United States and various foreign jurisdictions, which are ultimately held by ArcelorMittal SA, a Luxembourg corporation.  The sole member of ArcelorMittal USA LLC is Arcelor Mittal USA Holdings II LLC.  The sole member of ArcelorMittal USA Holdings II LLC is ArcelorMittal North America Holdings LLC.  The sole member of ArcelorMittal North America Holdings LLC is ArcelorMittal Holdings LLC.  The sole member of ArcelorMittal Holdings LLC is ArcelorMittal USA Holdings LLC.  The sole member of ArcelorMittal USA Holdings LLC is Ispat Inland S.a.r.l., a limited liability company. Ispat Inland S.a.r.l. is wholly owned by ArcelorMittal SA. (*See* Defendant, ArcelorMittal U.S.A., LLC's general counsel and secretary's Affidavit, attached hereto as Exhibit "7".)

15.     Defendant, Arcelormittal International America, LLC, is no longer a party to this matter and was voluntarily dismissed on April 5, 2018.  (*See* Exhibit 3, April 5, 2018, Order).

### III. **THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

15.     Federal diversity jurisdiction also requires that an amount in excess of $75,000, exclusive of interest and costs, be in controversy.  *See* 28 U.S.C. § 1332(a)(1); *LM Ins. Corp. v. Spaulding Enters. Inc.*, 533 F.3d 542, 547 (7th Cir. 2008).  When a complaint does not state the

amount in controversy and it pleads in excess of the jurisdictional minimum, a complaint's statements regarding severe and permanent damages demonstrate that the amount in controversy exceeds $75,000.[1] *See, e.g. Campbell v. Bayou Steel Corp.*, 338 F. Supp. 2d 896, 901 (N.D. Ill. 2004); *Gallo v. Homelite Consumer Prods.*, 371 F. Supp. 2d 943, 948 (N.D. Ill. 2005). "Courts have routinely held that when plaintiffs allege serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiffs' damages exceeded the jurisdictional amount." *McCoy v. GMC*, 226 F. Supp. 2d 939, 941 (N.D. Ill. 2002).

16.     In *McCoy v. General Motors*, the court found that removability regarding the amount in controversy was obvious from the complaint's allegations because the plaintiffs alleged that they suffered:

> 'lasting and permanent injuries' and incurred bills related to 'medical, surgical, hospital, and nursing care for their injuries'...'[lost] wages and profits which they otherwise would have earned and acquired'...'severe pain, emotional distress, disability, lost value and enjoyment of life, future loss of income, medical expenses, loss of normal life, disfigurement and paralysis.'

*McCoy*, 226 F. Supp. 2d at 941. The court stated that "these statements should sound warning bells in defendants' ears that significant damages are sought." *Id.*

17.     In this case, analogous to the foregoing case law, the Complaint alleges that plaintiff sustained injuries: "that have caused him and in the future will continue to cause him, to become liable for large and diverse sums of money to medical providers in an effort to be cured; and have interfered, and in the future will continue to interfere, with his livelihood, employment, employability and enjoyment of life, all to his damage". (Exhibit "1").

---

[1] In Illinois state courts, a personal injury plaintiff may not specify exact damages in his complaint beyond the limit set by the local circuit court rule. 735 Ill. Comp. 5/2-604.

18.    Accordingly, Plaintiff's claimed damages for severe, permanent, past and future injuries, lost wages and future employment clearly demonstrate that the amount in controversy exceeds $75,000.

19.    This notice of removal and all exhibits attached hereto are signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, further proceedings in this action should be discontinued, and this action shall be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

By: _____
One of defendant, GM Safety & Rental,
LLC's attorneys

Patrick E. Burgess – ARDC # 6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

# EXHIBIT 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT,     )
           )
    Plaintiff,    )
           )
v.           )  No. 17 L 9093
           )
ARCELORMITTAL INTERNATIONAL )
AMERICA, LLC,     )
ARCELORMITTAL U.S.A., LLC,  )
CODE RED SAFETY AND RENTAL, LLC, )
d/b/a CODE RED SAFETY, and GM SAFETY )
AND SUPPLY, LLC    )
           )
    Defendants.   )

## FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., and complaining of the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, (International), ARCELORMITTAL U.S.A., LLC, (U.S.A), CODE RED SAFETY AND RENTAL, LLC., d/b/a CODE RED SAFETY (Code Red), and GM SAFETY AND SUPPLY, LLC (GM Safety) and each of them, states as follows:

### COUNT I—NEGLIGENCE AGAINST ALL DEFENDANTS

1. On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendants, International and U.S.A., were limited liability companies organized under the laws of the State of Delaware and did business in and maintained their principle offices at One South Dearborn Street, Chicago, Illinois.

2. On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendant, Code Red, was a limited liability company duly organized under the laws of the State

1

of Delaware for the purposes of offering industrial level safety training, products, equipment and personnel.

3.     On October 19, 2016, and all times mentioned herein and relevant hereto, the Defendant, GM Safety, was a limited liability company with their corporate office at 2030 Summer St, Hammond, Indiana, in the business of offering industrial level safety training, products, equipment and personnel.

4.     On October 19, 2016, and for a long time prior thereto, the Defendants, International and U.S.A., owned, operated and maintained a steel fabricating facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana.

5.     On and prior to October 19, 2016, the Defendants, International and U.S.A. had undertaken to repair and/or refurbish parts of the Indiana Harbor facility, including an area known as Oven No. 3 in Plant B.

6.     Prior to October 19, 2016, the Defendants, International and U.S.A. contracted with the Defendant, Code Red, and Defendant, GM Safety, to provide safety consulting personnel, services and equipment to assure that the repair and/or refurbishment of their premises, including Oven No. 3 in Plant B, was done in a safe manner.

7.     Prior to October 19, 2016, the Defendants, International and U.S.A., contracted with various entities, including Plaintiff's employer, Rogers and Sons, to perform repair and/or refurbishment services on Oven No. 3, Plant B at Indiana Harbor.

8.     On October 19, 2016, Plaintiff was lawfully on the premises at the Defendants', International and U.S.A.'s Indiana Harbor facility in pursuit of his employment with Rogers & Sons and in furtherance of the repair and/or refurbishment of the Defendants' premises.

2

9. On and before October 19, 2016, the Defendants, International, U.S.A., Code Red, and GM Safety, and each of them, were negligent in one, or more, of the following ways:

      a. failing to properly maintain the floor of Oven No. 3;

      b. failing to adequately illuminate the interior of Oven No. 3;

      c. directing Plaintiff to enter Oven No. 3 when they know, or in the exercise of ordinary care should have known, that it was unsafe to do so;

      d. failing to properly inspect the interior of Oven No. 3 to assure that it was safe for workmen, including the Plaintiff, to enter; and/or

      e. failing to provide the Plaintiff with a safe place to work.

10. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendants, International, U.S.A., Code Red, and GM Safety, and each of them, Plaintiff was caused to partially fall through the floor of Oven No. 3 when he was instructed to enter it, causing him sever, permanent painful and disabling injuries.

11. The injuries Plaintiff sustained as aforesaid have caused him, and in the future will continue to cause him, to become liable for large and diverse sums of money to medical providers in an effort to be cured; and have interfered, and in the future will continue to interfere, with his livelihood, employment, employability and enjoyment of life, all to his damage.

12. Plaintiff's counsel's affidavit pursuant to Supreme Court Rule 222 (b) is attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, ARCELORMITTAL U.S.A, LLC, CODE RED SAFETY AND RENTAL, LLC, d/b/a CODE RED SAFETY, and GM SAFETY

AND SUPPLY, LLC, and each of them, in an amount in excess of Fifty thousand Dollars ($50,000.00).

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

By: _____
Francis J. Dermody

Francis J. Dermody
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

4

# EXHIBIT 2

2120 – Served
2220 – Not Served
2320 – Served By Mail
2420 – Served by Publication
**SUMMONS**

2121 – Served
2221 – Not Served
2321 – Served By Mail
2421 – Served By Publication
**ALIAS – SUMMONS**

(8/01/08) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

Sean McDermott,                                    )
                                                   )
                        Plaintiff,                 )
                                                   )
            v.                                     )       Case No.: 17 L 9093
                                                   )
ArcelorMittal International America, LLC,          )       **PLEASE SERVE:**
ArcelorMittal U.S.A., LLC, and Code Red            )       See Reverse Side
Safety and Rental, LLC, d/b/a Code Red Safety,     )
                                                   )
                        Defendants.                )

### ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise enter your appearance, and pay the required fee, in the Office of the Clerk of this Court at the Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

BRUSTIN & LUNDBLAD, LTD.                WITNESS, _____ OCT 2 5 2017
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312) 263-1250                                    _____
Attorney No.: 21626                                        Clerk of Court

                                        Date of service: |1 - 6
                                        (To be inserted by officer on copy left with defendant or
                                        other person)

Service by Facsimile Transmission will be accepted at: _____

                                        (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## Service List
*McDermott v. ArcelorMittal International America, LLC, et al.*

Code Red Safety & Rental, LLC
c/o Registered Agent:
Walter J. Starck
161 N. Clark St., Suite 4200
Chicago, IL 60601

# EXHIBIT 3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT,                              )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )    No.    201
                                             )
ARCELORMITTAL INTERNATIONAL                  )
AMERICA, LLC,                                )
ARCELORMITTAL U.S.A., LLC, and               )
CODE RED SAFETY AND RENTAL, LLC,             )
d/b/a CODE RED SAFETY,                       )
                                             )
                    Defendants.              )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTN & LUNDBLAD, LTD., and complaining of the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, (International), ARCELORMITTAL U.S.A., LLC, (U.S.A) and CODE RED SAFETY AND RENTAL, LLC., d/b/a CODE RED SAFETY (Code Red), and each of them, states as follows:

1.      On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendants, International and U.S.A., were limited liability companies organized under the laws of the State of Delaware and did business in and maintained their principle offices at One South Dearborn Street, Chicago, Illinois.

2.      On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendant, Code Red, was a limited liability company duly organized under the laws of the State of Delaware for the purposes of offering industrial level safety training, products, equipment and personnel.

3.    On October 19, 2016, and for a long time prior thereto, the Defendants, International and U.S.A., owned, operated and maintained a steel fabricating facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana.

4.    On and prior to October 19, 2016, the Defendants, International and U.S.A. had undertaken to repair and/or refurbish parts of the Indiana Harbor facility, including an area known as Oven No. 3 in Plant B.

5.    Prior to October 19, 2016, the Defendants, International and U.S.A. contracted with the Defendant, Code Red, to provide safety consulting personnel, services and equipment to assure that the repair and/or refurbishment of their premises, including Oven No. 3 in Plant B, was done in a safe manner.

6.    Prior to October 19, 2016, the Defendants, International and U.S.A., contracted with various entities, including Plaintiff's employer, Rogers and Sons, to perform repair and/or refurbishment services on Oven No. 3, Plant B at Indiana Harbor.

7.    On October 19, 2016, Plaintiff was lawfully on the premises at the Defendants', International and U.S.A.'s Indiana Harbor facility in pursuit of his employment with Rogers & Sons and in furtherance of the repair and/or refurbishment of the Defendant's premises.

8.    On and before October 19, 2016, the Defendants, International, U.S.A., and Code Red, and each of them, were negligent in one, or more, of the following ways:

      a.    failing to properly maintain the floor of Oven No. 3;

      b.    failing to adequately illuminate the interior of Oven No. 3;

      c.    directing Plaintiff to enter Oven No. 3 when they know, or in the exercise of ordinary care should have known, that it was unsafe to do so;

      d.    failing to properly inspect the interior of Oven No. 3 to assure that it was safe for workmen, including the Plaintiff, to enter; and/or

2

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN McDERMOTT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. |
| | ) |
| ARCELORMITTAL INTERNATIONAL | ) |
| AMERICA, LLC, | ) |
| ARCELORMITTAL U.S.A., LLC, and | ) |
| CODE RED SAFETY AND RENTAL, INC., | ) |
| d/b/a CODE RED SAFETY, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

The undersigned, John F. Klebba, heretofore duly sworn on oath, hereby deposes and states as follows:

1.  I am a resident of the State of Illinois, over the age of eighteen (18) years and under no testimonial disability.

2.  I am a member of the Bar of the Supreme Court of Illinois, in good standing.

3.  I am employed by the firm of Brustin & Lundblad, Ltd.

4.  I am one of the attorneys chiefly charged with responsibility for the case captioned above.

5.  The total money damages sought in this matter exceed Fifty Thousand Dollars ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

John F. Klebba

SIGNED and SWORN to before me on this
30 day of August, 2017

NOTARY PUBLIC

OFFICIAL SEAL
IESHA GILMORE SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/01/20

     e.     failing to provide the Plaintiff with a safe place to work.

    9.     As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendants, International, U.S.A., and Code Red, and each of them, Plaintiff was caused to partially fall through the floor of Oven No. 3 when he was instructed to enter it, causing him sever, permanent painful and disabling injuries.

    10.    The injuries Plaintiff sustained as aforesaid have caused him, and in the future will continue to cause him, to become liable for large and diverse sums of money to medical providers in an effort to be cured; and have interfered, and in the future will continue to interfere, with his livelihood, employment, employability and enjoyment of life, all to his damage.

    11.    Plaintiff's counsel's affidavit pursuant to Supreme Court Rule 222 (b) is attached hereto as Exhibit A and incorporated herein by reference.

    WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, ARCELORMITTAL U.S.A, LLC and CODE RED SAFETY AND RENTAL, LLC, d/b/a CODE RED SAFETY, and each of them, in an amount in excess of Fifty thousand Dollars ($50,000.00).

                          Respectfully submitted,

                          BRUSTIN & LUNDBLAD, LTD.

                          By: _____
                               John F. Klebba

John F. Klebba
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

3

Appearance _____ (12/30/15) CCL N530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MCDERMOTT SEAN
_____
                    Plaintiff

v.

ARCELORMITTAL INTERNATION
_____
                    Defendant

No. 2017-L-009093 _____

Calendar: A _____

ELECTRONICALLY FILED
12/4/2017 2:43 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## APPEARANCE

☐ GENERAL APPEARANCE         0900 – APPEARANCE – FEE PAID; 0909 – APPEARANCE – NO FEE;
                             0904 – APPEARANCE FILED – FEE WAIVED

☑ JURY DEMAND                1900 – APPEARANCE & JURY DEMAND FEE PAID
                             1909 – APPEARANCE & JURY DEMAND NO FEE

The undersigned enter the appearance of:     ☐ Plaintiff      ☑ Defendant

CODE RED SAFETY RENTAL
_____
(INSERT LITIGANT'S NAME)

_____
                 /s Patrick Everett Burgess
                        SIGNATURE

☑ INITIAL COUNSEL OF RECORD      ☐ PRO SE
☐ ADDITIONAL APPEARANCE          ☐ SUBSTITUTE APPEARANCE

    A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑ Atty. No.: 39950 _____   ☐ Pro Se 99500
(Please complete the following contact information.)
Name: TRIBLER ORPETT & MEYER PC
Atty. for: CODE RED SAFETY RENTAL
Address: 225W WASHNGTN#2550
City/State/Zip: CHICAGO, IL
Telephone: (312) 201-6400
Primary Email: peburgess@tribler.com
Secondary Email: dciancanelli@tribler.com
Tertiary Email: docket@tribler.com

**Pro Se Only:**    ☐ I have read and agree to the terms of
the Clerk's Office Electronic Notice Policy and choose
to opt in to electronic notice from the Clerk's office for
this case at this email address:

_____


**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

168.26058  35/28

ELECTRONICALLY FILED
12/4/2017 2:43 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

FIRM NO. 26054

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                                    )
                                                   )
           Plaintiff,                              )
                                                   )
v.                                                 )
                                                   )        No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL                        )
AMERICA, LLC, ARCELORMITTAL                        )        *Calendar A*
U.S.A., LLC, and CODE RED SAFETY AND               )
RENTAL, LLC, d/b/a CODE RED SAFETY,                )
                                                   )
           Defendants.                             )

### NOTICE OF FILING

TO:    Attorneys of Record (See Attached Service List)

      PLEASE TAKE NOTICE that on **December 4, 2017,** there was filed with the Clerk of
the Circuit Court of Cook County, Illinois, Defendant, Code Red Safety & Rental, LLC's,
Appearance and Jury Demand, a copy of which is attached and hereby served upon you.

                                    Patrick E. Burgess, One of the Attorneys for
                                    Defendant, Code Red Safety & Rental, LLC

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
docket@tribler.com

### PROOF OF SERVICE

      I, a non-attorney, certify that I served this notice by sending a copy by electronic mail to all
attorneys of record on December 4, 2017.

[X] Under penalties as provided by law pursuant to ILCS
    SEC 5/1-109 I certify that the statements set forth
    herein are true and correct.

                                    _____
                                             Signature

SERVICE VIA E-MAIL WILL BE ACCEPTED AT DOCKET@TRIBLER.COM

*168.26058  35/28*

## SERVICE LIST

### *McDermott v. Code Red Safety, et al – 17 L 9093*

**<u>*Attorneys for Plaintiff*</u>**
Milo W. Lundblad
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)

**<u>*Attorneys for Arcelor Mittal*</u>**
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

ELECTRONICALLY FILED
12/4/2017 2:43 PM
2017-L-009093
PAGE 2 of 3

168.26058  35/28

FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2017 L 009093 |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, ARCELORMITTAL | ) | *Calendar A* |
| U.S.A., LLC, and CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

ELECTRONICALLY FILED
12/4/2017 2:43 PM
2017-L-009093
PAGE 3 of 3

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance of the Defendant, **CODE RED SAFETY & RENTAL, LLC.**

This Defendant demands trial by jury.

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
Tribler Orpett & Meyer, P.C.
225 W. Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 - fax
docket@tribler.com

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED-2

2017 NOV 22 PM 2:24

CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
CLERK
DOROTHY BROWN

SEAN McDERMOTT,                    )
                                   )
            Plaintiff,             )
                                   )
v.                                 )     Case No. 2017 L 009093
                                   )
ARCELORMITTAL INTERNATIONAL        )
AMERICA, LLC; ARCELORMITTAL        )
U.S.A. LLC; CODE RED SAFETY AND    )
RENTAL, LLC, d/b/a CODE RED        )
SAFETY,                            )
                                   )
            Defendants.            )

## NOTICE OF FILING

To:     Brustin & Lundblad, LTD
        10 N. Dearborn St., 7th Floor
        Chicago, IL 60602

        **PLEASE TAKE NOTICE** that on November 22, 2017, the following was filed with the Clerk of the Circuit Court of Cook County, Illinois, Defendant ArcelorMittal USA LLC's Answer, Jury Demand, and Affirmative Defenses to Plaintiff's Complaint at Law, a copy of which is attached hereto and herewith served upon you.

David E. Kawala
Kelly M. Konzen
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312) 321-9100/(312) 321-0990 FAX
Attorneys for Defendant ArcelorMittal USA LLC
Firm I.D. No. 29558

## PROOF OF SERVICE

        I, Donald Duvall, a non-attorney, certify that the above-described document was sent to counsel of record via U.S. Mail on ~~September 19, 2017.~~ *November 22, 2017*

        [X]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
2017 NOV 22 PM 2: 24
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
CLERK
DOROTHY BROWN

| | |
|---|---|
| SEAN McDERMOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2017 L 009093 |
| | ) |
| ARCELORMITTAL INTERNATIONAL | ) |
| AMERICA, LLC; ARCELORMITTAL | ) |
| U.S.A. LLC; CODE RED SAFETY AND | ) |
| RENTAL, LLC, d/b/a CODE RED | ) |
| SAFETY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ARCELORMITTAL USA LLC'S ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW

Defendant, ArcelorMittal USA LLC ("AMUSA"), by its attorneys, Swanson, Martin &

Bell, LLP, state as its Answer and Affirmative Defenses to plaintiff's Complaint at Law, as

follows:

1. In answering for AMUSA only, this defendant admits that on October 19, 2016,

AMUSA was a limited liability company organized under the laws of the State of Delaware with

a principal office at One South Dearborn Street in Chicago, Illinois.

2. This defendant lacks sufficient knowledge to form a belief as to the truth of the

allegations contained in paragraph 2 and therefore neither admits nor denies same.

3. In answering for AMUSA only, this defendant admits that on October 19, 2016,

AMUSA owned a steel fabricating facility known as ArcelorMittal Indiana Harbor LLC with

offices at 3210 Watling Street, East Chicago, Indiana.

1

4. In answering for AMUSA only, AMUSA, on and prior to October 19, 2016, had repaired and refurbished various parts of the Indiana Harbor facility including an area known as Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

5. In answering for AMUSA only, AMUSA contracted with Code Red to provide safety consulting personnel services and equipment for the purposes of providing safety during the repair and refurbishment at or around Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

6. In answering for AMUSA only, AMUSA contracted with Rogers & Son to provide certain repair and/or refurbishment services on or about Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

7. This defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 7 and therefore neither admits nor denies same.

8. This defendant denies the allegations contained in paragraph 8 and each and every subpart thereof.

9. This defendant denies the allegations contained in paragraph 9.

10. This defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 and therefore neither admits nor denies same.

11. This defendant admits the allegations contained in paragraph 11.

WHEREFORE, defendant, ArcelorMittal USA LLC, prays for judgment in its favor and against the plaintiff.

## AFFIRMATIVE DEFENSES

As and for defendant ArcelorMittal USA LLC's separate and affirmative defenses, defendant ArcelorMittal USA LLC states as follows:

2

## FIRST AFFIRMATIVE DEFENSE

1. The plaintiff had a duty to exercise reasonable care for plaintiff's own safety.

2. Plaintiff breached his duty to exercise reasonable care for his own safety by:

   a.  failing to keep a proper lookout;

   b.  failing to observe a condition that was open and obvious; and

   c.  was otherwise careless and negligent.

3. Plaintiff's injuries were proximately caused by plaintiff's comparative fault as alleged above.

WHEREFORE, if a jury determines that the fault of the plaintiff was more than 50 percent of the total fault allocated, then plaintiff is barred from recovery against defendant; alternatively, if the plaintiff's comparative fault is determine to be less than 50 percent of the total fault allocated, then the plaintiff's recovery should be decreased in proportion to the percentage of comparative fault allocated to the plaintiff of the total fault.

## SECOND AFFIRMATIVE DEFENSE

The condition which plaintiff encountered was an open and obvious condition which plaintiff, in the exercise of reasonable care, would have avoided without incident.

By: _____

One of the Attorneys for Defendant,
ArcelorMittal USA LLC

David E. Kawala
Kelly M. Konzen
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
312-321-9100
Firm ID No. 29558

