# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sean McDermott

                          Plaintiff,

v.                                                  Case No.: 1:18–cv–03529
                                                             Honorable Andrea R. Wood

GM Safety and Supply, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Consistent with the parties' Stipulation [72], all claims and cross–claims for contribution asserted in this case are voluntarily dismissed. The Court further acknowledges that the parties have stipulated that Indiana law governs all issues, including liability and damages, in this case. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.