3

168.26058  35/28

FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2017 L 009093 |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, ARCELORMITTAL | ) | *Calendar A* |
| U.S.A., LLC, and CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

```
F I L E D
Law Div. 2206

DEC 1 1 2017

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

### ROUTINE MOTION

NOW COMES Defendant, CODE RED SAFETY & RENTAL, LLC, by and through its

attorneys, Tribler Orpett & Meyer, P.C., and moves this Honorable Court for an extension of

time in which to answer or otherwise plead to Plaintiff's Complaint, up to and including January

10, 2018.

_____

Patrick E. Burgess, One of the Attorneys for
Defendant, Code Red Safety & Rental, LLC

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

168.26058  35/28                                                    FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                          )
                                         )
      Plaintiff,                       )
                                         )
v.                                       )
                                         )    No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL              )
AMERICA, LLC, ARCELORMITTAL              )    *Calendar A*
U.S.A., LLC, and CODE RED SAFETY AND     )
RENTAL, LLC, d/b/a CODE RED SAFETY,      )
                                         )
      Defendants.                      )

## ROUTINE ORDER

THIS CAUSE coming to be heard on the motion of Defendant, CODE RED SAFETY &

RENTAL, LLC, by and through its attorneys, Tribler Orpett & Meyer, P.C., due notice having

been given and the Court fully advised in the premises;

IT IS HEREBY ORDERED:  That said Defendant is granted an extension of time in

which to answer or otherwise plead to Plaintiff's Complaint, up to and including January 10,

2018.

                                Judge James N. O'Hara   *2012*

*ENTER:*

                               DEC 1 1 2017

                               Circuit Court-1983
                               *Judge*

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN McDERMOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17 L 9093 |
| | ) |
| ARCELORMITTAL INTERNATIONAL | ) |
| AMERICA, LLC, | ) |
| ARCELORMITTAL U.S.A., LLC, and | ) |
| CODE RED SAFETY AND RENTAL, LLC, | ) |
| d/b/a CODE RED SAFETY, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

To:  Arcelor Mittal USA, LLC
     Mr. David Kawala
     Swanson, Martin & Bell, LLP
     330 N. Wabash Ave., Ste 3300
     Chicago, IL 60611
     E-mail: dkawala@smbtrials.com

Mr. Michael J. Meyer
Mr. Patrick E. Burgess
Tribler Orpett & Meyer, PC
225 W. Washington St., Ste 2550
Chicago, IL 60606

PLEASE TAKE NOTICE that on this **7th** day of **December, 2017,** I filed with the Clerk of the Circuit Court of Cook County, Illinois the following documents:

### *(a) Plaintiff's Reply to Defendant's Affirmative Defenses,*

a copy of which is attached hereto.

BRUSTIN & LUNDBLAD, LTD.

By: _____
Milo W. Lundblad

Milo W. Lundblad
BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No.: 21626

### CERTIFICATE OF SERVICE

I, a non-attorney, hereby certify that on this **7th** day of **December, 2017**, I served the documents listed below by e-mail and by mailing a copy First Class, postage pre-paid, to the above-named

parties at the above-mentioned addresses, and depositing same in the U.S. Mail Chute at 10 N. Dearborn, 7th Floor, Chicago, Illinois, 60602, before 5:00 P.M., under penalties as provided by law pursuant to 735 ILCS 5/1-109.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

### Plaintiff's Reply to Defendant's Affirmative Defenses

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTN & LUNDBLAD, LTD., and in reply to the Affirmative Defenses heretofore interposed by the Defendant, ARCELORMITTAL U.S.A., LLC, (U.S.A) states as follows:

### First Affirmative Defense

1. Plaintiff neither admits nor denies the allegations of paragraph one because said allegations constitute the legal conclusions of the pleader.

2. Plaintiff denies the allegations of paragraph two of the Affirmative Defense and subparagraphs (a) – (c), inclusive thereof.

3. Plaintiff denies the allegations of paragraph three of the Affirmative Defense and specifically, denies that any conduct on his part caused or contributed to his injuries.

### Second Affirmative Defense

Plaintiff denies that the condition which caused his injury was open or obvious, particularly in

1

the absence of adequate lighting on the premises.

WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays that Defendants' Affirmative Defense be stricken and held for naught.

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

By: _____
Milo W. Lundblad

Milo W. Lundblad
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

2

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
CALENDAR: A
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

FIRM NO 26058

168.26058  35/28

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN MCDERMOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2017 L 009093 |
| ARCELORMITTAL INTERNATIONAL | ) |
| AMERICA, LLC, ARCELORMITTAL | ) *Calendar A* |
| U.S.A., LLC, and CODE RED SAFETY AND | ) |
| RENTAL, LLC, d/b/a CODE RED SAFETY, | ) |
| | ) |
| Defendants. | ) |

### CODE RED SAFETY & RENTAL, LLC'S ANSWER TO COMPLAINT

NOW COMES Defendant, CODE RED SAFETY & RENTAL, LLC (hereinafter referred

to as "Code Red"), by and through its attorneys, Tribler Orpett & Meyer, P.C., and for its answer

to Plaintiff's Complaint at Law, states as follows:

1.  Code Red is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 1, and demands strict proof thereof.

2.  Code Red admits only that at all relevant times it was duly organized under the

laws of the State of Delaware and denies that the remaining allegations accurately state and set

forth the services it provides.

3.  Code Red is without knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph 3, and demands strict proof thereof.

4.  Code Red admits only that on or prior to October 19, 2016, there were repairs

and/or refurbishing of parts of the Indiana Harbor Facility including the area known as Oven No.

3, and is without knowledge or information sufficient to form a belief as to the truth of the

remaining allegations contained in paragraph 4.

5.  Code Red denies the allegations contained in paragraph 5.

6.      Code Red is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6, and demands strict proof thereof.

7.      Code Red admits only that Plaintiff was on the premises of the Indiana Harbor Facility on October 19, 2016, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 7.

8.      Code Red denies the allegations contained in paragraph 8, including all subparagraphs thereof.

9.      Code Red denies the allegations contained in paragraph 9.

10.     Code Red denies the allegations contained in paragraph 10, and denies that Plaintiff was injured in the manner and to the extent alleged.

11.     Code Red admits only that Plaintiff's counsel has attached an affidavit as Exhibit A, and that the affidavit speaks for itself.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that judgment be entered in its favor and against Plaintiff, together with costs.

## AFFIRMATIVE DEFENSES

Defendant, CODE RED SAFETY & RENTAL, LLC, by and through its attorneys, state the following Affirmative Defenses to Plaintiff's Complaint at Law as alternative pleadings and without prejudice to its denials as to liability and fault:

## FIRST AFFIRMATIVE DEFENSE

1.      Plaintiff had a duty to exercise reasonable care for his own safety.

2.      Plaintiff breached that duty and was negligent in one or more of the following respects:

a.      Failed to keep a proper lookout;

b.      Failed to observe a condition that was open and obvious;

c.      Failed to use a safer alternative method of performing his work;

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
PAGE 2 of 6

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
PAGE 3 of 6

    d.    Carelessly and negligently worked without exercising due care and caution for his own safety; and

    e.    Failed to ask for assistance if he needed it to safely perform his work.

3.    Plaintiff's own negligence was the proximate cause of the injuries alleged in his complaint, or, alternatively, his own negligence contributed to cause the alleged injuries and damages.

4.    If judgment is entered in favor of Plaintiff and against defendant, Code Red, such judgment shall be reduced in an amount commensurate with Plaintiff's own degree of comparative fault, and if that fault is greater than 50% of the total fault attributable to all tort feasors, he shall be barred from any recovery whatsoever as a matter of law.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that Plaintiff be barred from any recovery whatsoever, or in the alternative, that any judgment entered in Plaintiff's favor shall be reduced in the amount commensurate with his own degree of comparative fault.

## SECOND AFFIRMATIVE DEFENSE

1.    Code Red's fault, if any, in causing the damages alleged in Plaintiff's complaint, constitutes less than 25% of the total fault attributable to Plaintiff, Sean McDermott, any Defendants sued by Plaintiff and applicable Third-Party Defendants.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that if judgment is entered against Code Red and in favor of Plaintiff, Code Red shall only be severally liable for its pro-rata share of fault in causing the non-medical and non-medically related damages, if any.

### THIRD AFFIRMATIVE DEFENSE

1.     Code Red is entitled to a set-off reducing any judgment against it by any amount

paid to Plaintiff by, on behalf of, any Defendant, Third-Party Defendants, or Third-Parties

relating to the injuries or damages alleged in Plaintiff's complaint, including a waiver of medical,

workers' compensation or other liens against the judgment pursuant to 735 ILCS 5/2-608 and/or

735 ILCS 5/2-613.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, is entitled to a set-

off against any adverse verdicts for any amounts paid to Plaintiff related to this matter from any

source.

### FOURTH AFFIRMATIVE DEFENSE

1.     The condition which Plaintiff encountered was an open and obvious condition

which Plaintiff, in the exercise of reasonable care, should have avoided without incident.

Patrick E. Burgess, One of the Attorneys for
Defendant, Code Red Safety & Rental, LLC

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
PAGE 4 of 6

## **AFFIDAVIT OF INSUFFICIENT KNOWLEDGE**

Patrick E. Burgess, being first duly sworn on oath, deposes and says that he is one of the attorneys for Defendant, CODE RED SAFETY & RENTAL, LLC, that he is authorized to make this affidavit and that the allegations of want of knowledge in the above answer are true and correct to the best of his knowledge and belief.

<div align="right">

TRIBLER ORPETT & MEYER, P.C.

Patrick E. Burgess

</div>

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
PAGE 5 of 6

## PROOF OF SERVICE

TO:     Attorneys of Record (See Service List)

I, a non-attorney, certify that I served this notice and the following documents by sending a copy to the aforementioned parties via electronic mail on January _8_, 2018:

1.      **Code Red's Answer to Complaint at Law**

[X]  Under penalties as provided by law pursuant to ILCS
     SEC 5/1-109 I certify that the statements set forth
     herein are true and correct.

Date............1 - 8 - 18........................

_____
Signature

ELECTRONICALLY FILED
1/8/2018 8:30 AM
2017-L-009093
PAGE 6 of 6

TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401
Firm No.: 39950
**SERVICE VIA E-MAIL WILL BE ACCEPTED AT DOCKET@TRIBLER.COM**

## SERVICE LIST

*__Attorneys for Plaintiff__*
Milo W. Lundblad
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)

*__Attorneys for Arcelor Mittal__*
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 13
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
FIRM NO. 36040 LAW DIVISION
CLERK DOROTHY BROWN

168.26058  35/28

## IN THE CIRCUIT COURT OF COOK COUNTY, iLLiNOiS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2017 L 009093 |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, ARCELORMITTAL | ) | *Calendar A* |
| U.S.A., LLC, and CODE RED SAFETY | ) | |
| AND RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MOTION TO DISMISS AND/OR TRANSFER BASED ON FORUM NON-CONVENIENS</u>

Defendant, CODE RED SAFETY & RENTAL, LLC, (hereinafter referred to as "CODE RED"), by and through its attorneys, Tribler Orpett & Meyer, P.C., moves this Honorable Court for entry of an order dismissing this matter pursuant to Supreme Court Rule 187, *forum non-conveniens*. In support of this motion, CODE RED states as follows:

      1.     Plaintiffs, Sean McDermott, ("Plaintiff"), filed a Complaint at Law in the Circuit Court of Cook County alleging a premises liability cause of action against Code Red, ArcelorMittal International America, LLC, and ArcelorMittal U.S.A., LLC, seeking to recover for purported injuries he sustained while working in Oven no. 3 at a steel fabricating facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana, (hereafter referred to as the "Indiana facility". (See Plaintiff's Complaint attached as <u>Exhibit A</u>).

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 2 of 13

2.      Plaintiff's complaint alleges that Code Red, ArcelorMittal International America, LLC, and ArcelorMittal U.S.A., LLC, individually and by their agents and employees owned, operated and maintained the Indiana facility, and failed to properly maintain, illuminate and inspect Oven no. 3 at the Indiana facility. (Exhibit A).

3.      At the time of the alleged occurrence, Plaintiff was an employee at Roger & Sons. (Exhibit A). Upon information and belief, Roger & Sons is a construction company located at 4715 Euclid Avenue, East Chicago, IN 46312.

4.      The scene of the alleged occurrence, the Indiana facility is located in the state of Indiana.

5.      Upon information and belief, Plaintiff resided in Beecher, Will County, Illinois.

6.      Upon information and belief, employees of the Roger & Sons, plaintiff's employer residing in Indiana, witnessed the occurrence.

7.      Upon information and belief, employees of ArcelorMittal International America, LLC, and ArcelorMittal U.S.A., LLC residing in Indiana have knowledge regarding the occurrence and conducted an investigation into the alleged occurence.

8.      There are no allegations at this time that Plaintiff received any care or treatment in Cook County, Illinois.

9.      The site of the accident is not located in Cook County and Plaintiff does not reside in Cook County, Illinois.

10.     Code Red's headquarters is located in Hammond, Indiana and none of the workers that were working at the Indiana facility on the date of the occurrence resided in Cook County, IL.

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 3 of 13

11.     If there exists more than one potential forum for an action, the applicable Doctrine of *Forum Non Conveniens* may be invoked to determine the appropriate forum. *Griffith v. Mitsubishi Aircraft International, Inc.*, 136 Ill.2d 101, 105 (1990). The Doctrine allows the court in which the action was filed to decline jurisdiction and direct the lawsuit to an alternative forum that the court determines to better serve the convenience of the parties and the ends of justice. *Vinson v. Allstate*, 144 Ill.2d 306, 310 (1991).

12.     In ruling on a *forum non conveniens* motion, the trial court must consider both the private interest factors and public interest factors. The test is whether the relevant factors viewed in their totality strongly favor transfer to the forum suggested by the defendant. *Dawdy v. Union Pacific Railroad Co.*, 107 Ill.2d 167, 176 (2003).

13.     However, in Illinois, where a plaintiff is foreign to the forum he files suit in and the accident did not occur where the suit was filed, the plaintiff's chosen forum is no longer assumed convenient for the *forum non conveniens* purposes. *Dawdy v. Union Pacific Railroad Co.*, 107 Ill.2d 167, 174 (2003).

14.     In this matter, there appears little to no connection to Cook County that would justify allowing this matter to proceed in Cook County, Illinois.

15.     The Court of Lake County, Indiana Sitting at Hammond, Indiana is a substantially more appropriate forum under the totality of the circumstances in this matter. Moreover, when considering that plaintiff is foreign to Cook County and the accident did not occur in Cook County, or even in the state of Illinois, in relation to all of the factors, this court should rule out Cook County as an appropriate forum.

15.     Code Red's *forum non conveniens* interrogatories are attached as <u>Exhibit</u>

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 4 of 13

<u>B</u>.

16.     In order to proceed with its motion, Code Red needs additional discovery and time to file a memorandum and affidavits in support of its motion to dismiss/transfer pursuant to the Doctrine of *Forum Non Conveniens.*

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, requests this Honorable Court:

1.     Enter an order setting a schedule for discovery relative to the *forum non conveniens* issues, leave to file its brief in support of its motion at the conclusion of the forum discovery schedule, and to set a hearing on the motion to dismiss; or

2.     Dismiss Plaintiff's Complaint in Cook County pursuant to *forum non conveniens* and for any other relief this Court deems equitable and just.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

Attorneys for Defendant, CODE RED
SAFETY & RENTAL, LLC

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

SEAN McDERMOTT,                              )
                                             )
       Plaintiff,                  )
                                             )
v.                                           )    No.    201
                                             )
ARCELORMITTAL INTERNATIONAL                  )
AMERICA, LLC,                                )
ARCELORMITTAL U.S.A., LLC, and               )
CODE RED SAFETY AND RENTAL, LLC,             )
d/b/a CODE RED SAFETY,                       )
                                             )
       Defendants.                 )

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 5 of 13

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTN & LUNDBLAD, LTD., and complaining of the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, (International), ARCELORMITTAL U.S.A., LLC, (U.S.A) and CODE RED SAFETY AND RENTAL, LLC., d/b/a CODE RED SAFETY (Code Red), and each of them, states as follows:

1.    On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendants, International and U.S.A., were limited liability companies organized under the laws of the State of Delaware and did business in and maintained their principle offices at One South Dearborn Street, Chicago, Illinois.

2.    On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendant, Code Red, was a limited liability company duly organized under the laws of the State of Delaware for the purposes of offering industrial level safety training, products, equipment and personnel.

1


EXHIBIT
A

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 6 of 13

3.      On October 19, 2016, and for a long time prior thereto, the Defendants, International and U.S.A., owned, operated and maintained a steel fabricating facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana.

4.      On and prior to October 19, 2016, the Defendants, International and U.S.A. had undertaken to repair and/or refurbish parts of the Indiana Harbor facility, including an area known as Oven No. 3 in Plant B.

5.      Prior to October 19, 2016, the Defendants, International and U.S.A. contracted with the Defendant, Code Red, to provide safety consulting personnel, services and equipment to assure that the repair and/or refurbishment of their premises, including Oven No. 3 in Plant B, was done in a safe manner.

6.      Prior to October 19, 2016, the Defendants, International and U.S.A., contracted with various entities, including Plaintiff's employer, Rogers and Sons, to perform repair and/or refurbishment services on Oven No. 3, Plant B at Indiana Harbor.

7.      On October 19, 2016, Plaintiff was lawfully on the premises at the Defendants', International and U.S.A.'s Indiana Harbor facility in pursuit of his employment with Rogers & Sons and in furtherance of the repair and/or refurbishment of the Defendant's premises.

8.      On and before October 19, 2016, the Defendants, International, U.S.A., and Code Red, and each of them, were negligent in one, or more, of the following ways:

      a.      failing to properly maintain the floor of Oven No. 3;

      b.      failing to adequately illuminate the interior of Oven No. 3;

      c.      directing Plaintiff to enter Oven No. 3 when they know, or in the exercise of ordinary care should have known, that it was unsafe to do so;

      d.      failing to properly inspect the interior of Oven No. 3 to assure that it was safe for workmen, including the Plaintiff, to enter; and/or

2

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 7 of 13

    e.    failing to provide the Plaintiff with a safe place to work.

    9.    As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendants, International, U.S.A., and Code Red, and each of them, Plaintiff was caused to partially fall through the floor of Oven No. 3 when he was instructed to enter it, causing him sever, permanent painful and disabling injuries.

    10.    The injuries Plaintiff sustained as aforesaid have caused him, and in the future will continue to cause him, to become liable for large and diverse sums of money to medical providers in an effort to be cured; and have interfered, and in the future will continue to interfere, with his livelihood, employment, employability and enjoyment of life, all to his damage.

    11.    Plaintiff's counsel's affidavit pursuant to Supreme Court Rule 222 (b) is attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, ARCELORMITTAL U.S.A, LLC and CODE RED SAFETY AND RENTAL, LLC, d/b/a CODE RED SAFETY, and each of them, in an amount in excess of Fifty thousand Dollars ($50,000.00).

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

By: _____
John F. Klebba

John F. Klebba
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

3

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| SEAN McDERMOTT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, INC., | ) | |
| d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

<div style="text-align:center"><strong><u>AFFIDAVIT</u></strong></div>

The undersigned, John F. Klebba, heretofore duly sworn on oath, hereby deposes and states as follows:

1.   I am a resident of the State of Illinois, over the age of eighteen (18) years and under no testimonial disability.

2.   I am a member of the Bar of the Supreme Court of Illinois, in good standing.

3.   I am employed by the firm of Brustin & Lundblad, Ltd.

4.   I am one of the attorneys chiefly charged with responsibility for the case captioned above.

5.   The total money damages sought in this matter exceed Fifty Thousand Dollars ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_John F. Klebba_
John F. Klebba

SIGNED and SWORN to before me on this
__30__ day of __August__, 2017

_____
NOTARY PUBLIC

OFFICIAL SEAL
IESHA GILMORE SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/01/20

168.26058  35/28                                    FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                     )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )        No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL         )
AMERICA, LLC, ARCELORMITTAL         )        *Calendar A*
U.S.A., LLC, and CODE RED SAFETY    )
AND RENTAL, LLC, d/b/a CODE RED     )
SAFETY,                             )
                                    )
            Defendants.             )

### FORUM NON CONVENIENS INTERROGATORIES DIRECTED TO PLAINTIFF

Defendant, CODE RED SAFETY & RENTAL, LLC. (hereinafter referred to as "CODE RED"), by and through its attorneys, TRIBLER ORPETT & MEYER, P.C., propounds the following Interrogatories upon plaintiff, SEAN McDERMOTT, ("hereafter referred to as "plaintiff"), pursuant to Illinois Supreme Court Rule 187(b) and in support of its motion to dismiss or transfer based on *forum non conveniens*. CODE RED requests that plaintiff provide sworn answers to these interrogatories within twenty-eight (28) days:

1.     State plaintiff's full name and date of birth.

**ANSWER:**

2.     State the street address, city/town/village, county, and state of the location where plaintiff's alleged October 19, 2016, accident occurred.

**ANSWER:**

3.     State the street address, city/town/village, county and state where plaintiff maintained his permanent residence as of October 19, 2016.



**ANSWER:**

    4.      State the street address, city/town/village, county and state where plaintiff currently maintains his permanent residence.

**ANSWER:**

    5.      State the name(s) of all occurrence witnesses and the street address, city/town/village, county and state where said occurrence witnesses currently reside.

**ANSWER:**

    6.      State the name(s) of all individuals who were at the scene of the occurrence shortly before or shortly after the occurrence and the street address, city/town/village, county and state where said individuals currently reside.

**ANSWER:**

    7.      State the name(s) of all post-occurrence witnesses who will testify regarding plaintiff's alleged injuries and the effect of said injuries on plaintiff's day-to-day life along with the street address, city/town/village, county and state where said witnesses currently reside.

**ANSWER:**

    8.      State the name, street address, city/town/village, county and state of all of plaintiff's healthcare providers who treated him for any injuries allegedly sustained as a result of the subject occurrence.

**ANSWER:**

    9.      State the dates on which plaintiff treated at any hospitals and other healthcare providers listed in the answer to Interrogatory 8 above.

**ANSWER:**

    10.    State the street address, city/town/village, county and state of plaintiff's employer on the date of the occurrence.

**ANSWER:**

    11.    State the complete name, street address, city/town/village, county and state of plaintiff's immediate supervisor/foreman on the date of the occurrence.

**ANSWER:**

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 10 of 13

12.     State the street address, city/town/village, county and state of plaintiff's current employer.

**ANSWER**:

13.     Identify any and all contacts you claim that the parties to the above captioned lawsuit have with Cook County, or any other basis(es), to support your belief that Cook County is the most convenient forum for the resolution of this lawsuit.

**ANSWER:**

14.     Identify each and every basis you have (excluding those identified above) for a claim that Cook County is the most convenient forum for the resolution of this lawsuit.

**ANSWER:**

<div style="margin-left:40%">

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

_____

Attorneys for Defendant, CODE RED
SAFETY & RENTAL, LLC

</div>

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
docket@tribler.com

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 11 of 13

168.26058  35/28                                                    FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                          )
                                         )
     Plaintiff,                         )
                                         )
v.                                       )
                                         )        No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL              )
AMERICA, LLC, ARCELORMITTAL              )        *Calendar A*
U.S.A., LLC, and CODE RED SAFETY AND     )
RENTAL, LLC, d/b/a CODE RED SAFETY,      )
                                         )
     Defendants.                        )

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 12 of 13

## NOTICE OF MOTION

TO:    Attorneys of Record (See Attached Service List)

     PLEASE TAKE NOTICE that on **January 12, 2018**, at **10:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge James N. O'Hara or any other judge sitting in his stead in Courtroom 2206 in the Richard J. Daley Center and then and there present Defendant, Code Red Safety & Rental, LLC's, Motion to Dismiss and/or Transfer Based on Forum Non-Conveniens, a copy of which is herewith served upon you.

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

## PROOF OF SERVICE

     I, a non-attorney, certify that I served this notice by sending a copy by electronic mail to all attorneys of record on January 8, 2018.

[X] Under penalties as provided by law pursuant to ILCS
    SEC 5/1-109 I certify that the statements set forth
    herein are true and correct.

                                      Signature

**SERVICE VIA E-MAIL WILL BE ACCEPTED AT <u>DOCKET@TRIBLER.COM</u>**

*168.26058   35/28*

## SERVICE LIST

### *McDermott v. Code Red Safety, et al – 17 L 9093*

**<u>Attorneys for Plaintiff</u>**
Milo W. Lundblad
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)

**<u>Attorneys for Arcelor Mittal</u>**
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

ELECTRONICALLY FILED
1/8/2018 3:15 PM
2017-L-009093
PAGE 13 of 13

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT-LAW DIVISION**                      Rev. 1/17

McDermott _____ ,    )
**Plaintiffs**                  )    NO: _____
                                )
                                )
-v- _____     )    Motion Call: "A"  Time: ____  Line #: ___
_____         )
**Defendants**                  )    2005 Trial Date: _____

## **CASE MANAGEMENT ORDER**

### **(Please check off all pertinent paragraphs and circle proper party name)**

**(4231)** _____ 1. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ *or deemed waived;*

**(4296)** _____ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by _____ ;

**(4218)** _____ 3. Party depositions, fact, 213(f)(1) and/or (2) depositions to be **completed** by _____ ;

**(4297)** _____ 4. Plaintiff to send list & addresses of treaters to Defendant(s) by _____ ;

**(4288)** _____ 5. Subpoenas for treating physicians' records/deps to be **issued** by _____ *or deemed waived;*

**(4218)** _____ 6. Treating physicians depositions to be **completed** by _____ ;

**(4231)** _____ 7. All dispositive motions shall be filed **no later than** _____ ;

**(4296)** _____ 8. All SCR 215 & 216 discovery **completed** by _____ ;

**(4206)** _____ 9. (Plaintiff) - (Defendant) - (Add. Party) shall **answer** 213 (f)(3) Interrogatories by _____ ;

**(4218)** _____ 10. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

**(4218)** _____ 11. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

**(4218)** _____ 12. **Add. party's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

**(4295)** _____ 13. **All fact discovery, SCR 213(f)(1), (f)(2), 215(a) and 216 discovery is closed.** *(Circle all applicable)*

**(4619)** __X__ 14. The matter is continued for subsequent Case Management Conference on **2/22/18**
at **10:30** ___ AM/PM in Room 2206 for:
(A)____ Proper Service   (B)____ Appearance of Defendants   (C)____ Case Value
(D)____ Pleadings Status   (E)____ Discovery Status   (F)____ Pre-Trial/Settlement
(G)____ Mediation Status   (H)____ Trial Certification   (I)____ Other
_____
_____
_____

**(4005)** _____ 14. Case is DWP'd.   **(4040)** _____ The case is voluntarily dismissed pursuant to 735 ILCS 5/2-1009.

**(4331)** _____ 15. Case stricken from   **(4284)** _____ Motion Stricken or   **(4330)** _____ Case stricken from
CMC Call                              Withdrawn from Call                      Motion Call.
                                      **E N T E R :**

NAME: _____
ADDRESS: _____
PHONE: _____
ATTY ID#: _____
ATTY FOR PARTY: _____
NOTICE:                                **J U D G E** _____ NO.

★ *COPIES OF ALL PRIOR CMC ORDERS MUST*
*BE BROUGHT TO ALL CMC COURT DATES.*

★ *FAILURE OF ANY PARTY TO COMPLY WITH*
*THIS CMC ORDER WILL BE A BASIS FOR SCR*
*219(C) SANCTIONS. FAILURE OF ANY PARTY*
*TO ENFORCE THIS CMC ORDER WILL CONSTITUTE*
*A WAIVER OF SUCH DISCOVERY BY THAT PARTY.*

Judge James N. O'Hara
JAN 1 2 2018
Circuit Court - 1983

168. 26058
35/28

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

2018 JAN 29 PM 3: 27

DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

FILED-11

## NOTICE OF FILING

TO:   Arcelor Mittal USA, LLC                    Mr. Michael J. Meyer
      Mr. David Kawala                           Mr. Patrick E Burgess
      Swanson, Martin & Bell, LLP                Tribler Orpett & Meyer, PC
      330 N. Wabash Ave., Ste 3300               225 W. Washington St., Ste 2550
      Chicago, IL   60611                        Chicago, IL  60606
      dkawala@smbtrials.com

Please take notice that on this 29th Day of January, 2018, I filed with the Clerk of the Circuit Court of Cook County, Illinois the following documents:

*Plaintiff's Reply to Defendant Code Red's Affirmative Defenses*

a copy of which is attached hereto.

Brustin & Lundblad, LTD.

/s/ Francis J. Dermody
Francis J. Dermody

Francis J. Dermody
Brustin & Lundblad, LTD.
10 N. Dearborn St., 7th Floor
Chicago, IL  606023
312 263 1250
Atty No 21626

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2018, I served the documents listed below by e-mail and by mailing a copy, First Class, postage pre-paid, to the above-named parties at the above-mentioned address, and deposition same in the U.S. Mail Chute at 10 N. Dearborn, 7th Floor, Chicago, Illinois, 60602, before 5:00 PM, under penalties as provided by law pursuant to 735 ILCS 5/1-109.

/s/ Francis J. Dermody
Francis J. Dermody

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT, )
)
          Plaintiff, )
)
v. )    No. 17 L 9093
)
ARCELORMITTAL INTERNATIONAL )
AMERICA, LLC, )
ARCELORMITTAL U.S.A., LLC, and )
CODE RED SAFETY AND RENTAL, LLC, )
d/b/a CODE RED SAFETY, )
)
          Defendants. )

FILED-11
2018 JAN 29 PM 3:27
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

### Plaintiff's Reply to Defendant's Affirmative Defenses

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys,

BRUSTN & LUNDBLAD, LTD., and in reply to the Affirmative Defenses heretofore interposed

by the Defendant, CODE RED SAFETY, states as follows:

### FIRST AFFIRMATIVE DEFENSE

1.    Plaintiff had a duty to exercise reasonable care for his own safety.

2.    Plaintiff breached that duty and was negligent in one or more of the following respects:

    a.    Failed to keep a proper lookout;

    b.    Failed to observe a condition that was open and obvious;

    c.    Failed to use a safer alternative method of performing his work;

    d.    Carelessly and negligently worked without exercising due care and caution for his own safety; and

    e.    Failed to ask for assistance if he needed it to safely perform his work.

3. Plaintiff's own negligence was the proximate cause of the injuries alleged in his complaint, or, alternatively, his own negligence contributed to cause the alleged injuries and damages.

4. If judgment is entered in favor of Plaintiff and against Defendant Code Red such judgment shall be reduced in an amount commensurate with Plaintiff's own degree of comparative fault, and if that fault is greater than 50% of the total fault attributable to all tortfeasors, he shall be barred from any recovery whatsoever as a matter of law.

**RESPONSE:**

1. Admitted.

2. Denied.

3. Denied.

4. Denied

## SECOND AFFIRMATIVE DEFENSE

1. Code Red's fault, if any, in causing the damages alleged in Plaintiff's complaint, constitutes less than 25% of the total fault attributable to Plaintiff, Sean McDermott, any Defendants sued by Plaintiff and applicable Third-Party Defendants.

**RESPONSE:**

1. Denied.

## THIRD AFFIRMATIVE DEFENSE

1. Code Red is entitled to a set-off reducing any judgment against it by any amount paid to Plaintiff by, on behalf of, any Defendant, Third-Party Defendants, or Third-Parties relating to the injuries or damages alleged in Plaintiff's complaint, including a waiver of medical, worker's compensation or other liens against the judgment pursuant to 735 ILCS 5/2-608 and/or 735 ILCS 5/2-613.

**RESPONSE:**

1. Denied

## FOURTH AFFIRMATIVE DEFENSE

1.    The condition which Plaintiff encountered was an open and obvious condition which Plaintiff, in the exercise of reasonable care, should have avoided without incident.

**RESPONSE:**

1.    Denied.

WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays that Defendants' Affirmative Defense be stricken and held for naught.

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

By: /s/ Milo W. Lundblad
Milo W. Lundblad

Milo W. Lundblad
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**                    Rev. 1/17
**COUNTY DEPARTMENT-LAW DIVISION**

McDermott
_Plaintiffs_ ）

-v-

AM USA et al
_Defendants_ ）

NO: 17 L 9093

Motion Call: "A"  Time: 11:30 Line #: 45

2005 Trial Date: _____

## **\*\*CASE MANAGEMENT ORDER\*\***

### **\*\*(Please check off all pertinent paragraphs and circle proper party name)\*\***

(4231) _____ 1. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ *or deemed waived;*

(4296) _____ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by _____ ;

(4218) _____ 3. Party depositions, fact, 213(f)(1) and/or (2) depositions to be **completed** by _____ ;

(4297) _____ 4. Plaintiff to send list & addresses of treaters to Defendant(s) by _____ ;

(4288) _____ 5. Subpoenas for treating physicians' records/deps to be **issued** by _____ *or deemed waived;*

(4218) _____ 6. Treating physicians depositions to be **completed** by _____ ;

(4231) _____ 7. All dispositive motions shall be filed **no later than** _____ ;

(4296) _____ 8. All SCR 215 & 216 discovery **completed** by _____ ;

(4206) _____ 9. (Plaintiff) - (Defendant) - (Add. Party) shall **answer** 213 (f)(3) Interrogatories by _____

(4218) _____ 10. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

(4218) _____ 11. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

(4218) _____ 12. **Add. party's 213(f)(3)** witnesses' depositions to be **completed** by _____ ;

(4295) _____ 13. **All fact discovery, SCR 213(f)(1), (f)(2), 215(a) and 216 discovery is closed.** *(Circle all applicable)*

(4619) ✓✓ 14. The matter is continued for subsequent Case Management Conference on 4-5-18
at 11:30 (AM/PM in Room 2206 for:
(A) _____ Proper Service     (B) _____ Appearance of Defendants     (C) _____ Case Value
(D) _____ Pleadings Status     (E) _____ Discovery Status     (F) _____ Pre-Trial/Settlement
(G) _____ Mediation Status     (H) _____ Trial Certification     (I) _____ Other

_____
- Dcfts has 7 days to file _____ compl _____ by 2/23/18
- _____
- Five Motion _____ of _____ without _____ proper _____
- Dcfts is granted 14 dys to blvd gth tu _____ E file

(4005) _____ 14. Case is DWP'd.     (4040) _____ The case is voluntarily dismissed pursuant to 735 ILCS 5/2-1009.

(4331) _____ 15. Case stricken from     (4284) _____ Motion Stricken or     (4330) _____ Case stricken from
CMC Call                          Withdrawn from Call                    Motion Call.

**E N T E R :**

NAME: _____
ADDRESS: _____
PHONE: _____
ATTY ID#: _____
ATTY FOR PARTY: _____
**NOTICE:**

★ *COPIES OF ALL PRIOR CMC ORDERS MUST BE BROUGHT TO ALL CMC COURT DATES.*

★ *FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY*

**J U D G E** _____  **NO.** _____

Judge James N. O'Hara

FEB 2 2 2018

Circuit Court · 1983

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN McDERMOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2017 L 009093 |
| ) | |
| ARCELORMITTAL INTERNATIONAL ) | |
| AMERICA, LLC; ARCELORMITTAL ) | |
| U.S.A. LLC; CODE RED SAFETY AND ) | |
| RENTAL, LLC, d/b/a CODE RED ) | |
| SAFETY, ) | |
| ) | |
| Defendants. ) | |

## **HIPAA PROTECTIVE ORDER**

This court explicitly finds that this court order is necessary to:

1.      Protect a party's right to privacy as guaranteed by article I, section 6 of the Illinois constitution for each party in this lawsuit;

2.      Ensure the parties' compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and its accompanying rules and regulations governing the disclosure, maintenance, use, and disposal of protected health information (PHI), see generally 45 C.F.R. 160.103 & 160.501,

3.      Require covered entities, see 45 C.F.R. 160.103, to disclose a party's PHI for use in this litigation without a separate disclosure authorization;

4.      Permit insurance companies to receive PHI or what would otherwise be considered PHI from covered entities, business associates, and parties in litigation and to disclose, maintain, use, and dispose of PHI or what would otherwise be considered PHI in compliance and conformity with all applicable federal laws and regulations and the Illinois Insurance Code and its accompanying rules and regulations; and

5.     Further the interest of the State of Illinois in regulating the business of insurance.

A party disclosing PHI explicitly stipulates that she or he:

1. Read this court order before signing their name to be bound by it;
2. Discussed the contents of this court order with their attorney of record in this litigation and had the opportunity to ask questions;
3. Was informed of and fully understands the consequences of the entry of this court order;
4. Freely and without reservation stipulates to the entire contents of this court order; and
5. Understands that by refusing to consent to the contents of this order, the court may impose sanctions up to and including dismissal of the complaint.

Based on these findings and stipulations, this court orders the following:

1.     The PHI of any party in this lawsuit may not be disclosed for any reason without that party's prior written consent and an order of this court.

2.     A party that has disclosed PHI and agreed (as indicated by signature) to the entry of this court order explicitly waives the right to privacy over the disclosed materials but only to the extent provided in this court order. The only disclosures explicitly waived and expressly permitted are those:

    A. To insurance companies to disclose, maintain, use, and dispose of PHI or what would otherwise be considered PHI to comply and conform with current and future applicable federal and state statutes, rules, and regulations for purposes including:

        1. Reporting; investigating; evaluating, adjusting, negotiating, arbitrating, litigating, or settling claims;
        2. Compliance reporting or filing;
        3. Identifying and reporting criminal or unlawful conduct;
        4. Required inspections and audits;
        5. Legally required reporting to private, federal, or state governmental health or medical insurance organizations, including, but not limited, to the Centers for Medicare and Medicaid Services (CMS);
        6. Rate setting and regulation;
        7. Statistical information gathering;
        8. Underwriting, reserve, loss, and actuarial calculation;
        9. Drafting policy language;
      10. Workers' compensation; and
      11. Determining the need for and procuring excess or umbrella coverage or reinsurance;

B. Ordered by this or another court or arbitral body or by subpoena for purposes of subrogation, reimbursement, or payment of liens arising out of or related to this lawsuit; and

C. Necessary to comply with any other federal or state laws, rules, or regulations, but only with the party's express consent and entry of an appropriate court order.

3.     Any covered entity over which this court has jurisdiction that fails or refuses to disclose PHI in accordance with this court order is subject to all sanctions authorized by the Code of Civil Procedure and the Illinois Supreme Court rules.

4.     A party to this lawsuit may provide PHI to an undisclosed consulting expert or controlled expert witness as defined in Illinois Supreme Court Rule 213(f)(3), but only after receiving acknowledgement that each such expert or witness agrees to be bound by the terms of this order.

5.     Immediately after the conclusion of this lawsuit, as indicated by a court-entered order of dismissal, all parties and other persons or entities subject to this court order possessing PHI shall by agreement either return it to the party or non-party about whom it concerns or their attorney of record in this lawsuit or destroy it by shredding, pulverizing, melting, incinerating, or degaussing. This provision does not apply to insurers who possess what would otherwise be considered PHI under HIPAA, but only to the extent as limited in paragraph 2.

6.     No parties or their attorneys, agents, or representatives are permitted to request, obtain, or disclose PHI or any other type of medical bills, records, or related information other than through the formal discovery procedures authorized by the Code of Civil Procedure, Illinois Supreme Court rules, and orders of this court.

7.     The parties are prohibited from including or attaching PHI to any document filed with the Clerk of the Circuit Court. PHI necessary for the court's consideration of any matter must be provided separately.

This court retains jurisdiction to enforce the terms of this order after the conclusion of this litigation.

Dated: _____2/23/18_____

Sean McDermott
Printed Name

_____
Signed by Plaintiff / Legally Designated
Representative / Other (circle one)

Dated: _____

_____
Counsel for Plaintiff

_____
Circuit Court Judge

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, and GM SAFETY | ) | |
| AND SUPPLY, LLC | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ROUTINE MOTION

TO:    Mr. David Kawala                 Mr. Patrick E. Burgess
        Swanson, Martin & Bell, LLP     Tribler Orpett & Meyer, PC
        330 N. Wabash Ave., Ste 3300    225 W. Washington St., Ste 2550
        Chicago, IL 60611                 Chicago, IL 60606
        dkawala@smbtrials.com         peburgess@tribler.com

YOU ARE HEREBY NOTIFIED that on April 5, 2018 at 8:45 a.m., we shall appear before the Honorable Judge O'Hara or that Judge Presiding in Room 2206, at the Richard J. Daley Center Court house, Chicago, Illinois, and then and there present Plaintiff's Routine Motion to appoint a special process server for service.

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to Section 1-109 of the Code of Civil Procedure, that on March 28, 2018, I emailed and mailed to all counsel of record this notice along with the routine motion before 5:00 p.m. from the U.S. Mail Chute located at 10 N. Dearborn Street, Chicago, IL 60602.

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., Suite 700
Chicago IL 60602
312/263-1250
Attorney No.: 21626

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　No. 17 L 9093
　　　　　　　　　　　　　　　　　　　　)
ARCELORMITTAL INTERNATIONAL　　　)
AMERICA, LLC,　　　　　　　　　　　　)
ARCELORMITTAL U.S.A., LLC,　　　　　　)
CODE RED SAFETY AND RENTAL, LLC,　)
d/b/a CODE RED SAFETY, and GM SAFETY　)
AND SUPPLY, LLC　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　)

### PLAINTIFF'S ROUTINE MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW COMES the Plaintiff in the above entitled cause by and through his attorneys,

BRUSTIN & LUNDBLAD, LTD., and move this Honorable Court to appoint J. Mahr of Joseph

P. Mahr Investigations (License No. 11500042) as Special Process Server herein. In support of

which, Plaintiff states:

　　1.　　J. Mahr is over EIGHTEEN (18) years of age and is not a party to this action.

　　2.　　Plaintiff requests leave to have a special process server appointed to serve Defendant

GM SAFETY AND SUPPLY, LLC in this matter. The Sheriff was unable to obtain service on

said Defendant.

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn Street, Suite 700
Chicago, IL 60602
Tele: 312/263-1250
Atty No. 21626

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, and GM SAFETY | ) | |
| AND SUPPLY, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**ROUTINE ORDER**

THIS CAUSE coming to be heard upon the Motion of the Plaintiff, notice given to all

parties who have appeared, and the Court being fully advised of the premises:

IT IS HEREBY ORDERED:

That J. Mahr of Joseph P. Mahr Investigations (License No. 11500042), being of legal

age and not related to any party herein, or otherwise holding an interest herein, is appointed as

Special Process Server to serve Defendant GM SAFETY AND SUPPLY, LLC  Safety in this

matter.  The Sheriff was unable to obtain service on said Defendant.

ENTER:

..............................................................
JUDGE                              JUDGE'S NO.

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., Suite 700
Chicago IL 60602
312/263-1250
Atty No. 21626

## In The Circuit Court of Cook County
## County Department – Law Division

Mc Dennett )
) *172 7093*
v. )
Accior Mital et al )
)
)

### Order for Briefing Schedule

This matter coming to be heard on Motion the court sets the following Briefing Schedule:

What type of motion *to transfer/dismiss for forum non conveniens*

Whose motion *Defendant Code Red*

Movant shall file a memorandum in support by *April 19, 2018*

Response brief shall be filed by *May 17, 2018*

Reply brief shall be filed by *May 31, 2018*

This matter is set for clerk's status at **10:30 am on** *June 7 2018*
In Courtroom **2206 motion call A. A complete set of courtesy copies is due on the Clerk's status date.**

A full set of the briefs, most recent complaint, deposition transcripts relied upon, and copies of out of state case shall be submitted. Briefs may not exceed 15 pages and shall contain official case citations. Exhibits shall be separately tabbed. Support for the requested relief cannot be raised initially in the Reply. This order shall not affect the trial date of this case.

*· △ Arcellor Mittal International is relator to dismissed by the pursuant to 5 5-1009 without prejudice and without costs. Its motion to appoint special process server is granted.*

Atty. No. *26/26*
Name: *Bristin Cleghlan LLd*
Address: *13 N. Dearborn # 700 Chgo IL 60602*
Phone: *312 263-1250*

Judge James N. O'Hare

APR 0 8 2018

Circuit Court - 1983

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
CALENDAR: A
PAGE 1 of 85
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

168.26058  35/28                                    FIRM NO. 39041

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                          )
                                         )
      Plaintiff,                        )
                                         )
v.                                       )
                                         )        No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL              )
AMERICA, LLC, ARCELORMITTAL              )        *Calendar A*
U.S.A., LLC, and CODE RED SAFETY         )
AND RENTAL, LLC, d/b/a CODE RED          )
SAFETY,                                  )
                                         )
      Defendants.                       )

### DEFENDANT CODE RED SAFETY & RENTAL, LLC'S
### MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS
### BASED ON FORUM NON CONVENIENS

      Defendant, Code Red Safety & Rental, LLC ("Code Red"), by and through its attorneys, Tribler Orpett & Meyer, P.C., states the following memorandum in support of its motion to dismiss this matter pursuant to the doctrine of *forum non conveniens* and Supreme Court Rule 187:

### Introduction

      Plaintiff alleges that he was injured on October 19, 2016, while working for his employer, Roger & Sons at a steel manufacturing facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana, (hereafter referred to as "the Indiana facility"). (See Plaintiff's Amended Complaint attached hereto as "Exhibit A"). Plaintiff alleges that Code Red, and co-Defendant, ArcelorMittal U.S.A, LLC, (hereafter referred to as "Arcelor"), individually and by their agents and employees, were negligent in that they: failed to properly maintain a floor of an Oven at the Indiana facility; failed to adequately illuminate the

interior of the oven at the Indiana facility; directed Plaintiff to enter the oven when it was unsafe to do so; and failed to provide Plaintiff with a safe place to work at the Indiana facility. (Ex. A). Code Red was served with the original complaint on November 6, 2017, (See Alias Summons attached hereto as "Exhibit B"). Code Red filed its motion to dismiss based on the doctrine of *forum non conveniens* on January 8, 2018.

At issue is whether the Court of Lake County, Indiana sitting in Hammond, Indiana is a more convenient forum for this litigation than Cook County, Illinois. The trial court may transfer a case if it "has no practical connection to the forum" and the transfer will "better serve the ends of justice." *Bruce v. Atadero*, 405 Ill. App. 3d 318, 322 (1st Dist. 2010); *Vinson v. Allstate*, 144 Ill.2d 306, 310 (1991). The court's decision will not be reversed absent an abuse of discretion. *Peile v. Skelgas, Inc.*, 163 Ill.2d 323, 336 (1994). Discretion is only abused if no reasonable person would agree with the court's decision. *Dawdy v. Union Pacific R.R. Co.*, 207 Ill.2d 167, 177 (2003).

A reasonable person would readily agree that this lawsuit should be resolved in the Court of Lake County, Indiana sitting in Hammond, Indiana because Cook County, Illinois has no practical or legitimate connection to this lawsuit. The Court of Lake County, Indiana sitting in Hammond, Indiana is a substantially more convenient and appropriate forum for the reasons explained below. Accordingly, Code Red's motion should be granted.

## Undisputed Facts

The following facts are undisputed based on written discovery exchanged between the parties on the *forum* issue:

1.  Plaintiff does not reside in Cook County.

    a.  He currently resides in Beecher, Will County, Illinois.

    b.  He resided in Will County, Illinois, at the time of the occurrence.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 2 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 3 of 85

(Beecher, Illinois).

2.    The occurrence transpired in Lake County, Indiana. (East Chicago, Indiana).

3.    None of the occurrence witnesses identified by Plaintiff reside in Cook County, Illinois.

    a.    Able Zepeda –Foreman for Rogers & Sons, 4715 Euclid Ave., East Chicago, IN 46312;

    b.    Frank Martinez – Superintendent for Rogers & Sons, 4715 Euclid Avenue, East Chicago, IN 46312; and

    c.    Raul Rodriguez, 516 Penfield, Beecher, Will County, Illinois.

4.    Plaintiff never received any medical treatment in Cook County, Illinois. He received treatment in the following locations:

    a.    Gary, Indiana;

    b.    Munster, Indiana; and

    c.    Monee, Will County, Illinois.

5.    Plaintiff identified thirteen post-occurrence witnesses that will testify regarding Plaintiff's injuries and the effects of said injuries on his day-to-day life and none of those thirteen witnesses reside in Cook County.

6.    Plaintiff's employer at the time of the occurrence, Roger & Sons Construction is located in East Chicago, IN.

7.    Jeannette Jarrard, an independent contractor for Code Red that was working at the Indiana facility on the date of the occurrence resides in Valparaiso, IN.

8.    Sandra Barnes McGuire, now a former employee of Code Red, who was working at the Indiana facility on the day of the occurrence resides in Gary, IN.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 4 of 85

9.     In fact, only one of the seven other current and former Code Red employees that performed work at the Indiana facility during the relevant timeframe reside in Cook County, Illinois. The other six current and former Code Red employees reside in the state of Indiana.

10.     The scene of the occurrence, Indiana facility, 3210 Watling St., East Chicago, IN 46312 is located less than 10 miles from Lake County Superior Court, 232 Russel Street, Hammond, IN and over 20 miles from the Daley Center.

These facts are supported by the following exhibits:

-Plaintiff's answers to interrogatories – Exhibit C;

-Code Red's answers to interrogatories – Exhibit D;

-Mapquest.com directions from the Indiana facility in East Chicago, IN to the Lake County Superior Court, Hammond, IN – Exhibit E; and

-Mapquest.com directions from the Indiana facility in East Chicago, IN, to the Daley Center, Chicago, IL– Exhibit F.

-Mapquest.com directions from Jeannette Jarrard's residence to the Lake County Superior Court, Hammond, IN and the Daley Center, Chicago, IL– Exhibit G;

- Mapquest.com directions from Sandra Barnes McGuire's residence to the Lake County Superior Court, Hammond, IN and the Daley Center, Chicago, IL– Exhibit H;

-Statistics published by the Administrative Office of Illinois Courts in 2016 (the most recent reported year for the statistics) – Exhibit I;

- Statistics published by the Indiana Office of Court Services in 2016 (the most recent reported year for the statistics) – Exhibit J

4

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 5 of 85

### Argument

### THE CIRCUIT COURT OF COOK COUNTY IS NOT A CONVENIENT FORUM FOR THIS LITIGATION BASED ON THE UNDISPUTED FACTS AND GOVERNING LAW.

Illinois law on the doctrine of *forum non conveniens* is well settled. When there is more than one potential forum, the doctrine is invoked to determine <u>the most appropriate forum</u>. *Dawdy v. Union Pacific R.R. Co.*, 207 Ill.2d 167, 171-74 (2003); *Griffith v. Mitsubishi Aircraft International, Inc.*, 136 Ill.2d 101, 105 (1990). The doctrine is based on considerations of fundamental fairness and sensible and effective judicial administration, and it allows the court in which the action was filed to decline jurisdiction and direct the lawsuit to a forum that better serves the convenience of the parties and the ends of justice. *Dawdy*, 207 Ill.2d at 171-74.

*Forum non conveniens* applies on both an interstate and intrastate basis. *Fennell v. Illinois Central Railroad Company*, 2012 IL 113812 at para. 13. The same considerations of convenience and fairness apply in both interstate and intrastate situations in deciding the question of the forum for trial. *Id.* Specifically, the focus of interstate and intrastate *forum non conveniens* is whether the case is being litigated in the most appropriate state. *Id. citing Eads v. Consolidated R. Corp.*, 365 Ill.App.3d 19, 25

### A. PLAINTIFF'S CHOICE OF CIRCUIT COURT OF COOK COUNTY AS THE FORUM IS NOT ENTITLED TO ANY DEFERENCE.

Illinois law does not allow "forum shopping." *Id.* at 174. When a plaintiff is not a resident of the chosen forum and the incident that gave rise to the litigation did not occur in the chosen forum, plaintiff's choice of forum is given no deference and, in fact, it is reasonable to assume that the plaintiff is engaged in forum shopping. *Id.*

Our plaintiff does not live in Cook County. And the subject occurrence did not

happen in the state of Illinois. Accordingly, plaintiff's choice of forum should not be given any deference in ruling on Code Red's motion.

### B. THE FACT THAT DEFENDANTS HAVE CORPORATE OFFICES/FACILITIES IN COOK COUNTY IS IRRELEVANT IN THE ASSESSMENT OF THE MOST CONVENIENT FORUM.

In his response, plaintiff will likely rely heavily on the fact that Code Red does business or has a register agent in Illinois. First, Code Red does not own or lease an office or any property in the state of Illinois. Second, it is immaterial whether Code Red does business or have a registered agent in Cook County, Illinois. Whether a defendant corporation maintains an office in and/or does business in the plaintiff's chosen forum should have <u>no effect whatsoever</u> on the Court's ruling on a *forum non conveniens* motion. *Dawdy, 207 Ill.2d at 171-74*. Where a defendant corporation is located and/or where it conducts business are only important in assessing whether venue is proper. See e.g., 735 ILCS 5/2-101, 2-102(a). "Proper venue" and "the most convenient forum" are two wholly different considerations under Illinois law. *See e.g., Vinson v. Allstate,* 144 Ill.2d 306, 311 (1991) and *Bland v. Norfolk & W.R. Co.,* 116 Ill.2d 217 (1987). A motion to dismiss based on the *forum non conveniens* doctrine presupposes that venue is appropriate. *Boner v. Peabody Coal Co.,* 142 Ill.2d 523, 539-540 (1991). If the fact that the defendant conducts business or is located in the plaintiff's chosen forum were dispositive, the *forum non conveniens* doctrine itself "would be entirely vitiated, and no transfer would ever be obtained. Rather, plaintiff's choice would be elevated to the stature of a dispositive consideration, which is patently not to be allowed." *Franklin v. FMC Corp.,* 150 Ill. App. 3d 343, 347 (1986).

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 6 of 85

6

**C.    The Private Interest Factors Establish that the Court at Lake County, Indiana sitting in Hammond, Indiana is a Substantially more Convenient Forum than Cook County.**

In determining the appropriate forum for a case to be litigated, it is incumbent upon the trial court to balance the prevailing private and public interests. *Glass v. DOT Transportation, Inc.*, 393 Ill. App. 3d 829, 832-833 (1st Dist. 2009). The private interest factors are not weighed against the public interest factors; rather, the trial court must evaluate the total circumstances, and "all relevant criteria must be considered without emphasizing any particular factor." *Id.* at 832.

The relevant private interest factors are: (1) convenience of the parties; (2) relative ease of access to sources of testimonial, documentary and real evidence; (3) availability of compulsory process to secure attendance of unwilling witnesses; (4) cost to obtain attendance of unwilling witnesses; (5) possibility of viewing the premises, if appropriate, and (6) all other practical considerations that make a trial easy, expeditious and inexpensive. *Id.* These factors are explained in turn below.

1.    The convenience of the parties:

Cook County is not convenient to any of the parties as none of them live or have any offices here. Lake County, Indiana is by far the most convenient forum for Code Red because all of its current and former employees, with the exception of one, reside in the state of Indiana. Furthermore, while Code Red identified seven current and former employees that performed work at the Indiana facility based on the overbroad nature of the interrogatory, the two then employed or individuals that were working for Code Red at the Indiana facility that were working in the area of the oven at the Indiana facility on the day of the occurrence, Jeannette Jarrard and Sandra Barnes McGuire, that are likely to

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 7 of 85

7

testify at trial both reside in the state of Indiana and live closer to Hammond, Indiana where the Lake County, Indiana circuit court is located then to the Daley Center in Cook County, Illinois. (Exhibit G and Exhibit H.). This factor strongly favors the granting of Code Red's motion.

      2.      Ease of access of evidence:

      3.      Availability of compulsory process for unwilling witnesses; and

      4.      Cost of obtaining attendance of unwilling witnesses.

The three factors can be addressed together, and strongly favor the granting of Code Red's motion. None of Plaintiff's identified occurrence witnesses: Able Zepeda – Foreman for Rogers & Sons, 4715 Euclid Ave., East Chicago, IN 46312; Frank Martinez – Superintendent for Rogers & Sons, 4715 Euclid Avenue, East Chicago, IN 46312; and Raul Rodriguez, 516 Penfield, Beecher, Will County, Illinois, reside and/or work in Cook County, Illinois. (Exhibit C). In fact two of the plaintiff's occurrence witnesses' addresses is plaintiff's then employer, Roger & Sons, Construction's business address in East Chicago, Indiana. Clearly it would be more convenient, easier and less expensive to force them to attend trial in Lake County, Indiana than it would be to force them to travel to Cook County, Illinois. Shortening of the witnesses' travel time is a key factor in assessing the convenience of the forum. *Botello v. Illinois Central RR Co.*, 348 Ill.App.3d 445, 456 (1st Dist. 2004). An increased convenience to those witnesses, in turn, increases the parties' convenience by making those witnesses more readily available to testify in court. *Id.* The proximity of the witnesses to trial would help alleviate any potential delays occasioned by their failure to arrive in court at the appointed hour. *Id.*

While Code Red doubts that it will depose all thirteen post-occurrence witnesses

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 8 of 85

plaintiff identified that will testify regarding his physical condition following the occurrence, none of those thirteen witnesses reside in Cook County, Illinois. (Exhibit C).

The location of treating doctors is an important factor for the court to consider in assessing a forum motion in a personal injury case. *Ammerman v. Raymond Corp.*, 379 Ill.App.3d 878, 890 (1st Dist 2008), citing *Bland v. Norfolk & Western Ry Co.*, 116 Ill.2d 217, 227 (1987). Plaintiff did not receive any medical treatment in Cook County, Illinois. He did however receive treatment in both Gary and Munster, Indiana, which are both located in Lake County, Indiana. In fact, all of the medical treatment occurred either in Lake County, Indiana or Will County, Illinois, which is closer or just as close to Cook County, Illinois. (Exhibit C.)

     5.    The possibility of viewing the premises where the incident occurred.

This factor weighs heavily in favor of transferring the case to Lake County, Indiana, where the courthouse is less than 10 miles from the scene of the occurrence. (Exhibit E). The Illinois Supreme Court recently noted that the key word is "possibility," not "necessity." *Fennel v. Illinois Central RR Co.*, 2012 IL 113812 at ¶37. In *Fennel*, the plaintiff filed suit in St. Clair Co., Illinois, alleging that he had been exposed to asbestos while working for the defendant-railroad in various states. In response to a motion to dismiss based on the *forum* doctrine, plaintiff asserted that there would be no necessity for the jury to view the site of the exposure. While seemingly correct, the Supreme Court noted that such a decision needed to be left to the discretion of the trial judge at the time of trial. Thus, the trial court and appellate court erred in failing to address this as a factor in denying the *forum* motion. *Id.* at ¶37-39. (*See also Dawdy*, 207 Ill.2d at 178-79.)

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 9 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 10 of 85

In this matter, the scene of the occurrence is an oven inside the Indiana facility. There are multiple ovens inside the Indiana facility. Due to the size and uncertain location of the subject oven, the parties' counsel are conducting an inspection of the oven inside the Indiana facility on April 26, 2018. Obviously, if the attorneys need to view the scene of the occurrence inside the Indiana facility, the possibility that a jury would view the oven inside the Indiana facility greatly increases and it would be far more convenient to view the Indiana facility from the courthouse in the same Indiana County where the courthouse is located.

**D.    The Public Interest Factors also Establishes that Macoupin County is a Substantially more Convenient Forum than Cook County.**

The three public interest factors when ruling on an intrastate *forum non conveniens* motion are: (1) the congestion of the various courts' dockets; (2) the unfairness of imposing jury duty upon residents of a county with no connection to the litigation; and (3) the interest in having controversies decided locally. *Glass*, 393 Ill.App.3d at 833. Courts generally have a shared concern "in protecting finite judicial resources" and the efficient functioning of their judicial systems, so that they are not impeded by non-resident litigation to the extent that their availability to local citizens is impaired or diminished. *Botello*, 348 Ill.App.3d at 459. The three public interest factors strongly favor the dismissal of this mater from Cook County for the reasons explained below:

1.    <u>Congestion:</u>

Cook County is much more congested than any of the courts in Lake County, IN. Based on the last available statistics, 9,232 cases seeking greater than $50,000 (like this one) were filed in Cook County. (<u>Exhibit I</u>). Whereas, only 47 such civil tort cases were

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 11 of 85

filed in the courts in Lake County, IN. (Exhibit J). Twenty-one civil tort cases were terminated in Lake County, IN in 2016. *Id.* In contrast, 378 of those cases were completed in Cook County, IL in 2016, and those cases took on average 35 months to complete. (Exhibit I.) It is reasonable to assume that this case will be pushed through the system more quickly if transferred to the courts in Lake County, IN.

    2.    The unfairness of imposing jury duty upon residents of a county with no connection to the litigation:

    3.    The interest in having local controversies decided locally:

These two points can be addressed together. Cook County residents have no interest in this litigation: the incident did not happen here; the parties do not reside or work here; and none of the recoverable damages were incurred here. It would be unfair to force Cook County residents to sit on the jury in this trial, and unfair to force Cook County taxpayers to fund this litigation. In comparison Lake County, IN has a strong interest in the case because the incident happened there, and some of the alleged damages were incurred there. These two factors heavily weigh in favor of granting Code Red's motion to dismiss.

## Conclusion

When balancing all of the relevant factors described above, Lake County, IN is the most convenient forum, and this Court is urged to dismiss this matter. It is obvious that this case has no practical connection to Cook County, IL. Lake County, IN is substantially a more convenient forum than Cook County, and thus the Court should grant Code Red's motion to transfer on the doctrine of *forum non conveniens*.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

One of the Code Red Safety & Rental's attorneys

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street
Suite 2550
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
docket@tribler.com

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 12 of 85

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
docket@tribler.com

## PROOF OF SERVICE

TO:   See Attached Service List

I, a non-attorney, certify that I served this notice and the following documents by sending a copy via electronic mail to the aforementioned parties on April 19, 2018:

**1.   Defendant, Code Red Safety & Rental, LLC's Memorandum in Support of Its Motion to Dismiss Based on Forum Non Conveniens**

[X]  Under penalties as provided by law pursuant to ILCS
      SEC 5/1-109 I certify that the statements set forth
      herein are true and correct.

Date...... 4-19-18 ..........................

_Debra Cumelli_

Signature

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 13 of 85

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401
Firm No.: 39950

**SERVICE VIA E-MAIL WILL BE ACCEPTED AT <u>DOCKET@TRIBLER.COM</u>**

## SERVICE LIST

***Attorneys for Plaintiff***
Milo W. Lundblad
Frank Dermody
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
fdermody@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)
blawson@mablawltd.com – Brad Lawson (paralegal)

***Attorneys for Arcelor Mittal***
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 14 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 15 of 85

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT,                              )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )        No. 17 L 9093
                                             )
ARCELORMITTAL INTERNATIONAL                  )
AMERICA, LLC,                                )
ARCELORMITTAL U.S.A., LLC,                   )
CODE RED SAFETY AND RENTAL, LLC,             )
d/b/a CODE RED SAFETY, and GM SAFETY         )
AND SUPPLY, LLC                              )
                                             )
                Defendants.                  )

## FIRST AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., and complaining of the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, (International), ARCELORMITTAL U.S.A., LLC, (U.S.A), CODE RED SAFETY AND RENTAL, LLC., d/b/a CODE RED SAFETY (Code Red), and GM SAFETY AND SUPPLY, LLC (GM Safety) and each of them, states as follows:

### COUNT I—NEGLIGENCE AGAINST ALL DEFENDANTS

1.      On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendants, International and U.S.A., were limited liability companies organized under the laws of the State of Delaware and did business in and maintained their principle offices at One South Dearborn Street, Chicago, Illinois.

2.      On October 19, 2016, and at all times mentioned herein and relevant hereto, the Defendant, Code Red, was a limited liability company duly organized under the laws of the State

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 16 of 85

1

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 17 of 85

of Delaware for the purposes of offering industrial level safety training, products, equipment and personnel.

3.     On October 19, 2016, and all times mentioned herein and relevant hereto, the Defendant, GM Safety, was a limited liability company with their corporate office at 2030 Summer St, Hammond, Indiana, in the business of offering industrial level safety training, products, equipment and personnel.

4.     On October 19, 2016, and for a long time prior thereto, the Defendants, International and U.S.A., owned, operated and maintained a steel fabricating facility known as ArcelorMittal Indiana Harbor, located at 3210 Watling Street in East Chicago, Indiana.

5.     On and prior to October 19, 2016, the Defendants, International and U.S.A. had undertaken to repair and/or refurbish parts of the Indiana Harbor facility, including an area known as Oven No. 3 in Plant B.

6.     Prior to October 19, 2016, the Defendants, International and U.S.A. contracted with the Defendant, Code Red, and Defendant, GM Safety, to provide safety consulting personnel, services and equipment to assure that the repair and/or refurbishment of their premises, including Oven No. 3 in Plant B, was done in a safe manner.

7.     Prior to October 19, 2016, the Defendants, International and U.S.A., contracted with various entities, including Plaintiff's employer, Rogers and Sons, to perform repair and/or refurbishment services on Oven No. 3, Plant B at Indiana Harbor.

8.     On October 19, 2016, Plaintiff was lawfully on the premises at the Defendants', International and U.S.A.'s Indiana Harbor facility in pursuit of his employment with Rogers & Sons and in furtherance of the repair and/or refurbishment of the Defendants' premises.

2

9. On and before October 19, 2016, the Defendants, International, U.S.A., Code Red, and GM Safety, and each of them, were negligent in one, or more, of the following ways:

    a. failing to properly maintain the floor of Oven No. 3;

    b. failing to adequately illuminate the interior of Oven No. 3;

    c. directing Plaintiff to enter Oven No. 3 when they know, or in the exercise of ordinary care should have known, that it was unsafe to do so;

    d. failing to properly inspect the interior of Oven No. 3 to assure that it was safe for workmen, including the Plaintiff, to enter; and/or

    e. failing to provide the Plaintiff with a safe place to work.

10. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendants, International, U.S.A., Code Red, and GM Safety, and each of them, Plaintiff was caused to partially fall through the floor of Oven No. 3 when he was instructed to enter it, causing him sever, permanent painful and disabling injuries.

11. The injuries Plaintiff sustained as aforesaid have caused him, and in the future will continue to cause him, to become liable for large and diverse sums of money to medical providers in an effort to be cured; and have interfered, and in the future will continue to interfere, with his livelihood, employment, employability and enjoyment of life, all to his damage.

12. Plaintiff's counsel's affidavit pursuant to Supreme Court Rule 222 (b) is attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE, Plaintiff, SEAN McDERMOTT, by and through his attorneys, BRUSTIN & LUNDBLAD, LTD., prays for judgment against the Defendants, ARCELORMITTAL INTERNATIONAL AMERICA, LLC, ARCELORMITTAL U.S.A, LLC, CODE RED SAFETY AND RENTAL, LLC, d/b/a CODE RED SAFETY, and GM SAFETY

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 18 of 85

3

AND SUPPLY, LLC, and each of them, in an amount in excess of Fifty thousand Dollars ($50,000.00).

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.

By: _____

Francis J. Dermody

Francis J. Dermody
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 19 of 85

4

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, and GM SAFETY | ) | |
| AND SUPPLY, LLC | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 20 of 85

To:   <u>Arcelor Mittal USA, LLC</u>        Mr. Michael J. Meyer
      Mr. David Kawala             Mr. Patrick E. Burgess
      Swanson, Martin & Bell, LLP    Tribler Orpett & Meyer, PC
      330 N. Wabash Ave., Ste 3300   225 W. Washington St., Ste 2550
      Chicago, IL 60611            Chicago, IL 60606
      <u>E-mail: dkawala@smbtrials.com</u>

PLEASE TAKE NOTICE that on this **1st** day of **March, 2018**; I filed with the Clerk of the Circuit Court of Cook County, Illinois the following documents:

      *(a) Plaintiff's First Amended Complaint,*

a copy of which is attached hereto.

                BRUSTIN & LUNDBLAD, LTD.


                By: <u>/s/ Francis J. Dermody</u>
                     Frank J. Dermody

Milo W. Lundblad
BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No.: 21626

## CERTIFICATE OF SERVICE

I, a non-attorney, hereby certify that on this **1st** day of **March 2018**, I served the documents listed below by e-mail and by mailing a copy First Class, postage pre-paid, to the above-named parties at the above-mentioned addresses, and depositing same in the U.S. Mail Chute at 10 N. Dearborn, 7th Floor, Chicago, Illinois, 60602, before 5:00 P.M., under penalties as provided by law pursuant to 735 ILCS 5/1-109.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 21 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 22 of 85

# EXHIBIT B

| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served by Publication | 2421 – Served By Publication | |
| SUMMONS | ALIAS – SUMMONS | (8/01/08) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Sean McDermott, )
)
Plaintiff, )
)
v. )    Case No.: 17 L 9093
)
ArcelorMittal International America, LLC, )    **PLEASE SERVE**:
ArcelorMittal U.S.A., LLC, and Code Red )    See Reverse Side
Safety and Rental, LLC, d/b/a Code Red Safety, )
)
Defendants. )

### ALIAS SUMMONS

To each Defendant:

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

You must file within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

   This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

BRUSTIN & LUNDBLAD, LTD.            WITNESS, _____ OCT 25 2017
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602            _____
(312) 263-1250                         Clerk of Court
Attorney No.: 21626
                        Date of service: 11-6 ____ DOTHY BROWN 17
                        (To be inserted by officer on copy left with defendant or
                        other person)

Service by Facsimile Transmission will be accepted at: _____

                        (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## Service List

*McDermott v. ArcelorMittal International America, LLC, et al.*

Code Red Safety & Rental, LLC
c/o Registered Agent:
Walter J. Starck
161 N. Clark St., Suite 4200
Chicago, IL 60601

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 24 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 25 of 85

# EXHIBIT C

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, and GM SAFETY | ) | |
| AND SUPPLY, LLC | ) | |
| Defendants. | ) | |

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 26 of 85

## CERTIFICATE OF SERVICE

To:  Arcelor Mittal USA, LLC
Mr. David Kawala
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Ste 3300
Chicago, IL 60611
E-mail: dkawala@smbtrials.com

Mr. Michael J. Meyer
Mr. Patrick E. Burgess
Tribler Orpett & Meyer, PC
225 W. Washington St., Ste 2550
Chicago, IL 60606

I, a non-attorney, hereby certify that on this **9th** day of **March 2018**, I served the documents listed below by e-mail and by mailing a copy First Class, postage pre-paid, to the above-named parties at the above-mentioned addresses, and depositing same in the U.S. Mail Chute at 10 N. Dearborn, 7th Floor, Chicago, Illinois, 60602, before 5:00 P.M., under penalties as provided by law pursuant to 735 ILCS 5/1-109.

*(a) Plaintiff's Response to Defendant Code Red Forum Non Conveniens Interrogatories.*

a copy of which is attached hereto.

BRUSTIN & LUNDBLAD, LTD.

By _Latonia Goldsmith_
Latonia Goldsmith

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No.: 21626

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 9093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, | ) | |
| ARCELORMITTAL U.S.A., LLC, and | ) | |
| CODE RED SAFETY AND RENTAL, LLC, | ) | |
| d/b/a CODE RED SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT CODE RED FORUM NON CONVENIENS**
**INTERROGATORIES**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 27 of 85

   1.      State the plaintiff's full name and date of birth

ANSWER:     Sean Martin McDermott, June 13, 1979


   2.      State the street address, city/town/village, county and state of the location where
plaintiff's alleged October 19, 2016 accident occurred.

ANSWER:     3210 Watling Street, East Chicago, Indiana, 46312


   3.      State the street address, city/town/village, county and state where plaintiff
maintained by his permanent residence as of October 19, 2016.

ANSWER:     50 Meadowlark Lane, Beecher, IL  60401


   4.      State the street address, city/town/village, county and state where plaintiff
currently maintains his permanent residence.

ANSWER:     356 S. Woodward, Beecher, IL  60401

5.    State the name(s) of all occurrence witnesses and the street address, city/town/village, county and state where said occurrences currently reside.

ANSWER:

Able Zepeda—Foreman for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Frank Martinez—Superintendent for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Laborers from the Laborers Local 5 Union, Local 5, 134 N. Halsted St., Chicago Heights, IL 60411

Jim LNU (Safety Personnel for Defendant Arcelor Mittal)

Andy LNU (Safety Personnel for Defendant Code Red)

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 28 of 85

6.    State the name(s) of all individuals who were at the scene of the occurrence shortly before or shortly after the occurrence and the street address, city/town/village, county and state where said individuals currently reside

ANSWER:

Able Zepeda—Foreman for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Frank Martinez—Superintendent for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Laborers from the Laborers Local 5 Union, Local 5, 134 N. Halsted St., Chicago Heights, IL 60411

Jim LNU (Safety Personnel for Defendant Arcelor Mittal)

Andy LNU (Safety Personnel for Defendant Code Red)

7.    State the name(s) of all post-occurrence witnesses who will testify regarding plaintiff's alleged injuries and the effect of said injuries on plaintiff's day-to-day life along with the street address, city/town/village, county and state where said witnesses currently reside.

ANSWER:

Mary, Skip and Harry McDermott, 356 S. Woodward Street, Beecher, IL, 60401

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 29 of 85

Eugene Jung, 3863 Everett Ct, Peachtree Corners, GA  30097

Rob Sikora, 2292 Swallowtail Street, Bourbonnais, IL, 60914

Daniel Trevino, 278 Pine Street, Beecher, IL, 60401

Terri Zemaitis, 718 Penn Blvd, Linderhurst, IL  60046

Heather Maizano, 3457 St. Barthelemy Lane, Aurora, IL, 60504

Bill Kapp, Maureen Kapp, and Caitlin Hess, 6167 Store Mill Drive, Bourbonnais, IL, 60914

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Brian McDermott, 18275 Dove Avenue, Mokina, IL, 60448

Rory and Bridget McDermott, 255 Hunters Drive, Beecher, IL, 60401

Tracy Trevino, 278 Pine Street, Beecher, IL, 60401

Nick and Heather Sikora, 251 Orchard Lane, Beecher, IL, 60401

Rick Day, 1106 Wildflower, Dyer, Indiana, 46311

8.      State the name, street address, city/town/village, county and state of all of plaintiff's healthcare providers who treated him for any injuries allegedly sustained as a result of the subject occurrence.

ANSWER:

1.      Comprehensive Care
        7501 W. 15th Avenue

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 30 of 85

Gary, Indiana 46406

Timothy E. Schroer, DO

Stephen Messana, DO

Lynn C. Schmitt, PT

Brian Gonzalez, PTA

Anthony Marquez, PT

Katrina Madoll, PT

2.     Orthopaedic Specialists
       730 45th Street
       Munster, Indiana  46321

       Sunil Dedhia, MD

       Amy Berghoff, PA

3.     New Life Physical Therapy
       25622 Governors Highway
       Monee, Illinois  60449

       David Kooyenga, PT

       Zorn Coleman, PT

4.     Center for Minimally Invasive Surgery
       9200 Calumet Avenue, Suite 200
       Munster, Indiana  46321

       Sunil Dedhia, MD

       Amy Berghoff, PA

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 31 of 85

9.      State the dates on which plaintiff treated at any hospitals or other healthcare providers listed in the answers to Interrogatory 8 above.

ANSWER:

Comprehensive Care—October 2016 to January 2017

Orthopaedic Servies—December 2016 to August 2017

New Life Physical Therapy—January 2017 to July 2017

Center for Minimally Invasive Surgery—April 28, 2017

10.      State the street address, city/town/village, county and state of plaintiff's employer on the date of the occurrence.

ANSWER:  Roger & Sons Construction, 4715 Euclid Avenue, East Chicago, Indiana  46312

11.      State the complete name, street address, city/town/village, county and state of plaintiff's immediate supervisor/foreman on the date of the occurrence.

ANSWER:  Able Zepeda and Frank Martinez, addresses unknown

12.      State the street address, city/town/village, county and state of plaintiff's current employer.

ANSWER:  N/A.

13.      Identify any and all contacts you claim that the parties to the above captioned lawsuit have with Cook County, or any basis(es), to support your belief that Cook County is the most convenient forum for the resolution of this lawsuit.

ANSWER:  Objection.  This request calls for legal conclusions and arguments.  Plaintiff will file its response to Defendant's motion at the appropriate time and in the appropriate fashion.

14.      Identify each and every basis you have (excluding those identified above) for a claim that Cook County is the most convenient forum for the resolution of this lawsuit.

ANSWER:  Objection.  This request calls for legal conclusions and arguments.  Plaintiff will file its response to Defendant's motion at the appropriate time and in the appropriate fashion.

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.


By: /s/ Milo W. Lundblad
    Milo W. Lundblad

Milo W. Lundblad
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 32 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 33 of 85

# EXHIBIT D

168.26058  35/28                                        FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                         )
                                        )
    Plaintiff,                       )
                                        )
v.                                      )
                                        )     No. 2017 L 009093
ARCELORMITTAL INTERNATIONAL             )
AMERICA, LLC, ARCELORMITTAL             )     *Calendar A*
U.S.A., LLC, and CODE RED SAFETY        )
AND RENTAL, LLC, d/b/a CODE RED         )
SAFETY,                                 )
                                        )
    Defendants.                      )

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 34 of 85

## PROOF OF SERVICE
## AND NOTICE OF FILING

TO:    See Attached Service List

    I, an attorney, certify that I served this notice and the following documents by e-mailing copies to the aforementioned counsel of record at their respective e-mail addresses on March 29, 2018, and I further certify that, on the same date, this Proof of Service was filed with the Clerk of the Circuit Court of Cook County.

- **Code Red's Answers to Plaintiff's Forum Non Conveniens Interrogatories**

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
docket@tribler.com

**SERVICE VIA E-MAIL WILL BE ACCEPTED AT DOCKET@TRIBLER.COM**

**SERVICE LIST**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 35 of 85

***Attorneys for Plaintiff***
Milo W. Lundblad
Frank Dermody
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
fdermody@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)
blawson@mablawltd.com – Brad Lawson (paralegal)

***Attorneys for Arcelor Mittal***
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

168.26058  35.28                                              FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN MCDERMOTT,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | No. 2017 L 009093 |
| ) | |
| ARCELORMITTAL INTERNATIONAL      ) | *Calendar A* |
| AMERICA, LLC, ARCELORMITTAL      ) | |
| U.S.A., LLC, and CODE RED SAFETY      ) | |
| AND RENTAL, LLC, d/b/a CODE RED      ) | |
| SAFETY,      ) | |
| ) | |
| Defendants.      ) | |

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 36 of 85

## CODE RED'S ANSWER TO PLAINTIFF'S
## FORUM NON CONVENIENS INTERROGATORIES

Defendant, CODE RED SAFETY & RENTAL, LLC. (hereinafter referred to as

"CODE RED"), by and through its attorneys, TRIBLER ORPETT & MEYER, P.C., states the

following as its answers to Plaintiff's forum non conveniens interrogatories:

      1.     Please state the name, title and office address of the person who is signing
these answers to interrogatories on behalf of defendant.

**ANSWER:**      **These answers are signed by Code Red's Corporate Manager, Rob
Tepperman but prepared with the assistance of Code Red's counsel. Mr.
Tepperman may not have personal knowledge of all information in each
of these answers. The phrasing, word choice and sentence structure used
in these answers may come from Code Red's counsel rather than from
Mr. Tepperman himself. The objections are made by Code Red's
counsel. Code Red reserves the right to issue amended answers to these
interrogatories should new information come to light during the course of
this litigation.**

      2.     Please state whether defendant knows of any witnesses to the occurrence
described in plaintiff's complaint. If so please state their name and last known address.

**ANSWER:**      **At this time, Code Red does not know the identity of all witnesses to the**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 37 of 85

occurrence. **Other than Plaintiff, on information and belief, one of Plaintiff's co-worker Adam Hernandez at Roger & Sons, 4715 Euclid Ave, East Chicago, IN 46312, may have been present inside the oven at the time of the occurrence.**

3.   Please identify, by name and last known address each and every employee of this defendant and/or other person who has ever performed any work in the area described in Plaintiff's complaint

**ANSWER:**   **Objection. Code Red objects to the form of this interrogatory as it is not reasonably limited in timeframe. Code Red also objects to this interrogatory as vague as it does not know the exact location of the alleged occurrence inside the ArcelorMittal Facility located at 3210 Watling St. East Chicago, IN. Subject to and without waiving said objection and limiting this interrogatory to the shutdown project taking place at the ArcelorMittal Facility located at 3210 Watling St. East Chicago, IN. at the time of the occurrence:**

**Plaintiff, Sean McDermott,**

**Adam Hernandez at Roger & Sons, 4715 Euclid Ave, East Chicago, IN 46312;**

**Jeannette Jarrard, Independent Contractor for Code Red Safety & Rental, LLC, 2805 Double Eagle Lane Valparaiso, Porter County, IN 46383;**

**Spencer Lecyk, Currently employed at Code Red Safety & Rental, LLC 6205 Indianapolis Blvd, Hammond, IN 46320;**

**Greg Carter, Currently employed at Code Red safety & Rental, LLC 6205 Indianapolis Blvd, Hammond, IN 46320;**

**Derek Bordowitz, (former Employee of Code Red Safety & Rental, LLC), 8047 Jefferson Munster, Lake County IN 46321;**

**Sandra Barnes McGuire, (former Employee of Code Red Safety & Rental, LLC), 3955 Jackson Gary, Lake County IN 46408;**

**Devone Chism Currently employed at Code Red Safety & Rental, LLC 6205 Indianapolis Blvd, Hammond, IN 46320;**

**Reynoldo Cuevas, (former Employee of Code Red Safety & Rental, LLC), 843 ½ Gostlin St. Hammond, Lake County, IN 46327;**

**Mitch Demoff, (former Employee of Code Red Safety & Rental, LLC),**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 38 of 85

188 Jennifer Ln Calumet City, Cook County, IL 60409;

George Mohoi, Currently employed at Code Red Safety & Rental, LLC 6205 Indianapolis Blvd, Hammond, IN 46320; and

Investigation continues.

4.    Please identify, by name and last known address, the employee(s) of this defendant and/or other persons most knowledgeable about the project in the Oven 3 area as which Plaintiff was injured while working on, as described in Plaintiff's complaint.

ANSWER:    On information and belief, the people with the most knowledge regarding the work that plaintiff was performing in the area identified as Oven 3, would be:

Plaintiff, Sean McDermott, 50 Meadowlark LN., Beecher, Will County, IL 60401;

Adam Hernandez at Roger & Sons, 4715 Euclid Ave, East Chicago, IN 46312;

Robert Smundin at ArcelorMittal, 3210 Watling Street, East Chicago, IN.;

Andrew Houchen at ArcelorMittal, 3210 Watling Street, East Chicago, IN.;

Jeannette Jarrard, Independent Contractor for Code Red Safety & Rental, LLC, 2805 Double Eagle Lane Valparaiso, Porter County, IN 46383;

Sandra Barnes McGuire, (former Employee of Code Red Safety & Rental, LLC), 3955 Jackson Gary, Lake County IN 46408;

Spencer Lecyk, Currently employed at Code Red Safety & Rental, LLC 6205 Indianapolis Blvd, Hammond, IN 46320;

Investigation continues.

5.    Please state the address of defendant's headquarters.  If different, please also state the address of the principal place of business.

ANSWER:    6205 Indianapolis Blvd. Hammond, IN 46320.

3

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 39 of 85

6.     Please state the address(es) of all offices, shops, field sites or any other locations where this defendant conducts any business activity within the State of Illinois.

**ANSWER:     Code Red does not own or lease any property in the State of Illinois.**

7.     Please state the address of defendant's principal place of document filing and/or storage, if different from answer to Interrogatory No. 7 above.

**ANSWER:     6205 Indianapolis Blvd. Hammond, IN 46320.**

8.     Please state the address of defendant's risk management office and/or legal department, along with the name(s) and address(es) of the manager and/or director of said office and/or department. If the address for each is different, please state both.

**ANSWER:     Code Red does not have a risk management office or have a legal department.**

9.     What, if any, witnesses does this Defendant intend to call at trial who are not amenable to subpoena in the Circuit Court of Cook County?

**ANSWER:     Code Red objects to this interrogatory as premature. Code Red does not know at this time the identity of all the witnesses it intends to call at trial. Subject to and without waiving said objection, several former Code Red employees that may be called as witnesses at trial, including but not limited to, Jeannette Jarrard and Sandra McGuire reside in Indiana are not subject to the jurisdiction of the state of Illinois. Code Red reserve the right to supplement and amend this interrogatory at a later date when the identity of more witnesses becomes available.**

10.     Please describe any and all sources of proof this Defendant intends to rely on in its defense that are not presently available by evidence deposition or subpoena at trial in Cook County.

**ANSWER:     Code Red objects to this interrogatory as premature. Code Red does not know at this time what sources of proof it intends to rely on in its defense. Subject to and without waiving said objection, see answer to interrogatory # 9. The subject facility and area of the alleged occurrence are located in East Chicago, IN. and would be more accessible to a jury if this matter proceeded in the Lake Superior Court, Hammond, Indiana. Furthermore, Plaintiff has identified the following treating physicians located in the state of Indiana which are not subject to the jurisdiction of the state of Illinois.**

4

**VERIFICATION BY CERTIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in Code Red Safety & Rental, LLC's Answers to Plaintiff's Forum Non Conveniens Interrogatories are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Rob Tepperman
Code Red Safety and Rental, LLC

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 40 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 41 of 85

# EXHIBIT E

Lake County Superior Court to ArcelorMittal Indiana Harbor - Google Maps       Page 1 of 1



ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 42 of 85

**via Michigan St**                                               17 min

Fastest route, the usual traffic                                  9.5 miles


**via Hohman Ave**                                                18 min

                                                                  7.2 miles


**via W Chicago Ave**                                             19 min

                                                                  6.1 miles

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 43 of 85

# EXHIBIT F

Richard J. Daley Center to ArcelorMittal Indiana Harbor - Google Maps　　　　　　　Page 1 of 1



Google Maps　　Richard J. Daley Center to ArcelorMittal Indiana Harbor　　Drive 24.4 miles, 41 min

Map data ©2018 Google　　2 mi

**via I-90 E**　　　　　　　　　　　　　　　　　　　　　41 min

Fastest route, despite the usual traffic　　　　　　　24.4 miles

⚠ This route has tolls.

**via US-41 S/S Lake Shore Dr and I-90 E**　　　　　　44 min

　　　　　　　　　　　　　　　　　　　　　　　　23.4 miles

**via I-94 E**　　　　　　　　　　　　　　　　　　　　　52 min

Some traffic, as usual　　　　　　　　　　　　　　38.8 miles

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 44 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 45 of 85

# EXHIBIT G

Lake County Superior Court to 2805 Double Eagle Ln, Valparaiso, IN 46383 - Google M...   Page 1 of 1



ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 46 of 85

**via I-94 E**                                    47 min

Fastest route now due to traffic conditions       38.8 miles
⚠ This route has restricted usage or private roads.


**via I-90 E**                                    49 min

                                                  37.0 miles


**via I-80 E/I-94 E and I-80 E/I-90 E**           51 min

                                                  35.4 miles

Richard J. Daley Center to 2805 Double Eagle Ln, Valparaiso, IN 46383 - Google Maps          Page 1 of 1



Google Maps    Richard J. Daley Center to 2805 Double    Drive 53.4 miles, 1 h 14 min
               Eagle Ln, Valparaiso, IN 46383

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 47 of 85

**via I-90 E**                                                              1 h 14 min

Fastest route now, avoids slowdown before the Chicago Skyway              53.4 miles
⚠ This route has tolls.
⚠ This route has restricted usage or private roads.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 48 of 85

# EXHIBIT H

Lake County Superior Court to 3955 Jackson St, Gary, IN 46408 - Google Maps

Page 1 of 1



ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 49 of 85

**via I-80 E/I-94 E**      25 min

Fastest route now due to traffic conditions      14.3 miles

**via Southeastern Ave and I-80 E/I-94 E**      26 min

13.4 miles

**via Michigan St and I-80 E/I-94 E**      27 min

14.2 miles

Richard J. Daley Center to 3955 Jackson St, Gary, IN 46408 - Google Maps        Page 1 of 1

Google Maps    Richard J. Daley Center to 3955 Jackson    Drive 34.2 miles, 59 min
St, Gary, IN 46408

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 50 of 85



Map data ©2018 Google    2 mi

**via I-90 E**                                                        59 min

Fastest route now, avoids road closures on I-94 E                    34.2 miles
⚠ This route has tolls.

**via I-94 E**                                                       1 h 28 min

Slowdown on I-94 E causing 36-min delay                              38.9 miles

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 51 of 85

# EXHIBIT I

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 52 of 85



ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 53 of 85

**Cover Design:** "Law and Knowledge" — "Justice and Power" by Charles J. Mulligan (1866-1916). One of two statues face visitors as they enter the main (north) entrance of the Supreme Court Building in Springfield. The one on the right ("Law and Knowledge" [front cover] and the other statue to the left, [back cover] "Justice and Power" were completed sometime between 1908 and 1910. Sculptor Charles J. Mulligan was born in Ireland and arrived in Chicago in 1872 with his father James. His start as a sculptor began by modeling clay dug from the Illinois & Michigan Canal, and later as a marble-cutter in Chicago. He studied under Lorado Taft at the Art Institute of Chicago and Alexander Faloneze in Paris, France. He succeeded Taft as the head of the Department of Sculpture at the Institute and served in that role until his death. Some of his other works appear in Garfield Park, Chicago (Lincoln as a Railsplitter and the John F. Finnerty statues); Riverview Park, Quincy (General George Rogers Clark statue); and Rosemond (Grove Cemetery, Rosemond (Lincoln the Orator statue).

Photos provided by Artistic Portraits.

Printed by Authority of the State of Illinois
12-17/4SQPR17-1-551

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 54 of 85

# ANNUAL REPORT
# OF THE
# ILLINOIS COURTS

# STATISTICAL SUMMARY - 2016

Compiled and Published by the
Administrative Office of the Illinois Courts
3101 Old Jacksonville Road
Springfield, Illinois 62704
(217) 558-4490

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 55 of 85

## ACKNOWLEDGMENTS

The Administrative Office of the Illinois Courts gratefully acknowledges and sincerely appreciates the efforts of the clerks of the circuit, appellate, and supreme courts, and probation managers throughout the state for their contributions to this summary. Over two thousand eight hundred reports were prepared and submitted to the Administrative Office by the various clerks and probation managers.

For more detailed information, or for information which does not appear in this publication, the reader is directed to the clerk of the appropriate court or probation manager.

ii

# CONTENTS

Title Page.................................................................................................................. i
Acknowledgments ...................................................................................................... ii
Contents.................................................................................................................... iii

## CIRCUIT COURTS OF ILLINOIS

Map of Judicial Circuits of Illinois.................................................................................. 3

Directory of Circuit Clerks of Illinois ............................................................................... 4

Graphical Presentation of Five-Year Trends--Total Caseload and Selected Case Categories .. 7
    Case Types Within Case Categories...................................................................................8

Caseload, Clearance Rate and Statistical Records of the Circuit Courts of Illinois ................ 13
    Caseload Summaries by Circuit .....................................................................................14
    Case Filing Ratio: Judge/Population ...............................................................................15
    Clearance Rates by Circuit and Case Category -- Five-Year Trends ....................................16
    Civil and Domestic Relations Caseload Statistics by County .............................................20
    Criminal and Quasi-Criminal Caseload Statistics by County...............................................34
    Juvenile Caseload Statistics by County ...........................................................................48
    Age of Pending Cases by Case Category Downstate Circuits..............................................55
    Law Case Dispositions by Circuit ..................................................................................56
    Law Case Dispositions by County ..................................................................................57
    Time Lapse: Case Filing to Date of Verdict Law Jury Verdicts Over $50,000........................60
    Felony Dispositions and Sentences by County...................................................................61

Financial Summary of the Circuit Courts of Illinois ............................................................ 65
    Circuit Clerk Fees and Other Revenue by County .............................................................66
    Circuit Clerk Cost of Operating by County......................................................................69
    Circuit Clerk Disbursement of Funds by County
        Fines, Penalties, Assessments and Forfeitures .............................................................72
        Fees of Others .......................................................................................................87
        Miscellaneous Disbursements ...................................................................................93

Mandatory Arbitration.................................................................................................... 99
    Mandatory Arbitration Program Statistics......................................................................101
    Mandatory Arbitration Circuit Caseload ........................................................................102
    Mandatory Arbitration Program Statistics......................................................................106

Adult and Juvenile Probation and Supervised Pretrial Release...........................................107
    Abbreviations ...........................................................................................................108
    Active Adult Caseload................................................................................................109
    Statewide Active Adult Caseload Graph ........................................................................111
    Active Adult Intensive Probation Supervision (IPS) Caseload ...........................................112
    Active Specialized DUI Program Caseload.....................................................................112
    Adult Supervised Pretrial Release ................................................................................113
    Adult Investigations Report.........................................................................................116
    Adult Probation - Programs Ordered..............................................................................119
    Statewide Adult Programs Ordered Graph ......................................................................121
    Adult Risk Classification.............................................................................................122
    Adult Risk Classification Graph...................................................................................124
    Active Juvenile Caseload ............................................................................................125
    Active Juvenile Intensive Probation Supervision (IPS) Caseload .......................................127
    Statewide Active Juvenile Caseload Graph .....................................................................128
    Statewide Juvenile Investigations Graph........................................................................128
    Juvenile Investigations Report .....................................................................................129

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 56 of 85

Juvenile Risk Classification ............................................................................................132
Juvenile Risk Classification Graph ...............................................................................134
Juvenile Court Activity
    Juvenile Petitions Continued Under Supervision/Adjudications............................135
    Juvenile Programs Ordered ......................................................................................138
    Juvenile Placements .................................................................................................141

## APPELLATE COURT OF ILLINOIS

Map of Appellate and Supreme Court Judicial Districts and Directory of
    Appellate Clerks ......................................................................................................146

Graphical Presentation of Five-Year Trends -- Total Caseload and
    Caseload by District..................................................................................................147

Caseload and Statistical Records.........................................................................................151
    Caseload Summary by District ................................................................................152
    Case Dispositions by District ..................................................................................153
    Method of Case Disposition ....................................................................................154
    Time Lapse: Case Filing to Disposition ..................................................................155
    Time Lapse: Brief Filing to Disposition..................................................................156
    Opinions and Rule 23 Orders ..................................................................................157

## SUPREME COURT OF ILLINOIS

Caseload and Statistical Records -- Five-Year Trends and 2016 Data ...................................159
    Case Filings and Dispositions .................................................................................160
    Table 1: Summary of Case Filings and Final Dispositions, 2012 – 2016...................163
    Table 2: Summary of Petitions for Leave to Appeal and/or Appeal as a Matter of Right
        Under Rules 315/317 - General Docket, 2012 – 2016 ....................................164
    Table 3: Mandatory Jurisdiction Appeals - General Docket, 2012 – 2016 ...................165
    Table 4: General Docket, People and Civil Cases, 2012 – 2016 ...............................166
    Table 5: Summary of the Call of the Docket, 2012 – 2016 .......................................166
    Table 6: Summary of Opinions, 2012 – 2016 ..........................................................167
    Table 7: Summary of Rehearings, 2012 – 2016 .......................................................167
    Table 8: Attorney Disciplinary Cases, Calendar Year 2016.......................................168
    Figure 1: Filings, 2012 – 2016 ...............................................................................169
    Figure 2: Petitions for Leave to Appeal Filed as a Percent of Appeals
        Decided by Appellate Court Opinion or Rule 23 Order, 2012 – 2016 ...........169

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 57 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 130 of 138

# CIRCUIT COURTS OF ILLINOIS

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 59 of 85

2

## MAP OF JUDICIAL CIRCUITS OF ILLINOIS

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 60 of 85



3

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
CIVIL AND DOMESTIC RELATIONS CASELOAD STATISTICS BY COUNTY
CIRCUIT COURTS OF ILLINOIS
CALENDAR YEAR 2016

*This page contains a large rotated statistical table ("Civil and Domestic Relations Caseload Statistics by County, Circuit Courts of Illinois, Calendar Year 2016") with numerous columns that cannot be reliably aligned by OCR. Key column groupings and row labels are listed below.*

**CIRCUIT / COUNTY** (row labels, each with New Filed / Reinstated / Disposed Of / End Pending):
- 21st KANKAKEE
- 21st CIRCUIT TOTAL
- 22nd MCHENRY
- 22nd CIRCUIT TOTAL
- 23rd DEKALB
- 23rd KENDALL
- 23rd CIRCUIT TOTAL
- DOWNSTATE TOTAL
- COOK
- STATE TOTAL

**CIVIL** column headers:
ARBITRATION | CHANCERY | EMINENT DOMAIN | LAW JURY > $50,000 | LAW NON-JURY > $50,000 | LAW JURY =< $50,000 | LAW NON-JURY =< $50,000 | MUNICIPAL CORPORATION | MENTAL HEALTH | MISC REMEDY | PROBATE | SMALL CLAIMS | TAX | TOTAL CIVIL CASES | TOTAL ALL CASES* | CIVIL CASES AS % OF ALL CASES

**DOMESTIC RELATIONS** column headers:
ADOPTION | DISSOLUTION | FAMILY | ORDER OF PROTECTION | TOTAL DOMESTIC RELATIONS CASES | TOTAL ALL CASES* | DOMESTIC RELATIONS CASES AS % OF ALL CASES

*Footnote:* * TOTAL OF ALL CASES IN ALL CATEGORIES: CIVIL, DOMESTIC RELATIONS, CRIMINAL, QUASI-CRIMINAL, AND JUVENILE.

33

**LAW CASE DISPOSITIONS BY COUNTY**
**CIRCUIT COURTS OF ILLINOIS**
**CALENDAR YEAR 2016**

| CIRCUIT | COUNTY | TOTAL LAW CASES DISPOSED OF | | | LAW JURY CASES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NO. TERMINATED BY VERDICT | | | AVERAGE TIME IN MONTHS | | |
| | | LAW OVER $50,000 | LAW $50,000 OR LESS | TOTAL | LAW OVER $50,000 | LAW $50,000 OR LESS | TOTAL | LAW OVER $50,000 | LAW $50,000 OR LESS | ALL LAW JURY VERDICTS |
| 12th.... | WILL | 1,086 | 3,421 | 4,507 | 25 | 0 | 25 | 38.2 | 0.0 | 38.2 |
| 12th.... | CIRCUIT TOTAL | 1,086 | 3,421 | 4,507 | 25 | 0 | 25 | 38.2 | 0.0 | 38.2 |
| 13th.... | BUREAU | 25 | 102 | 127 | 2 | 1 | 3 | 19.7 | 5.0 | 14.8 |
| | GRUNDY | 68 | 213 | 281 | 2 | 0 | 2 | 48.1 | 0.0 | 48.1 |
| | LASALLE | 168 | 659 | 827 | 1 | 0 | 1 | 50.7 | 0.0 | 50.7 |
| 13th.... | CIRCUIT TOTAL | 261 | 974 | 1,235 | 5 | 1 | 6 | 37.3 | 5.0 | 31.9 |
| 14th.... | HENRY | 16 | 166 | 182 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| | MERCER | 9 | 9 | 18 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| | ROCK ISLAND | 124 | 702 | 826 | 4 | 0 | 4 | 37.4 | 0.0 | 37.4 |
| | WHITESIDE | 51 | 213 | 264 | 1 | 0 | 1 | 47.3 | 0.0 | 47.3 |
| 14th.... | CIRCUIT TOTAL | 200 | 1,090 | 1,290 | 5 | 0 | 5 | 39.3 | 0.0 | 39.3 |
| 15th.... | CARROLL | 7 | 32 | 39 | 2 | 0 | 2 | 39.6 | 0.0 | 39.6 |
| | JO DAVIESS | 21 | 37 | 58 | 3 | 0 | 3 | 32.9 | 0.0 | 32.9 |
| | LEE | 29 | 122 | 151 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| | OGLE | 36 | 185 | 221 | 0 | 1 | 1 | 0.0 | 11.0 | 11.0 |
| | STEPHENSON | 37 | 357 | 394 | 2 | 0 | 2 | 25.3 | 0.0 | 25.3 |
| 15th.... | CIRCUIT TOTAL | 130 | 733 | 863 | 7 | 1 | 8 | 32.6 | 11.0 | 29.9 |
| 16th.... | KANE | 431 | 1,825 | 2,256 | 9 | 0 | 9 | 29.9 | 0.0 | 29.9 |
| 16th.... | CIRCUIT TOTAL | 431 | 1,825 | 2,256 | 9 | 0 | 9 | 29.9 | 0.0 | 29.9 |
| 17th.... | BOONE | 41 | 142 | 183 | 2 | 0 | 2 | 54.0 | 0.0 | 54.0 |
| | WINNEBAGO | 384 | 2,191 | 2,575 | 14 | 0 | 14 | 41.3 | 0.0 | 41.3 |
| 17th.... | CIRCUIT TOTAL | 425 | 2,333 | 2,758 | 16 | 0 | 16 | 42.9 | 0.0 | 42.9 |
| 18th.... | DU PAGE | 1,183 | 3,401 | 4,584 | 22 | 0 | 22 | 41.0 | 0.0 | 41.0 |
| 18th.... | CIRCUIT TOTAL | 1,183 | 3,401 | 4,584 | 22 | 0 | 22 | 41.0 | 0.0 | 41.0 |
| 19th.... | LAKE | 975 | 2,862 | 3,837 | 27 | 0 | 27 | 24.1 | 0.0 | 24.1 |
| 19th.... | CIRCUIT TOTAL | 975 | 2,862 | 3,837 | 27 | 0 | 27 | 24.1 | 0.0 | 24.1 |
| 20th.... | MONROE | 39 | 104 | 143 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| | PERRY | 12 | 23 | 35 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| | RANDOLPH | 35 | 158 | 193 | 2 | 3 | 5 | 41.4 | 11.4 | 23.4 |
| | ST. CLAIR | 605 | 2,370 | 2,975 | 12 | 0 | 12 | 66.9 | 0.0 | 66.9 |
| | WASHINGTON | 10 | 36 | 46 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 |
| 20th.... | CIRCUIT TOTAL | 701 | 2,691 | 3,392 | 14 | 3 | 17 | 63.3 | 11.4 | 54.1 |
| 21st.... | IROQUOIS | 17 | 108 | 125 | 1 | 0 | 1 | 17.3 | 0.0 | 17.3 |
| | KANKAKEE | 148 | 825 | 973 | 1 | 0 | 1 | 94.2 | 0.0 | 94.2 |
| 21st.... | CIRCUIT TOTAL | 165 | 933 | 1,098 | 2 | 0 | 2 | 55.8 | 0.0 | 55.8 |
| 22nd.... | MCHENRY | 430 | 861 | 1,291 | 7 | 0 | 7 | 45.6 | 0.0 | 45.6 |
| 22nd.... | CIRCUIT TOTAL | 430 | 861 | 1,291 | 7 | 0 | 7 | 45.6 | 0.0 | 45.6 |
| 23rd.... | DEKALB | 134 | 596 | 730 | 2 | 0 | 2 | 55.2 | 0.0 | 55.2 |
| | KENDALL | 103 | 690 | 793 | 2 | 1 | 3 | 41.6 | 20.1 | 34.4 |
| 23rd.... | CIRCUIT TOTAL | 237 | 1,286 | 1,523 | 4 | 1 | 5 | 48.4 | 20.1 | 42.8 |
| | DOWNSTATE TOTAL | 10,541 | 37,160 | 47,701 | 293 | 17 | 310 | 37.6 | 23.1 | 36.8 |
| COOK | COOK COUNTY | 21,190 | 221,109 | 242,299 | 378 | 174 | 552 | 35.0 | 19.2 | 30.0 |
| | STATE TOTAL | 31,731 | 258,269 | 290,000 | 671 | 191 | 862 | 36.1 | 19.5 | 32.5 |

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 62 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 63 of 85

# EXHIBIT J



# HONORED TO SERVE
Indiana Judicial Service Report

# 2016

## VOLUME 2: CASELOAD STATISTICS

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 64 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 65 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 66 of 85

# 2016

## INDIANA JUDICIAL SERVICE REPORT

# Volume 2



## The Supreme Court of Indiana

The Honorable Loretta H. Rush, Chief Justice
The Honorable Robert D. Rucker, Assoc. Justice
The Honorable Steven H. David, Assoc. Justice
The Honorable Mark S. Massa, Assoc. Justice
The Honorable Geoffrey G. Slaughter, Assoc. Justice

Mary G. Willis, Chief Administrative Officer
Office of Judicial Administration
State House, Room 315
200 W. Washington St.
Indianapolis, IN 46204
Phone: (317) 233-8696

courts.in.gov

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 67 of 85

# ON THE COVER

# History of the Jefferson County Courthouse

The Jefferson County Courthouse, designed by architect David Dubach in the Classic Revival style, was built in 1854-1855 at a cost of $36,000. The structure is located on Main Street in Madison, Indiana between Walnut Street and Jefferson Street. The building was built partly of brick and partly of stone. The stone and the marble pillars in the courthouse came from a nearby quarry in Marble Hill.

The current courthouse is the third courthouse building in Madison. The first courthouse, built of logs in 1811, was moved in 1823 to become a local business. The 1823 courthouse, an eight-sided building built near the current courthouse, was destroyed by arson on September 12, 1853. The keys to the current courthouse were received by the county commissioners on September 6, 1855.

Fire damaged the courthouse in 1859, requiring substantial repair to the building. Restoration costs were put at $15,000. The restored roof leaked, and after trying several remedies, the decision was made in 1869 to place Vermont slate on the roof. However, the addition of the slate required that the roof's pitch be made steeper, involving reconstruction of the courthouse roof including raising the cupola 8 feet so the drum of the cupola would not be concealed.

Major reconstruction to the courthouse also took place in the 1950s when an entire new floor was added to the courthouse. The original design consisted of a basement, main floor, and two-story second floor. This two-story second floor was converted to an entirely new third floor.

In 2009, fire again challenged the existence of the Jefferson County Courthouse. On May 20, as the sun began to set, fire trucks rushed to the courthouse on what turned out to be a three-alarm fire. The fire department had received a frantic call from the public reporting smoke billowing from the cupola of the beautiful historic building. The fire most likely occurred from a spark from the welding work being done on the roof and cupola as part of restorations performed to get the courthouse ready to celebrate Madison's upcoming Bicentennial. The fire turned out to be extremely difficult to extinguish and as a result, the wood portion of the cupola and roof were destroyed, along with parts of the interior. The records contained in the courthouse were also seriously damaged due to the one million gallons of water pumped into the building to put out the fire. The renovation work done in the 1950s helped to reduce the water damage to the lower floors in the courthouse. Amazingly, in just over two weeks, the Circuit and Superior courts and the Circuit Clerk were open for business in a temporary office space.

The courthouse was rededicated on August 26, 2011 in a ceremony to thank the 200 firefighters and volunteers who had fought the May 20, 2009 blaze and to thank all the volunteers and employees who had worked tirelessly to secure and preserve the records that had been rescued from the fire. The cost of restoring the courthouse was approximately $8 million.

# TABLE OF CONTENTS

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 68 of 85

**Introduction** ................................................................................................................ 1
   Caseload Information ................................................................................................ 1
   Caseload Reports and Case Type Descriptions ....................................................... 1
   Criminal Case Types ............................................................................................... 1
      Felonies committed between January 1, 2002 and June 30, 2014 ...................... 2
      Felonies committed on or after July 1, 2014 .................................................... 2
      Misdemeanors and other Criminal Case Types ................................................ 2
   Civil Violations ........................................................................................................ 3
   Juvenile Case Types ................................................................................................ 3
   Civil Case Types ..................................................................................................... 4
   Court Business Record ............................................................................................ 5
   Methods of Disposition ........................................................................................... 5
   Movement of Cases ................................................................................................. 6
   Court Services Information ...................................................................................... 6
   Case Types and Abbreviations ................................................................................ 8
   Appointed Judicial Officers .................................................................................... 9
**2016 Caseload Statistics** .............................................................................................. 10
   Cases Pending on January 1, 2016 ......................................................................... 11
   New Filings ............................................................................................................. 44
   Cases Venued In ..................................................................................................... 77
   Cases Transferred In ............................................................................................... 110
   Cases Disposed ....................................................................................................... 142
   Cases Venued Out ................................................................................................... 174
   Cases Transferred Out ............................................................................................ 206
   Cases Pending on December 31, 2016 .................................................................... 238
**Method of Case Disposition** ........................................................................................ 270
   Disposed by Jury Trial ............................................................................................ 270
   Disposed by Bench Trial ......................................................................................... 302
   Disposed by Bench Disposition .............................................................................. 334
   Disposed by Dismissed .......................................................................................... 366
   Disposed by Default ................................................................................................ 398
   Disposed by Deferred/Diverted .............................................................................. 414
   Disposed by Guilty Plea/Admissions ...................................................................... 430
   Disposed by Violations Bureau ............................................................................... 462
   Disposed by Closed ................................................................................................ 478
   Disposed by FTA/FTP ............................................................................................ 494
   Disposed by Other .................................................................................................. 510

**Additional 2016 Caseload Information** ................................................................................ **542**

Special Judge Service by Reporting Judge in Other Courts ............................................... 542

Service by Other Special Judge in Reporting Court ......................................................... 574

Unrepresented Litigants ................................................................................................. 606

Cases Referred to ADR .................................................................................................. 638

Death Penalty, Life without Parole, Under Advisement
by Special Judge, GAL/CASA and Court Business ........................................................... 671

Pauper Counsel .............................................................................................................. 687

Languages by County for Court Interpreter Service ........................................................ 719

Governmental Court Interpreter Service ......................................................................... 721

Non-Governmental Court Interpreter Service .................................................................. 753

Small Claims Court Interpreter Service ........................................................................... 785

Alternate Judge Service Definitions ................................................................................ 786

Alternate Judge Service .................................................................................................. 787

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 69 of 85

# INTRODUCTION

## Caseload Information

Volume II of the *Indiana Judicial Service Report* consists of caseload information for every trial court in Indiana, with subtotals for each county. This volume is produced with the assistance of the trial court staff using the quarterly reports on case statistics filed with the Indiana Office of Court Services (IOCS).

For a description of the Indiana judicial system, data on Indiana's appellate-level courts, statewide totals, and comparison tables and trends, please refer to Volume I of the *Indiana Judicial Service Report - Judicial Year in Review*. Volume III of the *Indiana Judicial Service Report* contains data on the expenditures and revenues of every court in Indiana.

The Indiana Probation Report, a separate report, contains data on adult felony, adult misdemeanor, and juvenile probation activity. This volume has comparison tables, summaries, and contains data by county and individual probation departments.

## Caseload Reports and Case Type Descriptions

Indiana Code 33-24-6-3(2) requires the IOCS to collect and compile statistical data on the judicial work of the courts. Each quarter, Indiana's trial courts report caseload information by electronically filing a Quarterly Case Status Report (QCSR) using the Indiana Courts Online Reports (ICOR) system, through INcite, the

judicial system's secure extranet for court information. The QCSR reports contain summary information, by case type, on the number of cases filed and pending, the movement of cases between courts via transfer or venue, and the method by which the cases were disposed during a reporting period.

In addition to the cases administered by a specific court, the Quarterly Case Status Reports track the amount of judicial resources available to a court and the time a judge spends hearing cases in another court. The QCSR also captures other case-related information used to administer and improve court projects and initiatives. For example, data is collected tracking the number of cases:

- referred to alternative dispute resolution
- requiring the appointment of pauper counsel
- requiring the service of a court interpreter
- requiring the appointment of a guardian *ad litem* or court appointed special advocate (juvenile cases only)

Case information is grouped into four categories: criminal, civil violation, juvenile, and civil and is tracked using the case type classification code outlined in Indiana Administrative Rule 8(B)(3). An administrative case type called "court business record" is recorded, but is not counted, in a court's weighted caseload. Case type designations and categories are as follows:

## Criminal Case Types

If a defendant is charged with multiple offenses, the case is counted only one time under the most

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 70 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 71 of 85

serious charge. Although the prosecutor may amend the charges after filing, for administrative purposes a case continues with its initial case designation in the statistical reports. Each defendant is assigned his or her own case number.

Beginning July 1, 2014, criminal felony filings, except for Murder, are categorized and reported on the quarterly case status report on ICOR either as Class A felony (FA), Class B felony (FB), Class C felony (FC), Class D felony (FD) or as Felony Level 1 (F1), Felony Level 2 (F2), Felony Level 3 (F3), Felony Level 4 (F4), Felony Level 5 (F5) and Felony Level 6 (F6) depending on when the alleged crime occurred. Felonies occurring prior to July 1, 2014 are reported as a Class A felony (FA), Class B felony (FB), Class C felony (FC), or Class D felony (FD). Felonies occurring on or after July 1, 2014 are reported as a Felony Level 1 (F1), Felony Level 2 (F2), Felony Level 3 (F3), Felony Level 4 (F4), Felony Level 5 (F5), or Felony Level 6 (F6).

- **MR - Murder**: All murder cases are filed under this category. If the State seeks either the death penalty or life without parole, that information is also collected and reported in the QCSR under the additional information section.
- **CF - Criminal Felony**: This category includes all cases filed prior to January 1, 2002, as Murder or Class A, B, and C felonies. Although new filings are not permitted for this category, existing cases with a CF designation are still reported and disposed of in this category. Indiana Administrative Rule 8 was amended by the Indiana Supreme Court Order effective January 1, 2002.

## Felonies committed between January 1, 2002 and June 30, 2014

- **FA - Class A Felony:** Cases in which the defendant is charged with a crime defined as a Class A felony are filed under the FA

category. Examples include kidnapping, voluntary manslaughter with a deadly weapon, and arson involving bodily injury.
- **FB - Class B Felony:** Examples include aggravated battery, rape, child molesting, carjacking, and armed robbery.
- **FC - Class C Felony:** Examples include involuntary manslaughter, robbery, burglary, and reckless homicide.
- **FD - Class D Felony:** All Class D felonies filed on or after January 1, 2002, plus all Class D felonies filed before January 1, 2002 that have the case type DF are filed under the FD category. Examples of crimes in this category include theft, receiving stolen property, computer tampering, and fraud.

## Felonies committed on or after July 1, 2014

- **F1 – Level 1 Felony:** Examples include Dwelling Burglary with Serious Bodily Injury.
- **F2 – Level 2 Felony:** Examples include Voluntary Manslaughter and Armed Dwelling Burglary.
- **F3 – Level 3 Felony:** Examples include Aggravated Battery and Child Molesting.
- **F4 – Level 4 Felony:** Examples include Dwelling Burglary and Dealing in Cocaine (1 – 5 grams).
- **F5 – Level 5 Felony:** Examples include Kidnapping, Involuntary Manslaughter, and Reckless Homicide.
- **F6 – Level 6 Felony:** Examples include Theft and Battery with Moderate Bodily Injury.

## Misdemeanors and other Criminal Case Types

- **CM - Criminal Misdemeanor**: This category includes all criminal cases filed as misdemeanors. Examples of crimes in this category are criminal trespass, check deception, harassment, and battery.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 72 of 85

- **PC - Post-Conviction Petition:** This category includes all petitions for post-conviction relief filed under the Post-Conviction Rules. Although this case type is a civil case, it is listed after the criminal case types on the QCSR and in this report.

- **MC - Miscellaneous Criminal:** This category includes all criminal matters which are not easily classified as felony or misdemeanor and are not part of an ongoing proceeding. An example of a case falling into this category is a probable cause hearing for a criminal charge not yet filed. A search warrant issued before charges are filed, is also assigned an MC case and results in a bench disposition. If charges are filed, then a case in the appropriate category is opened.

# Civil Violations

Infractions and Ordinance Violations are civil violation case types. They are listed after the criminal case types on the QCSR and in this report.

- **IF - Infractions:** Infractions are typically traffic-related offenses brought in the name of the State and prosecuted by the prosecuting attorney. Similar to criminal cases and ordinance violations, multiple offenses (i.e., multiple tickets or citations issued to the same individual or arising from the same circumstances) result in only one case filing.

- **OV/OE - Ordinance Violations:** Local ordinance violations are enforced through court proceedings or a municipal corporation's ordinance violations bureau. Ordinance violation cases are brought in the name of the municipal corporation and prosecuted by the municipal attorney. All moving traffic violations are enforced through a court proceeding. If a local ordinance violation is heard in court, an OV case type is assigned. Local ordinance violations enforced by municipal ordinance violations bureaus are not court cases and, therefore, are not assigned a case type/case number. The OE case type is not currently used.

# Juvenile Case Types

Each child considered by the court system receives a separate case number, regardless of his or her familial relationship to another child. Cases of related children and other related cases can be linked and tried together.

- **JC - Juvenile CHINS:** This category reflects those cases where a child is alleged to be a child in need of services as defined by Indiana Code 31-34-1-1 et. seq. Examples include a child who is not receiving or is unlikely to receive care, treatment, or rehabilitation without court intervention.

- **JD - Juvenile Delinquency:** Cases in which a child is charged with a delinquent offense are filed in this category. Indiana Code 31-37-1-2 defines a delinquent act as one committed by a child before becoming eighteen (18) years of age and is a criminal offense if committed by an adult. The case is recorded as a new filing when a petition for detention hearing or a petition alleging delinquency is filed.

- **JS - Juvenile Status:** Cases in which a child is charged with committing an offense which is not a crime if committed by an adult are filed in this category. Examples include curfew violations, school truancy, and underage alcohol purchase or consumption.

- **JP - Juvenile Paternity:** This category includes paternity actions filed by any of the parties specified by statute, including the prosecutor. Indiana Code 31-14-4-1 identifies who may file paternity actions.

- **JM - Juvenile Miscellaneous:** This category applies to juvenile matters which are not specifically listed in the previous juvenile case type categories including court approval of informal adjustments. An informal adjustment is a disposition by a court order approving a signed agreement resolving a potential juvenile delinquency or CHINS case.

- **JT - Termination of Parental Rights:** This category includes all proceedings for termination of parental rights. In termination of parental rights cases involving multiple children, a separate case number is assigned to each child.

# Civil Case Types

Civil cases are filed when the plaintiff or petitioner seeks monetary damages or court redress.

- **CP - Civil Plenary:** All Civil Plenary cases filed before January 1, 2002, have the CP case type designation. Although new filings are not permitted for this category, existing cases with a CP designation are still reported and disposed of in this category. Indiana Administrative Rule 8 was amended by Indiana Supreme Court Order effective January 1, 2002.

- **PL - Civil Plenary:** All Civil Plenary cases filed on or after January 1, 2002, receive the PL designation. Basic civil cases, not otherwise specifically included as separate categories, are filed with this designation. Generally, these cases may be more complex, do not involve a mortgage foreclosure or the collection of an outstanding debt. Frequently cases involving contract disputes and actions seeking equitable or injunctive relief are assigned this case type.

- **MF - Mortgage Foreclosure:** All Mortgage Foreclosure cases filed after January 1, 2002, are reported in this category.

- **CC - Civil Collection:** All Civil Collections filed after January 1, 2002, are reported in this category and may include the following: suits on notes and accounts, general collection suits, landlord/tenant suits for collection, ejectment and tax warrants. If these cases are filed on the small claims docket of a court or the small claims division of a multi-division court, the SC case type is used.

- **CT - Civil Tort:** Cases founded in tort and filed on the regular civil docket of the court are included in this category. Small claims, which also could be founded in tort are included in a separate category.

- **SC - Small Claims:** This category includes cases filed on the small claims docket of circuit or superior courts, as well as cases filed in the nine Marion County Small Claims Courts. While city and town courts may have cases that fall within the monetary limits of small claims jurisdiction, those cases are not defined as small claims by statute and are counted as PL – Plenary or CC – Civil Collection depending upon the nature of the action. Small claims actions include cases where the amount in dispute is $6,000 or less, landlord-tenant ejectment actions and landlord-tenant disputes. Beginning July 1, 2015, Marion County Small Claims Courts jurisdictional amounts increased to $8,000 in landlord-tenant possessory actions and possession of property cases.

- **DR - Domestic Relations:** Actions involving petitions for dissolution of marriage, legal separation, and petitions to establish child support are filed in this category.

- **RS - Reciprocal Support:** Actions for reciprocal enforcement of child support and petitions for modification of support or custody and/or support under the 2007 Amended Uniform Child Custody Jurisdiction Act are counted in this category.

- **MH - Mental Health:** Proceedings involving mental health commitments, including temporary commitments, an extension of temporary commitment, regular commitment, or termination of a commitment are filed under this category.

- **AD - Adoption:** Petitions for adoption are filed under this category. Additionally, on or after January 1, 2002, petitions seeking release of adoption records are filed in this category.

- **ES – Supervised Estates:** All probate estate cases are filed under this category unless the court grants a petition requesting unsupervised administration (EU).

- **EU – Unsupervised Estates:** Probate estates for which a petition requesting unsupervised administration is filed along with a petition for probate of the will and letters testamentary or for appointment of an administrator is filed under this category. If the court revokes an order of the unsupervised administration pursuant to Indiana Code 29-1-7.5-2(d), the case type is changed to ES.

- **EM – Miscellaneous Estate Matters:** All matters related to estates that do not require payment of a filing fee are filed under this category. Examples include pleadings related to filing inheritance tax returns, spreading the will of record (Indiana Code 29-1-7-16).

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 73 of 85

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 74 of 85

- **GU - Guardianship:** Petitions for appointment of guardians are filed under this category. A guardianship case is considered "closed" when the court enters an order appointing and approving the guardianship.
- **TR - Trusts:** This category includes trust matters before the court. This case type includes trusts that have been created through an estate and are separately docketed and reported from the estate or trusts that by their terms require court docketing.
- **PO - Protective Order:** New petitions for protective orders which are not part of an ongoing process (such as marriage dissolution) are filed in this category. However, if the parties subsequently file a petition for dissolution, the cases remain separate for reporting, enforcement and retention purposes.
- **XP – Expungement:** This new case type as of July 1, 2015, includes expungements petitions filed under Indiana Code 35-38-9.
- **MI - Civil Miscellaneous:** Routine civil matters which are not easily categorized in other areas and which are not part of any other pending litigation are reported in this category. Examples are: petitions for name change, appointments of appraisers, petitions for emancipation, a proceeding to reinstate a driver's license that was administratively suspended, a Habeas Corpus case from DOC, and marriage waivers.

# Court Business Record

- **CB - Court Business Record:** This category is intended for non-case specific matters, such as the appointment of a judge pro tem, drawing the jury, adopting or amending local rules, or recording a foreign protective order. This designation provides a way to number and locate records that do not pertain to any specific case. These matters are not counted as cases and do not affect the court's weighted caseload.

# Methods of Disposition

The Quarterly Case Status Reports also include summary dispositional information. A brief description of each method of disposition follows:

- **Jury Trial:** This category reflects cases where trial was commenced with a jury. This type of disposition is limited to cases where the jury is seated and sworn and the court has received evidence, and the jury rendered a verdict or the case was resolved in some manner prior to the announcement of a verdict.
- **Bench Trial:** Cases are disposed in this category by the court after a trial without a jury in which a witness has been sworn in to testify and the court entered a judgment or the case was resolved prior to the announcement of a judgment.
- **Bench Disposition:** Cases that are disposed by final judicial determination of an issue, but where no witnesses are sworn and no evidence is introduced, are counted in this category. These dispositions include decisions on motions for summary judgment, hearings on other dispositive motions, and settled cases in which the parties tender an agreed judgment to the court for approval which can then be enforced through proceedings supplemental to execution. Approval of informal adjustments in juvenile matters and issuance of search warrants unrelated to any pending case also generally fall into this category.
- **Dismissed:** This category applies to cases which are dismissed either by the court on its own motion (Indiana Trial Rule 41(E)), upon the motion of a party, or upon an agreed entry as the result of settlement between the parties.
- **Default:** This category is applicable only in civil cases, infractions, and ordinance violations where the defendant fails to comply with the trial rules and a judgment of default is entered by the court.
- **Deferred/Diverted:** If a prosecutor and defendant agree to defer prosecution or if the defendant enters a diversion program, the case is disposed in this category. Although the case is not formally dismissed until the completion of the deferral obligations, this category permits

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 75 of 85

the criminal courts to reduce their pending caseloads by the number of cases where the cases will eventually be dismissed. Likewise, even though diversion programs are often part of a guilty plea, they fall into this category as a way for the state to track the number of defendants consenting to the diversion programs.

- **Guilty Plea/Admission:** Cases in which the defendant pleads guilty to an offense or admits to the commission of an infraction or ordinance violation are counted under this category. Infraction and ordinance violation cases are only reflected in this disposition category if the case actually comes before the court for decision. An admission by mail or through a court clerk or violations bureau clerk is counted as being disposed by Traffic Violations Bureau. Also included in this category are dispositions of juvenile cases where the juvenile admits the claims, or the father admits paternity and, in protective order cases, where a party admits to the claims in the protective order.

- **Traffic Violations Bureau:** This disposition category only applies to infraction and ordinance violations. Indiana Code 34-28-5-7 permits any court to establish a traffic violations bureau and appoint a violations clerk to serve under the direction of the court. The court must designate those traffic violations that are within the authority of the violations clerk. This category is used when the defendant elects to pay the penalty for the violation by mailing or delivering payment to the violations clerk or by making payment online and without going to court.

- **Closed:** Routine closing of an estate or adoption proceeding, as well as the routine termination of a trust or guardianship, are counted in this disposition type. Also included in this category are cases where the defendant has filed bankruptcy or the case is removed to federal court.

- **FTA/FTP:** This category includes ordinance violation cases and infraction cases in which the defendant fails to appear or fails to pay. Once counted in this category, the case is not recounted even if the defendant later appears, pays, or proceeds to a full trial.

- **Other:** Any case disposition that is not otherwise accounted for in the preceding

categories is included here. Example: a case was opened in error.

# Movement of Cases

In addition to cases filed and disposed, cases are venued or transferred between courts.

- **Venued In/Out:** Cases filed in a court that are later moved to another county for any reason are listed in this category.

- **Transferred In/Out:** Cases transferred from one court to another within the same county, or from one court docket to another (such as a move from small claims docket to the civil plenary docket), are recorded here. In the event a motion for change of venue from the judge results in a transfer of the case to another court in the same county, the case is also counted in this category.

# Court Services Information

The cases filed in the courts are assigned to a particular court according to the county's local caseload allocation plan. Various court services are provided based on the individual needs of the litigants and the judges. The following are services and judicial provisions the courts track on the quarterly statistical forms.

- **Special Judge Service:** According to Rules 76, 79 and 79.1 of the Indiana Rules of Trial Procedure, and Rule 13 of the Indiana Rules of Criminal Procedure, a special judge can assume jurisdiction on a case under certain circumstances. The courts report cases where the reporting judge serves as a special judge on other court's cases and reports cases where a special judge is serving in the reporting court. The assignment of a special judge is reported in the quarter in which the special judge is assigned.

- **Cases with Unrepresented (Pro Se) Litigants:** The courts report cases in each case type category if a party proceeds without attorney representation at any point in the case

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 76 of 85

while the case remains open. A case is only reported once; even if several parties in the same case proceed without attorney representation, or if the status of the litigant changes one or more times during the course of the case.

The criminal and juvenile courts count a criminal or juvenile case as unrepresented if, after the hearing in which the defendant is offered an attorney, the defendant refuses one and acts on his/her own behalf thereafter. For a civil case, the courts determine unrepresented status starting from the moment the complaint or petition is filed. If a plaintiff files a civil case without the assistance of an attorney, the court counts that case as unrepresented. If a defendant files a document or attends a hearing without an attorney, the court counts the case as unrepresented, unless the plaintiff's unrepresented status was already reported.

Frequently, those courts that exercise small claims jurisdiction and/or handle infractions and ordinance violations have multiple cases falling into this category. Litigants who are defaulted are not counted as unrepresented since information about representation was not obtained. A case may be counted as unrepresented at any time the court believes at least one party is acting on his or her behalf without the assistance of counsel.

Each case may be counted a maximum of one time as unrepresented in the life of the case. Courts may look to appearance forms, filings (if a person files something or appears without an attorney), attendance at hearings without attorney representation or any other factor for this determination. The Indiana Supreme Court uses the statistics reported on this line to provide enhanced resources tailored to the case type for unrepresented litigants. Litigants previously referred to as Pro Se are now often referred to as Unrepresented Litigants.

- **Cases Referred to Alternative Dispute Resolution:** As defined by Indiana Rules of Alternative Dispute Resolution Rule 1.1, recognized alternative dispute resolution (ADR) methods include arbitration, mediation, conciliation, facilitation, mini-trials, summary jury trials, private judges and judging, convening or conflict assessment, neutral evaluation and fact-finding, multi-door case allocations, and negotiated rulemaking.

A court may order any covered case to proceed with a form of ADR prior to conducting further court proceedings. If ADR is successful on all issues before the court, then the court will report the case dismissed as the disposition type. Regardless of whether ADR is ultimately successful, the courts report the referral on the quarterly statistical report in the quarter of the ADR referral.

These statistics are used by the Indiana Supreme Court to encourage ADR plans and other services for the courts in resolving the cases outside of the courtrooms. Currently, IOCS administers Family Court ADR plans for domestic relations cases and juvenile paternity cases.

- **Appointment of Public Defenders:** The courts report the cases where a public defender was appointed at county expense or partial county expense.

- **Appointment of GAL/CASA:** Guardians Ad Litem (GAL) and Court Appointed Special Advocates (CASA) are reported in certain case type categories and the reported numbers should correspond with the related GAL/CASA program for that county. The Indiana Supreme Court uses these statistics to support grant proposals as well as identify counties needing more resources. The courts report the case in the first quarter in which a guardian or advocate is appointed during the life of the case.

- **Use of Court Interpreters:** The courts report the appointment of a court interpreter as well as the language interpreted in the first quarter an interpreter is used in the case. Currently, the interpreter certification program offers candidates certification opportunities in more than 20 languages, including Spanish, Chinese (Mandarin and Cantonese), Polish, Vietnamese, and Korean.

For more detailed information regarding case assignment and case disposition, three resources are available: the QCSR Application Guide, the Case Type Quick Reference and the Administrative Manual. These three resources can be found by accessing the Indiana Courts Website at courts.in.gov.

# Case Types and Abbreviations

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 77 of 85

|  | Case Type | Abbreviation | Case Type | Abbreviation |
|---|---|---|---|---|
| Criminal | Murder | MR | Level 1 Felony | F1 |
|  | Life without Parole | LP** | Level 2 Felony | F2 |
|  | Death Penalty | DP** | Level 3 Felony | F3 |
|  | Felony (Prior to 1/1/02) | CF* | Level 4 Felony | F4 |
|  | A Felony | FA | Level 5 Felony | F5 |
|  | B Felony | FB | Level 6 Felony | F6 |
|  | C Felony | FC | Post Conviction Relief | PC |
|  | D Felony | FD | Criminal Misdemeanor | CM |
|  |  |  | Miscellaneous Criminal | MC |
| Civil Violations | Infractions | IF | Ordinance Violations | OV/OE* |
| Juvenile | Juvenile CHINS | JC | Juvenile Paternity | JP |
|  | Juvenile Delinquency | JD | Juvenile Miscellaneous | JM |
|  | Juvenile Status | JS | Juvenile Termination of Parental Rights | JT |
| Civil | Civil Plenary (Prior to 1/1/02) | CP* | Adoption | AD |
|  | Civil Plenary (Filed after 1/1/02) | PL | Estates- Supervised | ES |
|  | Mortgage Foreclosure | MF | Estates – Unsupervised | EU |
|  | Civil Collections | CC | Estates – Miscellaneous | EM |
|  | Civil Tort | CT | Guardianship | GU |
|  | Small Claims | SC | Trusts | TR |
|  | Domestic Relations | DR | Protective Orders | PO |
|  | Reciprocal Support | RS | Expungements | XP |
|  | Mental Health | MH | Civil Miscellaneous | MI |
|  |  |  | Court Business (Administrative Case Type) | CB |

*These case types are no longer used for new filings

**These case types are subtypes of Murder and are used for statistical reporting purposes only.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 78 of 85

# Appointed Judicial Officers

Appointed judicial officers assist the elected judge with the court's caseload. Frequently courts share appointed officers based on case types, caseload, extended absences, etc. Magistrates, Commissioners, Referees, and Hearing Officers are considered "regularly assigned" judicial officers and are included when IOCS compiles the Weighted Caseload Report. The following describes each type of appointed officer.

**MAGISTRATES** – Magistrates are full-time employees who serve in one or more courts. A magistrate is an attorney, appointed by the county judges but paid by the state. A magistrate has most of the powers of a judge; however, they cannot issue judicial mandates and their power to issue final orders is limited to small claims and protective order cases, plus cases in which the magistrate is sitting as a judge pro tempore or special judge. A magistrate may also issue a final order, conduct a sentencing hearing and impose a sentence in a criminal case, if the magistrate is sitting as the judge. The presiding judge must countersign all other final appealable orders.

Juvenile court magistrates may be appointed in judicial circuits with a population of at least 50,000. A juvenile court magistrate is paid partially by the state and partially by the county.

**COMMISSIONERS/MASTER COMMISSIONERS** – All counties with a voting population over 7,000 may appoint a probate commissioner. The titles "Commissioner" and "Master Commissioner" appear to be interchangeable. Specific statutes permit the appointment of commissioners or master commissioners:

- Indiana Code 33-33-2-13, 33-33-2-14 – Allen County;
- Indiana Code 33-33-5-4 – Blackford County;
- Indiana Code 33-33-15-4 – Dearborn County;
- Indiana Code 33-33-18-7 – Delaware County;
- Indiana Code 33-33-45-9, 33-33-45-12 – Lake County;
- Indiana Code 33-33-49-12, 33-33-49-15, 33-33-49-16 – Marion County;
- Indiana Code 33-33-59-4 – Orange County;
- Indiana Code 33-33-64-7 – Porter County;
- Indiana Code 33-33-71-12 – Saint Joseph County;
- Indiana Code 33-33-79-10 – Tippecanoe County;
- Indiana Code 33-33-82-13 – Vanderburgh County;
- Indiana Code 33-33-84-8, 33-33-84-9 – Vigo County; and
- Indiana Code 33-33-89.3-6 – Wayne County.

Commissioners, generally, have the same jurisdiction as magistrates but are paid by the county. The presiding judge must countersign all final appealable orders.

**REFEREES** – A referee is appointed by a circuit or superior court judge and serves at the pleasure of the judge and performs the duties assigned by the judge. Referees are appointed to serve in various courts including special courts such as domestic relations courts (Indiana Code 31-12-1-9), certain juvenile courts (Indiana Code 31-31-3-6) and small claims divisions of superior and circuit courts (Indiana Code 33-29-3-3). Based on assignments, the referee will make ruling recommendations to the presiding judge but does not enter rulings independently. Some Small Claims Referees are paid by the State but most referees are paid by the county.

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 79 of 85

# 2016

# Caseload Statistics

**2016 NEW FILINGS**
**CRIMINAL / CIVIL VIOLATIONS**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 60 of 85

| | MR | FA | FB | FC | FD | F1 | F2 | F3 | F4 | F5 | F6 | PC | CM | MC | IF | OV OE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAKE** | | | | | | | | | | | | | | | | |
| SUPERIOR COUNTY 1 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 328 | 0 | 1,495 | 11 | 11,872 | 2 |
| SUPERIOR COUNTY 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 305 | 0 | 1,130 | 55 | 6 | 3,483 |
| SUPERIOR COUNTY 3 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 320 | 0 | 1,134 | 0 | 5,269 | 3,937 |
| SUPERIOR COUNTY 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 291 | 0 | 1,120 | 6 | 3,444 | |
| SUPERIOR CRIMINAL 1 | 7 | 2 | 1 | 3 | 5 | 10 | 17 | 39 | 47 | 121 | 237 | 10 | 43 | 249 | 0 | 0 |
| SUPERIOR CRIMINAL 2 | 6 | 1 | 0 | 3 | 6 | 11 | 13 | 37 | 48 | 120 | 266 | 7 | 1 | 231 | 0 | 0 |
| SUPERIOR CRIMINAL 3 | 8 | 2 | 0 | 3 | 2 | 6 | 23 | 42 | 54 | 118 | 271 | 8 | 2 | 234 | 0 | 0 |
| SUPERIOR CRIMINAL 4 | 10 | 2 | 0 | 1 | 4 | 11 | 13 | 37 | 49 | 127 | 268 | 9 | 26 | 214 | 0 | 0 |
| SUPERIOR JUVENILE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 31 | 7 | 1 | 10 | 31 | 38 | 66 | 155 | 198 | 486 | 2,286 | 34 | 4,951 | 1,000 | 20,591 | 7,428 |
| CROWN POINT CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 451 | 0 | 621 | 419 |
| EAST CHICAGO CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 747 | 0 | 1,709 | 778 |
| GARY CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,493 | 0 | 6,149 | 2,717 |
| HAMMOND CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,691 | 0 | 12,823 | 5,461 |
| HOBART CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,835 | 0 | 2,036 | 125 |
| LAKE STATION CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 448 | 0 | 622 | 389 |
| LOWELL TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 243 | 0 | 1,399 | 336 |
| MERRILLVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 998 | 0 | 3,988 | 3,189 |
| SCHERERVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688 | 0 | 4,514 | 1,654 |
| WHITING CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 176 | 0 | 224 | 473 |
| TOTAL CITY & TOWN: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,770 | 0 | 34,285 | 15,541 |
| COUNTY TOTAL: | 31 | 7 | 1 | 10 | 31 | 38 | 66 | 155 | 198 | 486 | 2,286 | 34 | 13,721 | 1,000 | 54,876 | 22,969 |
| **LAPORTE** | | | | | | | | | | | | | | | | |
| CIRCUIT | 0 | 0 | 0 | 2 | 205 | 4 | 6 | 6 | 22 | 51 | 379 | 6 | 0 | 192 | 0 | 35 |
| SUPERIOR 1 | 4 | 4 | 8 | 0 | 6 | 3 | 14 | 31 | 40 | 74 | 18 | 7 | 0 | 139 | 0 | 0 |
| SUPERIOR 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 6 | 33 | 5 | 3 | 3 | 10 | 0 | 0 |
| SUPERIOR 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,047 | 9 | 5,917 | 0 |
| SUPERIOR 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 479 | 0 | 1,353 | 129 | 2,621 | 80 |
| TOTAL COURTS OF RECORD: | 4 | 4 | 8 | 2 | 211 | 9 | 20 | 41 | 68 | 158 | 881 | 16 | 2,403 | 479 | 8,538 | 115 |
| COUNTY TOTAL: | 4 | 4 | 8 | 2 | 211 | 9 | 20 | 41 | 68 | 158 | 881 | 16 | 2,403 | 479 | 8,538 | 115 |
| **LAWRENCE** | | | | | | | | | | | | | | | | |
| CIRCUIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 |
| SUPERIOR 1 | 1 | 0 | 0 | 0 | 0 | 3 | 5 | 9 | 12 | 30 | 119 | 5 | 95 | 26 | 0 | 0 |
| SUPERIOR 2 | 0 | 1 | 0 | 0 | 2 | 1 | 1 | 8 | 12 | 24 | 209 | 3 | 489 | 218 | 2,150 | 55 |
| TOTAL COURTS OF RECORD: | 1 | 1 | 0 | 0 | 2 | 4 | 6 | 17 | 24 | 54 | 328 | 8 | 584 | 269 | 2,150 | 55 |
| COUNTY TOTAL: | 1 | 1 | 0 | 0 | 2 | 4 | 6 | 17 | 24 | 54 | 328 | 8 | 584 | 269 | 2,150 | 55 |
| **MADISON** | | | | | | | | | | | | | | | | |
| CIRCUIT | 4 | 2 | 0 | 5 | 2 | 7 | 6 | 16 | 33 | 73 | 132 | 4 | 24 | 172 | 0 | 1 |
| CIRCUIT 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| CIRCUIT 3 | 1 | 0 | 0 | 6 | 1 | 6 | 8 | 11 | 27 | 75 | 116 | 13 | 7 | 339 | 0 | 0 |
| CIRCUIT 4 | 1 | 1 | 1 | 8 | 3 | 4 | 1 | 14 | 19 | 75 | 130 | 9 | 3 | 142 | 0 | 0 |
| CIRCUIT 5 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 1 | 0 | 566 | 1 | 20 | 134 | 0 | 0 |
| CIRCUIT 6 | 2 | 0 | 0 | 10 | 5 | 6 | 4 | 14 | 26 | 77 | 123 | 16 | 2 | 101 | 0 | 88 |
| TOTAL COURTS OF RECORD: | 8 | 3 | 1 | 29 | 26 | 23 | 19 | 55 | 106 | 300 | 1,067 | 43 | 56 | 888 | 0 | 105 |
| ANDERSON CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,872 | 0 | 1,504 | 79 |
| EDGEWOOD TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,002 | 0 | 2,420 | 78 |
| ELWOOD CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,312 | 51 | 3,669 | 314 |
| PENDLETON TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,628 | 122 | |

## 2016 NEW FILINGS
## JUVENILE / CIVIL

| JC | JD | JS | JP | JM | JT | PL | MF | CC | CT | SC | DR | RS | MH | AD | ES | EU | EM | GU | TR | PO | XP | MI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,367 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 2 | 15,137 |
| 0 | 0 | 0 | 0 | 0 | 0 | 88 | 15 | 351 | 15 | 6,221 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 11,695 |
| 0 | 0 | 0 | 0 | 0 | 0 | 126 | 1 | 340 | 32 | 2,324 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 213 | 13,761 |
| 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 8 | 0 | 1,101 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,973 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 3 | 834 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 2 | 790 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 3 | 798 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 795 |
| 1,422 | 800 | 73 | 1,435 | 674 | 302 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 199 | 0 | 0 | 0 | 198 | 0 | 323 | 0 | 0 | 5,428 |
| 1,422 | 800 | 73 | 1,435 | 674 | 302 | 1,023 | 1,533 | 3,815 | 1,331 | 11,026 | 1,863 | 179 | 187 | 207 | 300 | 447 | 186 | 541 | 29 | 2,104 | 232 | 869 | 67,891 |
| 0 | 0 | 0 | 0 | 0 | 0 | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,550 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,234 |
| 0 | 0 | 0 | 0 | 0 | 0 | 869 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,228 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6,017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,992 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 267 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,283 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1,661 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,978 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,176 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,856 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 873 |
| 0 | 0 | 0 | 0 | 0 | 0 | 6,945 | 0 | 287 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 65,831 |
| 1,422 | 800 | 73 | 1,435 | 674 | 302 | 7,968 | 1,533 | 4,102 | 1,331 | 11,027 | 1,863 | 179 | 187 | 207 | 300 | 447 | 186 | 541 | 29 | 2,104 | 232 | 871 | 133,722 |
| 345 | 270 | 86 | 40 | 112 | 35 | 42 | 57 | 458 | 85 | 0 | 290 | 0 | 80 | 25 | 20 | 340 | 25 | 143 | 3 | 315 | 15 | 253 | 3,947 |
| 0 | 0 | 0 | 10 | 0 | 0 | 37 | 123 | 107 | 46 | 3 | 122 | 39 | 83 | 7 | 11 | 43 | 7 | 24 | 0 | 94 | 5 | 16 | 1,125 |
| 0 | 2 | 0 | 236 | 1 | 0 | 43 | 124 | 17 | 61 | 0 | 134 | 2 | 40 | 35 | 7 | 42 | 9 | 40 | 3 | 106 | 3 | 36 | 1,007 |
| 0 | 0 | 0 | 0 | 0 | 0 | 76 | 49 | 243 | 19 | 1,188 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 15 | 47 | 3,931 |
| 0 | 0 | 0 | 0 | 0 | 0 | 8 | 1 | 466 | 16 | 1,325 | 0 | 0 | 8 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 29 | 51 | 6,567 |
| 345 | 272 | 86 | 286 | 113 | 35 | 206 | 354 | 1,291 | 227 | 2,516 | 546 | 41 | 212 | 67 | 38 | 425 | 42 | 208 | 6 | 515 | 67 | 403 | 21,258 |
| 345 | 272 | 86 | 286 | 113 | 35 | 206 | 354 | 1,291 | 227 | 2,516 | 546 | 41 | 212 | 67 | 38 | 425 | 42 | 208 | 6 | 515 | 67 | 403 | 21,258 |
| 126 | 89 | 29 | 70 | 171 | 14 | 40 | 96 | 282 | 55 | 0 | 160 | 5 | 0 | 26 | 86 | 0 | 0 | 80 | 1 | 342 | 1 | 172 | 1,868 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 7 | 1 | 427 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,428 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 35 | 4,643 |
| 126 | 89 | 29 | 70 | 171 | 14 | 40 | 96 | 282 | 55 | 1,428 | 241 | 5 | 16 | 26 | 86 | 0 | 0 | 80 | 1 | 357 | 15 | 208 | 6,938 |
| 126 | 89 | 29 | 70 | 171 | 14 | 40 | 96 | 282 | 55 | 1,428 | 241 | 5 | 16 | 26 | 86 | 0 | 0 | 80 | 1 | 357 | 15 | 208 | 6,938 |
| 0 | 0 | 0 | 20 | 0 | 0 | 29 | 126 | 194 | 39 | 0 | 169 | 11 | 46 | 21 | 26 | 74 | 31 | 92 | 1 | 5 | 27 | 213 | 1,605 |
| 697 | 523 | 143 | 553 | 497 | 92 | 3 | 0 | 1 | 1 | 0 | 44 | 3 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 1 | 1 | 12 | 2,611 |
| 0 | 0 | 0 | 0 | 0 | 0 | 24 | 131 | 134 | 19 | 1 | 176 | 9 | 0 | 14 | 25 | 46 | 12 | 86 | 0 | 289 | 10 | 585 | 2,171 |
| 0 | 0 | 0 | 1 | 0 | 0 | 31 | 1 | 309 | 37 | 2,377 | 172 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 490 | 4 | 97 | 3,931 |
| 0 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 369 | 42 | 2,139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75 | 176 | 3,568 |
| 0 | 0 | 0 | 0 | 0 | 0 | 25 | 132 | 230 | 37 | 0 | 163 | 13 | 0 | 17 | 39 | 81 | 25 | 108 | 4 | 388 | 11 | 122 | 1,869 |
| 697 | 523 | 143 | 574 | 497 | 92 | 142 | 390 | 1,237 | 175 | 4,517 | 724 | 36 | 46 | 53 | 90 | 201 | 68 | 310 | 5 | 1,173 | 128 | 1,205 | 15,755 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,455 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,346 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,750 |

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-000093
PAGE 1 of 85

## CASES DISPOSED
### CRIMINAL / CIVIL VIOLATIONS / JUVENILE

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-000093
PAGE 2 of 85

| | MR | CF | FA | FB | FC | FD | F1 | F2 | F3 | F4 | F5 | F6 | FC | CM | MC | IF | OV | JC | JD | JS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAKE** | | | | | | | | | | | | | | | | | | | | |
| SUPERIOR COUNTY 1 | 0 | 0 | 0 | 0 | 0 | 138 | 0 | 0 | 0 | 0 | 0 | 213 | 0 | 1,705 | 22 | 14,244 | 0 | 0 | 0 | 0 |
| SUPERIOR COUNTY 2 | 0 | 2 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 217 | 0 | 1,027 | 0 | 26 | 3,184 | 0 | 0 | 0 |
| SUPERIOR COUNTY 3 | 0 | 0 | 0 | 0 | 0 | 54 | 0 | 0 | 0 | 0 | 0 | 198 | 0 | 870 | 0 | 6,515 | 4,707 | 0 | 0 | 0 |
| SUPERIOR COUNTY 4 | 0 | 0 | 0 | 0 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 181 | 0 | 873 | 15 | 3,424 | 0 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 1 | 8 | 5 | 15 | 20 | 44 | 85 | 7 | 7 | 43 | 46 | 102 | 243 | 13 | 12 | 265 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 2 | 2 | 1 | 17 | 30 | 27 | 51 | 4 | 14 | 30 | 31 | 87 | 235 | 10 | 8 | 255 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 3 | 10 | 1 | 11 | 18 | 23 | 45 | 4 | 13 | 37 | 42 | 93 | 207 | 9 | 21 | 262 | 1 | 0 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 4 | 11 | 0 | 11 | 24 | 19 | 27 | 4 | 1 | 35 | 36 | 66 | 198 | 16 | 19 | 267 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR JUVENILE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,189 | 866 | 61 |
| TOTAL COURTS OF RECORD: | 31 | 9 | 54 | 92 | 113 | 468 | 19 | 35 | 145 | 155 | 348 | 1,692 | 48 | 4,535 | 1,086 | 24,210 | 7,891 | 1,189 | 866 | 61 |
| CROWN POINT CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 323 | 0 | 613 | 431 | 0 | 0 | 0 |
| EAST CHICAGO CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 673 | 0 | 1,723 | 920 | 0 | 0 | 0 |
| GARY CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 158 | 0 | 2,696 | 3,020 | 0 | 0 | 0 |
| HAMMOND CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,371 | 0 | 12,928 | 5,094 | 0 | 0 | 0 |
| HOBART CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,554 | 0 | 2,089 | 129 | 0 | 0 | 0 |
| LAKE STATION CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 706 | 0 | 671 | 297 | 0 | 0 | 0 |
| LOWELL TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 265 | 0 | 1,386 | 336 | 0 | 0 | 0 |
| MERRILLVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 553 | 0 | 3,630 | 2,576 | 0 | 0 | 0 |
| SCHERERVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 583 | 0 | 4,081 | 1,418 | 0 | 0 | 0 |
| WHITING CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 119 | 0 | 153 | 399 | 0 | 0 | 0 |
| TOTAL CITY & TOWN: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,305 | 0 | 29,969 | 14,620 | 0 | 0 | 0 |
| COUNTY TOTAL: | 31 | 9 | 54 | 92 | 113 | 468 | 19 | 35 | 145 | 155 | 348 | 1,692 | 48 | 10,840 | 1,086 | 54,179 | 22,511 | 1,189 | 866 | 61 |
| **LAPORTE** | | | | | | | | | | | | | | | | | | | | |
| CIRCUIT | 3 | 0 | 11 | 17 | 18 | 81 | 1 | 4 | 9 | 16 | 59 | 312 | 7 | 5 | 60 | 0 | 87 | 212 | 238 | 72 |
| SUPERIOR 1 | 2 | 0 | 5 | 10 | 5 | 5 | 4 | 9 | 28 | 37 | 73 | 27 | 5 | 10 | 44 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 2 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 24 | 5 | 1 | 3 | 9 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1,156 | 5 | 6,125 | 0 | 0 | 0 | 0 |
| SUPERIOR 4 | 0 | 12 | 0 | 0 | 0 | 224 | 0 | 0 | 0 | 0 | 0 | 310 | 0 | 1,289 | 128 | 2,737 | 39 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 6 | 12 | 16 | 28 | 23 | 311 | 6 | 13 | 38 | 53 | 156 | 655 | 13 | 2,463 | 246 | 8,862 | 126 | 212 | 238 | 72 |
| COUNTY TOTAL: | 6 | 12 | 16 | 28 | 23 | 311 | 6 | 13 | 38 | 53 | 156 | 655 | 13 | 2,463 | 246 | 8,862 | 126 | 212 | 238 | 72 |
| **LAWRENCE** | | | | | | | | | | | | | | | | | | | | |
| CIRCUIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 150 | 85 | 26 |
| SUPERIOR 1 | 0 | 2 | 3 | 7 | 10 | 17 | 0 | 7 | 12 | 11 | 20 | 87 | 3 | 162 | 26 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 2 | 0 | 0 | 0 | 1 | 1 | 6 | 0 | 0 | 2 | 6 | 9 | 141 | 0 | 441 | 152 | 2,137 | 49 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 0 | 2 | 3 | 8 | 11 | 23 | 0 | 7 | 14 | 17 | 29 | 228 | 3 | 603 | 199 | 2,137 | 49 | 150 | 85 | 25 |
| COUNTY TOTAL: | 0 | 2 | 3 | 8 | 11 | 23 | 0 | 7 | 14 | 17 | 29 | 228 | 3 | 603 | 199 | 2,137 | 49 | 150 | 85 | 25 |
| **MADISON** | | | | | | | | | | | | | | | | | | | | |
| CIRCUIT | 2 | 0 | 1 | 1 | 4 | 15 | 3 | 1 | 9 | 20 | 47 | 166 | 5 | 17 | 199 | 0 | 3 | 0 | 0 | 0 |
| CIRCUIT 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 264 | 338 | 95 |
| CIRCUIT 3 | 1 | 2 | 1 | 14 | 21 | 8 | 0 | 3 | 7 | 19 | 55 | 93 | 2 | 3 | 356 | 0 | 15 | 0 | 0 | 0 |
| CIRCUIT 4 | 1 | 0 | 2 | 6 | 20 | 3 | 2 | 1 | 12 | 18 | 76 | 85 | 3 | 3 | 147 | 0 | 0 | 0 | 0 | 0 |
| CIRCUIT 5 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 0 | 289 | 2 | 19 | 101 | 0 | 0 | 0 | 0 | 0 |
| CIRCUIT 6 | 1 | 0 | 3 | 7 | 14 | 3 | 5 | 6 | 14 | 21 | 58 | 99 | 11 | 4 | 91 | 0 | 61 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 5 | 2 | 7 | 28 | 59 | 66 | 10 | 11 | 42 | 78 | 236 | 732 | 23 | 46 | 894 | 0 | 85 | 264 | 338 | 95 |
| ANDERSON CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 1,897 | 0 | 1,606 | 79 | 0 | 0 | 0 |
| EDGEWOOD TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 765 | 0 | 2,496 | 80 | 0 | 0 | 0 |
| ELWOOD CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 964 | 1 | 3,452 | 419 | 0 | 0 | 0 |
| PENDLETON TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,726 | 124 | 0 | 0 | 0 |

**CASES DISPOSED**
**JUVENILE / CIVIL**

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-000093
PAGE 83 of 85

| JP | JM | JT | CP | PL | MF | CC | CT | SC | DR | RS | MH | AD | FS | FIJ | FM | GU | TR | PO | XP | MI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1,435 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57 | 2 | 17,818 |
| 0 | 0 | 0 | 0 | 82 | 1 | 318 | 14 | 6,173 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 11,084 |
| 0 | 0 | 0 | 0 | 98 | 1 | 264 | 35 | 2,140 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 133 | 15,074 |
| 0 | 0 | 0 | 0 | 6 | 0 | 17 | 0 | 981 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,542 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 17 | 955 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 | 7 | 847 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 4 | 765 |
| 1,314 | 632 | 248 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 154 | 0 | 0 | 0 | 152 | 0 | 354 | 0 | 0 | 4,972 |
| 1,314 | 632 | 248 | 79 | 817 | 2,137 | 3,393 | 1,429 | 10,753 | 2,202 | 1,385 | 150 | 170 | 370 | 410 | 237 | 345 | 23 | 2,412 | 215 | 1,021 | 72,789 |
| 0 | 0 | 0 | 0 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,414 |
| 0 | 0 | 0 | 0 | 0 | 0 | 183 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,499 |
| 0 | 0 | 0 | 0 | 663 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,537 |
| 0 | 0 | 0 | 0 | 1,087 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,480 |
| 0 | 0 | 0 | 0 | 0 | 0 | 231 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,003 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1,675 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,986 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,779 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,082 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,711 |
| 0 | 0 | 0 | 0 | 1,797 | 0 | 414 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 53,126 |
| 1,314 | 632 | 248 | 79 | 2,614 | 2,137 | 3,807 | 1,429 | 10,773 | 2,202 | 1,385 | 150 | 170 | 370 | 410 | 237 | 345 | 23 | 2,412 | 215 | 1,022 | 125,915 |
| 78 | 397 | 33 | 0 | 63 | 103 | 473 | 74 | 2 | 301 | 106 | 75 | 43 | 19 | 100 | 31 | 143 | 3 | 377 | 15 | 360 | 4,008 |
| 3 | 0 | 0 | 0 | 27 | 116 | 132 | 42 | 1 | 127 | 49 | 80 | 9 | 12 | 42 | 7 | 16 | 0 | 95 | 5 | 20 | 1,047 |
| 210 | 0 | 0 | 6 | 46 | 118 | 21 | 67 | 0 | 210 | 0 | 45 | 41 | 16 | 31 | 7 | 30 | 0 | 127 | 3 | 46 | 1,070 |
| 0 | 0 | 0 | 0 | 59 | 58 | 220 | 28 | 1,388 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 9 | 37 | 9,089 |
| 0 | 0 | 0 | 0 | 9 | 0 | 423 | 13 | 1,381 | 3 | 0 | 8 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 25 | 45 | 6,648 |
| 291 | 397 | 33 | 6 | 204 | 395 | 1,269 | 224 | 2,772 | 641 | 155 | 208 | 93 | 47 | 173 | 46 | 192 | 3 | 599 | 57 | 508 | 21,862 |
| 291 | 397 | 33 | 6 | 204 | 395 | 1,269 | 224 | 2,772 | 641 | 155 | 208 | 93 | 47 | 173 | 46 | 192 | 3 | 599 | 57 | 508 | 21,862 |
| 48 | 128 | 11 | 0 | 37 | 127 | 199 | 56 | 0 | 148 | 3 | 0 | 26 | 54 | 0 | 0 | 16 | 0 | 263 | 1 | 106 | 1,504 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 87 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 5 | 8 | 503 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,231 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 4,179 |
| 48 | 128 | 11 | 0 | 37 | 127 | 199 | 56 | 1,231 | 235 | 3 | 19 | 26 | 54 | 0 | 0 | 16 | 0 | 280 | 8 | 115 | 6,186 |
| 48 | 128 | 11 | 0 | 37 | 127 | 199 | 56 | 1,231 | 235 | 3 | 19 | 26 | 54 | 0 | 0 | 16 | 0 | 280 | 8 | 115 | 6,186 |
| 72 | 0 | 0 | 0 | 45 | 152 | 145 | 47 | 1 | 160 | 11 | 69 | 28 | 33 | 36 | 1 | 18 | 47 | 4 | 27 | 175 | 1,564 |
| 466 | 138 | 15 | 0 | 2 | 0 | 6 | 22 | 0 | 35 | 3 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 4 | 1,402 |
| 0 | 0 | 0 | 0 | 26 | 162 | 131 | 27 | 0 | 150 | 12 | 0 | 12 | 15 | 30 | 3 | 32 | 0 | 273 | 8 | 484 | 1,965 |
| 0 | 0 | 0 | 0 | 16 | 0 | 196 | 11 | 2,159 | 141 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 470 | 3 | 81 | 3,456 |
| 0 | 0 | 0 | 1 | 22 | 0 | 527 | 9 | 5,112 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 205 | 6,376 |
| 1 | 0 | 0 | 8 | 52 | 170 | 544 | 72 | 0 | 239 | 14 | 0 | 27 | 45 | 78 | 30 | 50 | 2 | 355 | 6 | 339 | 2,430 |
| 539 | 138 | 15 | 9 | 163 | 484 | 1,549 | 188 | 7,272 | 725 | 40 | 69 | 67 | 93 | 144 | 34 | 104 | 49 | 1,106 | 96 | 1,288 | 17,193 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,592 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,341 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,836 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,850 |

METHOD OF DISPOSITION
DISPOSED BY JURY TRIAL
CRIMINAL

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 84 of 85

| | MR | CF | FA | FB | FC | FD | F1 | F2 | F3 | F4 | F5 | F6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAKE** | | | | | | | | | | | | |
| SUPERIOR CIVIL 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CIVIL 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CIVIL 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CIVIL 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CIVIL 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR COUNTY 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR COUNTY 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| SUPERIOR COUNTY 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR COUNTY 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| SUPERIOR CRIMINAL 1 | 2 | 0 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 3 | 3 | 0 |
| SUPERIOR CRIMINAL 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 3 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| SUPERIOR CRIMINAL 4 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| SUPERIOR JUVENILE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 8 | 0 | 2 | 3 | 4 | 0 | 0 | 0 | 2 | 3 | 4 | 2 |
| CROWN POINT CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EAST CHICAGO CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GARY CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HAMMOND CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HOBART CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAKE STATION CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOWELL TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MERRILLVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SCHERERVILLE TOWN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WHITING CITY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL CITY & TOWN: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COUNTY TOTAL: | 8 | 0 | 2 | 3 | 4 | 0 | 0 | 0 | 2 | 3 | 4 | 2 |
| **LAPORTE** | | | | | | | | | | | | |
| CIRCUIT | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| SUPERIOR 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| SUPERIOR 2 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 4 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 3 | 1 | 2 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 | 2 |
| COUNTY TOTAL: | 3 | 1 | 2 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 | 2 |
| **LAWRENCE** | | | | | | | | | | | | |
| CIRCUIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPERIOR 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COURTS OF RECORD: | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COUNTY TOTAL: | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **MADISON** | | | | | | | | | | | | |
| CIRCUIT | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| CIRCUIT 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CIRCUIT 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CIRCUIT 4 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| CIRCUIT 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| CIRCUIT 6 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

ELECTRONICALLY FILED
4/19/2018 8:34 AM
2017-L-009093
PAGE 85 of 85

**METHOD OF DISPOSITION**
**DISPOSED BY JURY TRIAL**
**CRIMINAL / CIVIL VIOLATIONS / CIVIL**

| PC | CM | MC | IF | OV | CP | PL | MF | CC | CT | MI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 5 | 0 | 9 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 3 |
| 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 3 | 0 | 0 | 1 | 0 | 5 | 0 | 0 | 21 | 0 | 58 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 4 | 0 | 0 | 1 | 0 | 5 | 0 | 0 | 21 | 0 | 59 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 5 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 4 |
| 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 23 |
| 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 23 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 4 |

ELECTRONICALLY FILED
4/25/2018 11:58 AM
2017-L-009093
CALENDAR: A
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2017 L 009093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC; ARCELORMITTAL | ) | |
| U.S.A. LLC; CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     John Klebba
        Brustin & Lundblad, LTD
        10 North Dearborn Street, 7th Floor
        Chicago, IL 60602

PLEASE TAKE NOTICE that on April 25, 2018, the following was filed with the Clerk of the Circuit Court of Cook County, Illinois, Defendant ArcelorMittal USA LLC's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint at Law, a copy of which is attached hereto and herewith served upon you.

David E. Kawala
Kelly M. Konzen
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312) 321-9100/(312) 321-0990 FAX
Attorneys for Defendant ArcelorMittal USA LLC
Firm I.D. No. 29558

## PROOF OF SERVICE

I, Teresa D'Aloisio, a non-attorney, certify that the above-described document was sent to counsel of record via U.S. Mail on April 25 2018.

_Teresa D'Aloisio_

[X]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein are true and correct.

# Law DIVISION
## Litigant List

Printed on 04/25/2018

Case Number: 2017-L-009093

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| MCDERMOTT SEAN | | | 0000 | |

Total Plaintiffs: **1**

## Defendants

| Defendant Name | Defendant Address | State | Unit # | Service By |
|---|---|---|---|---|
| ARCELORMITTAL USA LLC | 208 S LASALLE | IL | 0000 | |
| CODE RED SAFETY RENTAL | 161 N CLARK | IL | 0000 | |
| CODE RED SAFETY | | | 0000 | |
| GM SAFETY SUPPLY LLC | 161 N CLARK | IL | 0000 | |
| ARCELORMITTAL INTERNATION | | | 0000 | |

Total Defendants: **5**

ELECTRONICALLY FILED
4/25/2018 11:54 AM
2017-L-009093
CALENDAR: A
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2017 L 009093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC; ARCELORMITTAL | ) | |
| U.S.A. LLC; CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ARCELORMITTAL USA LLC'S
## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT AT LAW

Defendant, ArcelorMittal USA LLC ("AMUSA"), by its attorneys, Swanson, Martin &
Bell, LLP, state as its Answer and Affirmative Defenses to plaintiff's First Amended Complaint
at Law, as follows:

1. In answering for AMUSA only, this defendant admits that on October 19, 2016,
AMUSA was a limited liability company organized under the laws of the State of Delaware with
a principal office at One South Dearborn Street in Chicago, Illinois.

2. This defendant lacks sufficient knowledge to form a belief as to the truth of the
allegations contained in paragraph 2 and therefore neither admits nor denies same.

3. This defendant lacks sufficient knowledge to form a belief as to the truth of the
allegations contained in paragraph 3 and therefore neither admits nor denies same.

4. In answering for AMUSA only, this defendant admits that on October 19, 2016,
AMUSA owned a steel fabricating facility known as ArcelorMittal Indiana Harbor LLC with
offices at 3210 Watling Street, East Chicago, Indiana.

1

5. In answering for AMUSA only, AMUSA, on and prior to October 19, 2016, had repaired and refurbished various parts of the Indiana Harbor facility including an area known as Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

6. In answering for AMUSA only, AMUSA contracted with Code Red and/or GM Safety to provide safety consulting personnel services and equipment for the purposes of providing safety during the repair and refurbishment at or around Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

7. In answering for AMUSA only, AMUSA contracted with Rogers & Son to provide certain repair and/or refurbishment services on or about Walking Beam Furnace #6 at the 80" Hot Strip Mill, Indiana Harbor East, Plant 2.

8. This defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and therefore neither admits nor denies same.

9. This defendant denies the allegations contained in paragraph 9 and each and every subpart thereof.

10. This defendant denies the allegations contained in paragraph 10.

11. This defendant lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 11 and therefore neither admits nor denies same.

12. This defendant admits the allegations contained in paragraph 12.

WHEREFORE, defendant, ArcelorMittal USA LLC, prays for judgment in its favor and against the plaintiff.

ELECTRONICALLY FILED
4/25/2018 11:54 AM
2017-L-009093
PAGE 2 of 3

## AFFIRMATIVE DEFENSES

As and for defendant ArcelorMittal USA LLC's separate and affirmative defenses, defendant ArcelorMittal USA LLC states as follows:

## FIRST AFFIRMATIVE DEFENSE

1. The plaintiff had a duty to exercise reasonable care for plaintiff's own safety.

2. Plaintiff breached his duty to exercise reasonable care for his own safety by:

    a.   failing to keep a proper lookout;

    b.   failing to observe a condition that was open and obvious; and

    c.   was otherwise careless and negligent.

3. Plaintiff's injuries were proximately caused by plaintiff's comparative fault as alleged above.

WHEREFORE, if a jury determines that the fault of the plaintiff was more than 50 percent of the total fault allocated, then plaintiff is barred from recovery against defendant; alternatively, if the plaintiff's comparative fault is determine to be less than 50 percent of the total fault allocated, then the plaintiff's recovery should be decreased in proportion to the percentage of comparative fault allocated to the plaintiff of the total fault.

## SECOND AFFIRMATIVE DEFENSE

The condition which plaintiff encountered was an open and obvious condition which plaintiff, in the exercise of reasonable care, would have avoided without incident.

ELECTRONICALLY FILED
4/25/2018 11:54 AM
2017-L-009093
PAGE 3 of 3

By: _____

One of the Attorneys for Defendant,
ArcelorMittal USA LLC

David E. Kawala
Kelly M. Konzen
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
312-321-9100
Firm ID No. 29558

3

ELECTRONICALLY FILED
4/25/2018 1:17 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 7
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

168.26058  35/28                        FIRM NO. 19950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

|  |  |  |
|---|---|---|
| SEAN MCDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2017 L 009093 |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC, ARCELORMITTAL | ) | *Calendar A* |
| U.S.A., LLC, and CODE RED SAFETY | ) | |
| AND RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

### CODE RED SAFETY & RENTAL, LLC'S
### ANSWER TO FIRST AMENDED COMPLAINT

NOW COMES Defendant, CODE RED SAFETY & RENTAL, LLC (hereinafter referred to as "Code Red"), by and through its attorneys, Tribler Orpett & Meyer, P.C., and for its answer to Plaintiff's First Amended Complaint at Law, states as follows:

1.       Code Red is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and demands strict proof thereof.

2.       Code Red admits only that at all relevant times it was duly organized under the laws of the State of Delaware and denies that the remaining allegations accurately state and set forth the services it provides.

3.       Code Red is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3, and demands strict proof thereof.

ELECTRONICALLY FILED
4/25/2018 1:17 PM
2017-L-009093
PAGE 2 of 7

4.      Code Red is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4, and demands strict proof thereof.

5.      Code Red admits only that on or prior to October 19, 2016, there were repairs and/or refurbishing of parts of the Indiana Harbor Facility including the area known as Oven No. 3, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5.

6.      Code Red denies that it entered into any contract to provide safety consulting personnel, services and equipment to at the premises, including Oven No.  and and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6.

7.      Code Red is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and demands strict proof thereof.

8.      Code Red admits only that Plaintiff was on the premises of the Indiana Harbor Facility on October 19, 2016, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8.

9.      Code Red denies the allegations contained in paragraph 9, including all subparagraphs thereof.

10.     Code Red denies the allegations contained in paragraph 10.

11.     Code Red denies the allegations contained in paragraph 11, and denies that Plaintiff was injured in the manner and to the extent alleged.

ELECTRONICALLY FILED
4/25/2018 1:17 PM
2017-L-009093
PAGE 3 of 7

12.     Code Red admits only that Plaintiff's counsel has attached an affidavit as Exhibit A, and that the affidavit speaks for itself.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that judgment be entered in its favor and against Plaintiff, together with costs.

## AFFIRMATIVE DEFENSES

Defendant, CODE RED SAFETY & RENTAL, LLC, by and through its attorneys, state the following Affirmative Defenses to Plaintiff's Complaint at Law as alternative pleadings and without prejudice to its denials as to liability and fault:

## FIRST AFFIRMATIVE DEFENSE

1.     Plaintiff had a duty to exercise reasonable care for his own safety.

2.     Plaintiff breached that duty and was negligent in one or more of the following respects:

    a.     Failed to keep a proper lookout;

    b.     Failed to observe a condition that was open and obvious;

    c.     Failed to use a safer alternative method of performing his work;

    d.     Carelessly and negligently worked without exercising due care and caution for his own safety; and

    e.     Failed to ask for assistance if he needed it to safely perform his work.

3.     Plaintiff's own negligence was the proximate cause of the injuries alleged in his complaint, or, alternatively, his own negligence contributed to cause the alleged injuries and damages.

4.     If judgment is entered in favor of Plaintiff and against defendant, Code Red, such judgment shall be reduced in an amount commensurate with Plaintiff's own degree of comparative fault, and if that fault is greater than 50% of the total fault

attributable to all tort feasors, he shall be barred from any recovery whatsoever as a matter of law.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that Plaintiff be barred from any recovery whatsoever, or in the alternative, that any judgment entered in Plaintiff's favor shall be reduced in the amount commensurate with his own degree of comparative fault.

<div align="center"><u>SECOND AFFIRMATIVE DEFENSE</u></div>

1.      Code Red's fault, if any, in causing the damages alleged in Plaintiff's complaint, constitutes less than 25% of the total fault attributable to Plaintiff, Sean McDermott, any Defendants sued by Plaintiff and applicable Third-Party Defendants.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, prays that if judgment is entered against Code Red and in favor of Plaintiff, Code Red shall only be severally liable for its pro-rata share of fault in causing the non-medical and non-medically related damages, if any.

<div align="center"><u>THIRD AFFIRMATIVE DEFENSE</u></div>

1.      The sole proximate cause of plaintiff's decedent's accident, injuries and death was the conduct of Plaintiff, SEAN McDermott in knowingly failing to keep a look out of the area he was walking and working, thereby knowingly subjecting himself to the risk of serious bodily injury, all of which was known to Plaintiff before and at the time of the alleged accident.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, denies any liability whatsoever as to plaintiff and pray for judgment in its favor and against plaintiff and all other relief this Court deems proper.

ELECTRONICALLY FILED
4/25/2018 1:17 PM
2017-L-009093
PAGE 4 of 7

ELECTRONICALLY FILED
4/25/2018 1:17 PM
2017-L-009093
PAGE 5 of 7

## FOURTH AFFIRMATIVE DEFENSE

1.      Code Red is entitled to a set-off reducing any judgment against it by any amount paid to Plaintiff by, on behalf of, any Defendant, Third-Party Defendants, or Third-Parties relating to the injuries or damages alleged in Plaintiff's complaint, including a waiver of medical, workers' compensation or other liens against the judgment pursuant to 735 ILCS 5/2-608 and/or 735 ILCS 5/2-613.

WHEREFORE, Defendant, CODE RED SAFETY & RENTAL, LLC, is entitled to a set-off against any adverse verdicts for any amounts paid to Plaintiff related to this matter from any source.

## FIFTH AFFIRMATIVE DEFENSE

1.      The condition which Plaintiff encountered was an open and obvious condition which Plaintiff, in the exercise of reasonable care, should have avoided without incident.


_____
Patrick E. Burgess, One of the Attorneys for
Defendant, Code Red Safety & Rental, LLC


Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

## **AFFIDAVIT OF INSUFFICIENT KNOWLEDGE**

Patrick E. Burgess, being first duly sworn on oath, deposes and says that he is one of the attorneys for Defendant, CODE RED SAFETY & RENTAL, LLC, that he is authorized to make this affidavit and that the allegations of want of knowledge in the above answer are true and correct to the best of his knowledge and belief.

TRIBLER ORPETT & MEYER, P.C.

Patrick E. Burgess

## PROOF OF SERVICE

TO:    See Attached Service List

       I, a non-attorney, certify that I served this notice and the following documents by sending a copy via electronic mail to the aforementioned parties on April 25, 2018:

    **1.**    **Code Red Safety & Rental's Answer and Affirmative Defenses to First Amended Complaint**

[X]  Under penalties as provided by law pursuant to ILCS SEC 5/1-109 I certify that the statements set forth herein are true and correct.

Date...... 4-25-18 ......

_Signature_

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401
Firm No.: 39950
SERVICE VIA E-MAIL WILL BE ACCEPTED AT DOCKET@TRIBLER.COM

## SERVICE LIST

| **_Attorneys for Plaintiff_** | **_Attorneys for Arcelor Mittal_** |
|---|---|
| Milo W. Lundblad | David E. Kawala |
| Frank Dermody | Kelly Konzen |
| Brustin & Lundblad, Ltd. | Swanson Martin & Bell LLP |
| 10 N. Dearborn – 7th Floor | 330 N. Wabash Street |
| Chicago, IL 60602 | Chicago, IL 60611 |
| (312) 263-1250 | (312) 321-9100 |
| mlundblad@mablawltd.com | dkawala@smbtrials.com |
| fdermody@mablawltd.com | kkonzen@smbtrials.com |
| todonnell@mablawltd.com – Trish O'Donnell (assistant) | |
| blawson@mablawltd.com – Brad Lawson (paralegal) | |

ELECTRONICALLY FILED
5/17/2018 3:45 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SEAN McDERMOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2017 L 009093 |
| | ) |
| ARCELORMITTAL U.S.A. LLC; | ) |
| GM SAFETY, CODE RED SAFETY AND | ) |
| RENTAL, LLC, d/b/a CODE RED | ) |
| SAFETY, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT AM USA LLC'S REPONSE
### TO CO-DEFENDANT'S MOTION TO TRANSFER PURSUANT TO FORUM *NON CONVENIENS*

Defendant ArcelorMittal USA LLC ("AM USA") for its Response in opposition to Code Red's motion to transfer this matter to Lake County, Indiana, pursuant to Supreme Court Rule 187, states as follows:

### I.     General Argument

The doctrine of forum *non conveniens* strongly favors this matter staying in the Circuit Court of Cook County, Illinois, because Plaintiff is a resident of Illinois, and this court should give deference to Plaintiff's choice of forum. Moreover, Defendant AM USA, owner of the land where the incident occurred, has its United States corporate offices in Chicago, Illinois. Finally, the scene of the incident and remaining witnesses are only a short drive from downtown Chicago. "The burden is on the [movant] to show that relevant private and public interest factors 'strongly favor' the [movant's] choice of forum to warrant disturbing plaintiff's choice." *Langendorst v. Norfolk Southern Ry. Co.*, 219 Ill.2d 430, 443-444 (2006). Here, Code Red failed to show that Cook County is an inconvenient forum, and therefore this matter should remain here.

**A.     The Private Interest Factors Do Not Favor Transfer.**

The private factors to be considered in determining whether this matter should be removed to Lake County, Indiana, include: (1) the convenience of the parties; (2) the relative ease of access to sources of testimonial, documentary, and real evidence; and (3) all other practical problems that make trial of a case easy, expeditious, and inexpensive. *First National Bank v. Guerine,* 198 Ill.2d 511, 516 (Ill. 2002) (citing *Griffith v. Mitsubishi Aircraft International, Inc.,* 126 Ill.2d 101, 105-06, 554 N.E.2d 909 (Ill. 1990)).

Code Red argues that Cook County, Illinois, is a less convenient forum than Lake County, Indiana. However, two of the four parties to this lawsuit reside in Illinois, not Indiana. Plaintiff is a resident of Beecher, Illinois. He chose to file his lawsuit in Illinois, his home state, not Indiana. Plaintiff's choice of forum is entitled to substantial deference. *Langendorst v. Norfolk Southern Ry. Co.,* 219 Ill.2d 430, 448 (2006). Further, AM USA is the owner of the site in which the incident occurred. AM USA's United States corporate offices are in Cook County, Illinois. As to the remaining two parties, Code Red's and GM Safety's employees would be required to travel a mere 30 minutes to Chicago from East Chicago, Indiana, for deposition and/or trial. Such a short trip is hardly considered inconvenient in today's age. "Today, we are connected by interstate highways, bustling airways, telecommunications, and the world wide web. Today, convenience – the touchstone of the forum *non conveniens* doctrine – has a different meaning." *Langendorst v. Norfolk Southern Ry. Co.,* 219 Ill.2d 430, 450 (2006). With access to a variety of travel options and technology that facilitates seamless and expeditious exchange of information, litigating this case in Cook County is just as convenient as Lake County.

**B.     The Public Interest Factors Do Not Favor Transfer.**

ELECTRONICALLY FILED
5/17/2018 3:45 PM
2017-L-009093
PAGE 2 of 3

The court must consider the following public factors in ruling on Code Red's motion to transfer: (1) the interest in deciding local controversies locally; (2) the unfairness of imposing the expense of a trial and the burden of jury duty on residents of a county with little connection to the litigation; and (3) the administrative difficulties presented by adding further litigation to court dockets in already congested forums. *Guerine*, 198 Ill.2d at 516-17. Here, both Plaintiff and AM USA are residents of Illinois. As a result, this court has a substantial interest in deciding this matter locally.

## II.    Conclusion

Due to the significant ties this litigation has to Cook County, and the failure of Code Red to meet its burden of showing that Lake County is more convenient for all parties, this Honorable Court should deny Code Red's motion.

ELECTRONICALLY FILED
5/17/2018 3:45 PM
2017-L-009093
PAGE 3 of 3

/s/    David E. Kawala
_____
One of the Attorneys for Defendant
ArcelorMittal USA LLC

David Kawala
Kelly Konzen
SWANSON, MARTIN & BELL, LLP
330 North Wabash - Suite 3300
Chicago, Illinois 60611
(312) 321-9100
Firm ID No. 29558

ELECTRONICALLY FILED
5/17/2018 3:45 PM
2017-L-009093
CALENDAR: A
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2017 L 009093 |
| | ) | |
| ARCELORMITTAL INTERNATIONAL | ) | |
| AMERICA, LLC; ARCELORMITTAL | ) | |
| U.S.A. LLC; CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     John Klebba, Brustin & Lundblad, LTD
        10 North Dearborn Street, 7th Floor, Chicago, IL 60602

        Patrick E. Burgess, Tribler Orpett & Meyer, P.C.
        225 West Washington Street, Suite 2550, Chicago, IL 60606

        PLEASE TAKE NOTICE that on May 17, 2018, the following was filed with the Clerk of
the Circuit Court of Cook County, Illinois, Defendant ArcelorMittal USA LLC's Response to Co-
Defendant's Motion to Transfer Pursuant to Forum *Non Conveniens*, a copy of which is attached
hereto and herewith served upon you.

David E. Kawala
Kelly M. Konzen
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312) 321-9100/(312) 321-0990 FAX
Attorneys for Defendant ArcelorMittal USA LLC
Firm I.D. No. 29558

### PROOF OF SERVICE

        I, Teresa D'Aloisio, a non-attorney, certify that the above-described document was sent to counsel of record
via U.S. Mail and e-mail on May 17, 2018.

                                        /s/ Teresa D'Aloisio
[X]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein
        are true and correct.

# EXHIBIT 4

168.26058  35/28                                        FIRM NO. 39950

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN MCDERMOTT,                          )
      Plaintiff,                         )
v.                                       )
                                         )
ARCELORMITTAL INTERNATIONAL              )
AMERICA, LLC, ARCELORMITTAL              )       No. 2017 L 009093
U.S.A., LLC, CODE RED SAFETY AND         )
RENTAL, LLC, d/b/a CODE RED              )
SAFETY, and GM SAFETY AND                )
SUPPLY, LLC,                             )
      Defendants.                        )

### NOTICE OF FILING NOTICE OF REMOVAL

TO:    See Attached Service List

       PLEASE TAKE NOTICE that on **May 18, 2018,** there was filed with the Clerk of the Circuit Court of Cook County, Illinois, **Notice of Removal,** a copy of which is attached and hereby served upon you.

                                       Patrick E. Burgess, Esq.

Michael J. Meyer, Esq.
Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
docket@tribler.com

### PROOF OF SERVICE

       I, a non-attorney, certify that I served this notice by sending a copy by electronic mail to all attorneys of record on May 18, 2018.

[X]  Under penalties as provided by law pursuant to ILCS
    SEC 5/1-109 I certify that the statements set forth
    herein are true and correct.

                                         Signature

SERVICE VIA E-MAIL WILL BE ACCEPTED AT DOCKET@TRIBLER.COM

## <u>SERVICE LIST</u>

*McDermott v. Code Red Safety, et al – 17 L 9093*

### <u>*Attorneys for Plaintiff*</u>
Milo W. Lundblad
Frank Dermody
Brustin & Lundblad, Ltd.
10 N. Dearborn – 7th Floor
Chicago, IL 60602
(312) 263-1250
mlundblad@mablawltd.com
fdermody@mablawltd.com
todonnell@mablawltd.com – Trish O'Donnell (assistant)
blawson@mablawltd.com – Brad Lawson (paralegal)

### <u>*Attorneys for Arcelor Mittal*</u>
David E. Kawala
Kelly Konzen
Swanson Martin & Bell LLP
330 N. Wabash Street
Chicago, IL 60611
(312) 321-9100
dkawala@smbtrials.com
kkonzen@smbtrials.com

# EXHIBIT 5

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT,             )
                              )
        Plaintiff,         )
                              )
v.                          )     No. 17 L 9093
                              )
ARCELORMITTAL INTERNATIONAL  )
AMERICA, LLC,            )
ARCELORMITTAL U.S.A., LLC, and  )
CODE RED SAFETY AND RENTAL, LLC, )
d/b/a CODE RED SAFETY, and GM SAFETY )
AND SUPPLY, LLC         )
        Defendants.     )

## CERTIFICATE OF SERVICE

To:    <u>Arcelor Mittal USA, LLC</u>       Mr. Michael J. Meyer
       Mr. David Kawala           Mr. Patrick E. Burgess
       Swanson, Martin & Bell, LLP    Tribler Orpett & Meyer, PC
       330 N. Wabash Ave., Ste 3300   225 W. Washington St., Ste 2550
       Chicago, IL 60611          Chicago, IL 60606
       E-mail: dkawala@smbtrials.com

I, a non-attorney, hereby certify that on this **9th** day of **March 2018**, I served the documents listed below by e-mail and by mailing a copy First Class, postage pre-paid, to the above-named parties at the above-mentioned addresses, and depositing same in the U.S. Mail Chute at 10 N. Dearborn, 7th Floor, Chicago, Illinois, 60602, before 5:00 P.M., under penalties as provided by law pursuant to 735 ILCS 5/1-109.

    *(a) Plaintiff's Response to Defendant Code Red Forum Non Conveniens Interrogatories.*

a copy of which is attached hereto.

                 BRUSTIN & LUNDBLAD, LTD.

                 By _Latonia Goldsmith_
                    Latonia Goldsmith

BRUSTIN & LUNDBLAD, LTD.
10 N. Dearborn St., 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No.: 21626

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SEAN McDERMOTT, )
)
        Plaintiff, )
)
v. )   No. 17 L 9093
)
ARCELORMITTAL INTERNATIONAL )
AMERICA, LLC, )
ARCELORMITTAL U.S.A., LLC, and )
CODE RED SAFETY AND RENTAL, LLC, )
d/b/a CODE RED SAFETY, )
)
        Defendants. )

## PLAINTIFF'S RESPONSE TO DEFENDANT CODE RED FORUM NON CONVENIENS INTERROGATORIES

    1.    State the plaintiff's full name and date of birth

ANSWER:    Sean Martin McDermott, June 13, 1979


    2.    State the street address, city/town/village, county and state of the location where plaintiff's alleged October 19, 2016 accident occurred.

ANSWER:    3210 Watling Street, East Chicago, Indiana, 46312


    3.    State the street address, city/town/village, county and state where plaintiff maintained by his permanent residence as of October 19, 2016.

ANSWER:    50 Meadowlark Lane, Beecher, IL 60401


    4.    State the street address, city/town/village, county and state where plaintiff currently maintains his permanent residence.

ANSWER:    356 S. Woodward, Beecher, IL 60401

5.    State the name(s) of all occurrence witnesses and the street address, city/town/village, county and state where said occurrences currently reside.

ANSWER:

Able Zepeda—Foreman for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Frank Martinez—Superintendent for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Laborers from the Laborers Local 5 Union, Local 5, 134 N. Halsted St., Chicago Heights, IL 60411

Jim LNU (Safety Personnel for Defendant Arcelor Mittal)

Andy LNU (Safety Personnel for Defendant Code Red)

6.    State the name(s) of all individuals who were at the scene of the occurrence shortly before or shortly after the occurrence and the street address, city/town/village, county and state where said individuals currently reside

ANSWER:

Able Zepeda—Foreman for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Frank Martinez—Superintendent for Rogers & Sons, 4715 Euclid Ave, East Chicago, IN 46312

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Laborers from the Laborers Local 5 Union, Local 5, 134 N. Halsted St., Chicago Heights, IL 60411

Jim LNU (Safety Personnel for Defendant Arcelor Mittal)

Andy LNU (Safety Personnel for Defendant Code Red)

7.    State the name(s) of all post-occurrence witnesses who will testify regarding plaintiff's alleged injuries and the effect of said injuries on plaintiff's day-to-day life along with the street address, city/town/village, county and state where said witnesses currently reside.

ANSWER:

Mary, Skip and Harry McDermott, 356 S. Woodward Street, Beecher, IL, 60401

Eugene Jung, 3863 Everett Ct, Peachtree Corners, GA 30097

Rob Sikora, 2292 Swallowtail Street, Bourbonnais, IL, 60914

Daniel Trevino, 278 Pine Street, Beecher, IL, 60401

Terri Zemaitis, 718 Penn Blvd, Linderhurst, IL 60046

Heather Maizano, 3457 St. Barthelemy Lane, Aurora, IL, 60504

Bill Kapp, Maureen Kapp, and Caitlin Hess, 6167 Store Mill Drive, Bourbonnais, IL, 60914

Raul Rodriguez, 516 Penfield, Beecher, IL, 60401

Brian McDermott, 18275 Dove Avenue, Mokina, IL, 60448

Rory and Bridget McDermott, 255 Hunters Drive, Beecher, IL, 60401

Tracy Trevino, 278 Pine Street, Beecher, IL, 60401

Nick and Heather Sikora, 251 Orchard Lane, Beecher, IL, 60401

Rick Day, 1106 Wildflower, Dyer, Indiana, 46311

8.     State the name, street address, city/town/village, county and state of all of plaintiff's healthcare providers who treated him for any injuries allegedly sustained as a result of the subject occurrence.

ANSWER:

1.     Comprehensive Care
       7501 W. 15th Avenue

Gary, Indiana 46406

Timothy E. Schroer, DO

Stephen Messana, DO

Lynn C. Schmitt, PT

Brian Gonzalez, PTA

Anthony Marquez, PT

Katrina Madoll, PT

2.      Orthopaedic Specialists
730 45th Street
Munster, Indiana 46321

Sunil Dedhia, MD

Amy Berghoff, PA

3.      New Life Physical Therapy
25622 Governors Highway
Monee, Illinois 60449

David Kooyenga, PT

Zorn Coleman, PT

4.      Center for Minimally Invasive Surgery
9200 Calumet Avenue, Suite 200
Munster, Indiana 46321

Sunil Dedhia, MD

Amy Berghoff, PA

9.   State the dates on which plaintiff treated at any hospitals or other healthcare providers listed in the answers to Interrogatory 8 above.

ANSWER:

Comprehensive Care—October 2016 to January 2017

Orthopaedic Servies—December 2016 to August 2017

New Life Physical Therapy—January 2017 to July 2017

Center for Minimally Invasive Surgery—April 28, 2017

10.   State the street address, city/town/village, county and state of plaintiff's employer on the date of the occurrence.

ANSWER:  Roger & Sons Construction, 4715 Euclid Avenue, East Chicago, Indiana 46312

11.   State the complete name, street address, city/town/village, county and state of plaintiff's immediate supervisor/foreman on the date of the occurrence.

ANSWER:  Able Zepeda and Frank Martinez, addresses unknown

12.   State the street address, city/town/village, county and state of plaintiff's current employer.

ANSWER:  N/A.

13.   Identify any and all contacts you claim that the parties to the above captioned lawsuit have with Cook County, or any basis(es), to support your belief that Cook County is the most convenient forum for the resolution of this lawsuit.

ANSWER:  Objection. This request calls for legal conclusions and arguments. Plaintiff will file its response to Defendant's motion at the appropriate time and in the appropriate fashion.

14.   Identify each and every basis you have (excluding those identified above) for a claim that Cook County is the most convenient forum for the resolution of this lawsuit.

ANSWER:  Objection. This request calls for legal conclusions and arguments. Plaintiff will file its response to Defendant's motion at the appropriate time and in the appropriate fashion.

Respectfully submitted,

BRUSTIN & LUNDBLAD, LTD.


By: /s/ Milo W. Lundblad
     Milo W. Lundblad

Milo W. Lundblad
**BRUSTIN & LUNDBLAD, LTD.**
10 N. Dearborn Street, 7th Floor
Chicago, Illinois 60602
(312)263-1250
Atty. No. 21626
*Attorney for Plaintiff*

# EXHIBIT 6

## **AFFIDAVIT OF PATRICK E. BURGESS AND CONSENT FOR REMOVAL**

Patrick E. Burgess, being duly sworn under oath, states that the facts set forth herein are true to my knowledge, or where indicated as true to the best of my knowledge, information and belief, and if called upon to testify in this matter, I could and would competently testify as follows:

1.      I am one of the attorneys for Defendants, Code Red Safety & Rental, LLC and GM Safety & Supply, LLC.

2.      My investigation has determined the respective status of incorporation for Defendant, Code Red Safety & Rental, LLC and state that Defendant, Code Red Safety & Rental, LLC is a citizen of Delaware (incorporated) and its principal place of business is Indiana (headquartered).

3.      My investigation has determined the respective status of incorporation for Defendant, GM Safety & Supply, LLC. and state that Defendant, GM Safety & Supply, LLC.is a citizen of Nevada (incorporated) and its principal place of business is  Indiana (headquartered).

4.      Defendant, Code Red Safety & Rental, LLC consents to the Notice of Removal filed by Defendant GM Safety & Rental, LLC, removing this action, case number 17 L 9093, from the Circuit Court of Cook County, Illinois, County Department, law Division, to the United States District Court for the Northern District of Illinois, Eastern Division.

**FURTHER AFFIANT SAYETH NAUGHT.**

Patrick E. Burgess, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
docket@tribler.com

STATE OF ILLINOIS          )
                           ) SS:
COUNTY OF COOK             )

SUBSCRIBED AND SWOARN

To before me this 17th day of May , 2018

_____
Notary Public

OFFICIAL SEAL
KATHERINE M. DUNCAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires March 24, 2020

# EXHIBIT 7

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SEAN McDERMOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| ARCELORMITTAL USA LLC; | ) | |
| GM SAFETY, CODE RED SAFETY AND | ) | |
| RENTAL, LLC, d/b/a CODE RED | ) | |
| SAFETY, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF PAUL M. LIEBENSON</u>

I, Paul M. Liebenson, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1.     I am employed as general counsel and secretary for ArcelorMittal USA LLC.

2.     ArcelorMittal USA LLC is owned through various limited liability companies organized under the laws of the United States and various foreign jurisdictions, which are ultimately held by ArcelorMittal SA, a Luxembourg corporation. The sole member of ArcelorMittal USA LLC is ArcelorMittal USA Holdings II LLC. The sole member of ArcelorMittal USA Holdings II LLC is ArcelorMittal North America Holdings LLC. The sole member of ArcelorMittal North America Holdings LLC is ArcelorMittal Holdings LLC. The sole member of ArcelorMittal Holdings LLC is ArcelorMittal USA Holdings LLC. The sole member of ArcelorMittal USA Holdings LLC is Ispat Inland S.a.r.l, which is a limited liability company. Ispat Inland S.a.r.l is wholly owned by ArcelorMittal S.A., a Luxembourg corporation with its principal place of business in Luxembourg.

3.      Defendant, ArcelorMittal USA LLC consents to the Notice of Removal filed by Defendant GM Safety & Rental, LLC, removing this action, case number 17 L 9093, from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division.

4.      Pursuant to 28 U.S.C. 1746(2) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  May 16, 2018          By: _____